Randall S. Luskey (SBN: 240915)
Melinda L. Haag (SBN: 132612)
**PAUL, WEISS, RIFKIND, WHARTON &**
      **GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: (628) 432-5100
Fax: (628) 232-3101
rluskey@paulweiss.com
mhaag@paulweiss.com

*Attorneys for Defendant*
Invitation Homes Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CITY OF SAN DIEGO, CITY OF
SACRAMENTO, CITY OF MORENO
VALLEY, CITY OF RIVERSIDE,
CITY OF LOS ANGELES CITY OF
COMPTON, CITY OF TEMECULA,
CITY OF PALMDALE, CITY OF
LANCASTER, CITY OF SAN
BERNARDINO, CITY OF VALLEJO,
CITY OF FONTANA, CITY OF
MURRIETA, CITY OF FAIRFIELD,
CITY OF PERRIS, CITY OF
YUCAIPA, CITY OF CORONA, CITY
OF RIALTO AND ROES 1-250, EX.
REL BLACKBIRD SPECIAL
PROJECT, LLC,

        Plaintiff-Relators,

    v.

INVITATION HOMES, INC., a
Maryland Corporation,

        Defendant.

Case No.   **'22 CV 0260 L     MDD**

(San Diego County Superior Court
Case No. 37-2020-00030619-CU-MC-
CTL)

**NOTICE OF REMOVAL BY
DEFENDANT PURSUANT TO 28
U.S.C. § 1441(a)**

PLEASE TAKE NOTICE that Defendant Invitation Homes Inc. ("Invitation Homes"), hereby removes the state-court action entitled *City of San Diego, City of Sacramento, City of Moreno Valley, City of Riverside, City of Los Angeles, City of Compton, City of Temecula, City of Palmdale, City of Lancaster, City of San Bernardino, City of Vallejo, City of Fontana, City of Murrieta, City of Fairfield, City of Perris, City of Yucaipa, City of Corona, City of Rialto and Roes 1-250, ex rel. Blackbird Special Project, LLC* v. *Invitation Homes, Inc.*, Case No. 37-2020-00030619-CU-MC-CTL, filed in the Superior Court of California, San Diego County (the "Action"), to the United States District Court for the Southern District of California.  This removal is made pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.[1]

## I.

## <u>NATURE OF THE ACTION</u>

1.      Plaintiff-Relator ("Plaintiff") initially filed this Action on August 31, 2020, on behalf of various California municipal governments, in the Superior Court of the State of California, San Diego County.  On October 22, 2020, Plaintiff filed its First Amended Complaint.[2]  Plaintiff served Invitation Homes for the first time with the Summons and Complaint on January 28, 2022.

2.      The Southern District of California is the district in which the Superior Court of the State of California, San Diego County is located.

3.      This Notice of Removal is accompanied by true and correct copies of the following documents:

---

[1] By effecting this removal, Invitation Homes does not waive any defenses that might be available to it, including without limitation those defenses relating to jurisdiction, venue, and standing.

[2] All references to the "Complaint" are to Plaintiff's First Amended Complaint.

- All executed process and pleadings served on Invitation Homes in the state proceeding (Ex. A); and

- The state court docket sheet (Ex. B).

4.    Other than the documents attached as exhibits, no pleadings, process, orders, or other documents in the case have been served on or otherwise received by Invitation Homes, including some documents that remain under seal in state court. In the event that Invitation Homes comes into possession of additional documents, it will immediately file copies with this Court.

5.    The Complaint seeks to recover damages and civil penalties on behalf of certain California municipalities for alleged concealment or avoidance of obligations to remit money to those municipalities in violation of the California False Claims Act, Cal. Gov't Code § 12650 *et seq.* (hereinafter "CFCA"). (Compl. ¶ 1).  No municipality has elected to intervene in the case, and the deadline to do so has passed.

6.    Invitation Homes bases removal on 28 U.S.C. §§ 1332, 1441, and 1446, which permit removal of state court actions that otherwise meet the requirements of the diversity statute.

7.    This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days after service of the Complaint, as calculated pursuant to Rule 6(a) of the Federal Rules of Civil Procedure.

8.    In accordance with 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Invitation Homes will give written notice of the removal to Plaintiff-Relator, and will file a copy of this Notice of Removal with the state court.

## II.

## THIS COURT HAS DIVERSITY JURISDICTION OVER THE ACTION

9.     This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because the action is between citizens of different states and the matter in controversy exceeds $75,000.

10.    **There is Complete Diversity Between the Parties.**  Plaintiff, Blackbird Special Project, LLC, is incorporated in Delaware and has its principal place of business in San Diego, California.  (Compl. ¶ 13).  Defendant Invitation Homes is incorporated in Maryland and has its principal place of business in Dallas, Texas.  (Compl. ¶ 14).

11.    **The Amount in Controversy Exceeds $75,000**.  Although the Complaint is silent as to the precise amount of damages sought, it is apparent from the Complaint that, given the number of alleged violations and the statutory damages sought, the amount in controversy here exceeds the jurisdictional threshold.

WHEREFORE, Invitation Homes respectfully submits that this Action is now properly removed from the Superior Court of the State of California, San Diego County, and is properly before this Court and that all further actions will take place before this Court.

Dated: February 25, 2022          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:     */s/ Melinda L. Haag*
Randall S. Luskey
Melinda L. Haag

*Attorneys for Defendant*
Invitation Homes Inc.