ORIGINAL

Randall S. Luskey (SBN: 240915)
Melinda L. Haag (SBN: 132612)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: (628) 432-5100
Fax: (628) 232-3101
rluskey@paulweiss.com
mhaag@paulweiss.com

*Attorneys for Defendant*
Invitation Homes Inc.

FILED
MAR 10 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY C4V      DEPUTY

SEALED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF MORENO VALLEY, CITY OF RIVERSIDE, CITY OF LOS ANGELES CITY OF COMPTON, CITY OF TEMECULA, CITY OF PALMDALE, CITY OF LANCASTER, CITY OF SAN BERNARDINO, CITY OF VALLEJO, CITY OF FONTANA, CITY OF MURRIETA, CITY OF FAIRFIELD, CITY OF PERRIS, CITY OF YUCAIPA, CITY OF CORONA, CITY OF RIALTO AND ROES 1-250, EX. REL BLACKBIRD SPECIAL PROJECT, LLC,

Plaintiff-Relators,

v.

INVITATION HOMES, INC., a Maryland Corporation,

Defendant.

Case No. 22-CV-260-L-MDD

**DEFENDANT INVITATION HOMES INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

[FED R. CIV. P. 7.1 AND CIV. L.R. 40.2]

TAXED

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, the undersigned counsel for Defendant Invitation Homes Inc. ("Invitation Homes") hereby states that:

1. Invitation Homes is a publicly traded company.

2. Invitation Homes does not have any parent corporations, and no publicly held corporation owns 10% or more of Invitation Homes' stock.

In the event that, during the course of this litigation, Invitation Homes discovers other persons or entities that have a financial interest in the outcome of this litigation, it will file an amended disclosure statement.

Dated: March 10, 2022

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Melinda L. Haag*
Randall S. Luskey
Melinda L. Haag

*Attorneys for Defendant*
Invitation Homes Inc.

# CERTIFICATE OF SERVICE

I hereby certify that, on March 10, 2022, I caused to be served a true and correct copy of the Notice of Party with Financial Interest on all counsel of record by email at the following email addresses, pursuant to an agreement by the parties to accept service by email:

Ed Chapin
Email: echapin@sanfordheisler.com

H. Vincent McKnight
Email: vmcknight@sanfordheisler.com

Leonard B. Simon
Email: lens@rgrdlaw.com

Dated: March 10, 2022

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:    */s/ Melinda L. Haag*
       Randall S. Luskey
       Melinda L. Haag

*Attorneys for Defendant*
Invitation Homes Inc.