# CERTIFICATE OF SERVICE

I certify that on June 27, 2022, I filed the foregoing Opposition to Defendant's Motion to Dismiss the First Amended Complaint through the Court's CM/ECF system, which will electronically serve all counsel of record.

By:    */s/ Ed Chapin*
Attorney for the Plaintiff-Relator
echapin@sanfordheisler.com