Melinda L. Haag (SBN: 132612)
Randall S. Luskey (SBN: 240915)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: (628) 432-5100
Fax: (628) 232-3101
rluskey@paulweiss.com
mhaag@paulweiss.com

*Attorneys for Defendant*
Invitation Homes Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF MORENO VALLEY, CITY OF RIVERSIDE, CITY OF LOS ANGELES CITY OF COMPTON, CITY OF TEMECULA, CITY OF PALMDALE, CITY OF LANCASTER, CITY OF SAN BERNARDINO, CITY OF VALLEJO, CITY OF FONTANA, CITY OF MURRIETA, CITY OF FAIRFIELD, CITY OF PERRIS, CITY OF YUCAIPA, CITY OF CORONA, CITY OF RIALTO AND ROES 1-250, EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>            Plaintiff-Relators,<br><br>     v.<br><br>INVITATION HOMES, INC.,<br>a Maryland Corporation,<br><br>            Defendant. | Case No. 3:22-CV-00260-L-MDD<br><br>**JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. M. James Lorenz<br>Ctrm:    5b, 5th Floor |

Pursuant to Local Civil Rules 7.2 and 12.1 of the United States District Court for the Southern District of California, Defendant Invitation Homes Inc. ("Invitation Homes" or "Defendant") and Plaintiff-Relator Blackbird Special Project, LLC ("Blackbird" or "Relator") (collectively, the "Parties"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation:

## STIPULATION

WHEREAS, on January 3, 2023, the Court issued an order denying Defendant's Motion to Dismiss Relator's First Amended Complaint;

WHEREAS, Federal Rule of Civil Procedure 12(a)(4)(A) provides that, unless the Court sets a different time, a responsive pleading must be served within 14 days after notice of an order denying a motion to dismiss;

WHEREAS, the Parties have conferred and agreed, subject to the order of the Court, that good cause exists to extend the time for Defendants to file an Answer to the First Amended Complaint to February 21, 2023;

WHEREAS, in the meantime, the Parties will confer over a case management schedule that they can jointly propose to the Court.

**NOW, THEREFORE, THE PARTIES JOINTLY MOVE FOR AN ORDER APPROVING THE FOLLOWING STIPULATION:**

The time for Defendant to file its answer to the First Amended Complaint shall be extended to February 21, 2023.

Dated: January 10, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Melinda L. Haag
Randall S. Luskey
Melinda L. Haag

*Attorneys for Defendant*
Invitation Homes Inc.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2023 | **LAW OFFICES OF LEONARD B. SIMON** |
| 2 | | |
| 3 | | By: /s/ Leonard B. Simon |
| | | Leonard B. Simon |
| 4 | | *Attorneys for Plaintiff-Relator* |
| 5 | | Blackbird Special Project, LLC |
| 6 | Dated: January 10, 2023 | **SANFORD HEISLER SHARP, LLP** |
| 7 | | By: /s/ H. Vincent McKnight |
| 8 | | H. Vincent McKnight |
| 9 | | *Attorneys for Plaintiff-Relator* |
| 10 | | Blackbird Special Project, LLC |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff-Relator's respective legal counsel listed above, and that all signatories have authorized placement of their electronic signature on this document.

By: /s/ Melinda L. Haag
Melinda L. Haag

*Attorney for Defendant*
Invitation Homes Inc.

# CERTIFICATE OF SERVICE

I certify that on the date below, I filed the foregoing JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER FIRST AMENDED COMPLAINT with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Dated: January 10, 2023                    By: */s/ Melinda L. Haag*
                                                Melinda L. Haag

                                                *Attorney for Defendant*
                                                Invitation Homes Inc.