# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, et al,<br><br>　　　　　Plaintiff-Relators,<br><br>　v.<br><br>INVITATION HOMES, INC.,<br>a Maryland Corporation,<br><br>　　　　　Defendant. | Case No. 3:22-CV-00260-L-MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER FIRST AMENDED COMPLAINT** |

The Court having read and considered the Parties' Joint Motion to Extend Defendant's Time to Answer the First Amended Complaint, the Motion is hereby GRANTED. The time for Defendant to file its answer to the First Amended Complaint shall be extended to February 21, 2023.

**IT IS SO ORDERED.**
Dated:  January 10, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　United States District Judge