1  Melinda L. Haag (SBN 132612)
   Randall S. Luskey (SBN 240915)
2  **PAUL, WEISS, RIFKIND, WHARTON &**
   **GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Tel: (628) 432-5100
   Fax: (628) 232-3101
5  mhaag@paulweiss.com
   rluskey@paulweiss.com
6
   *Attorneys for Defendant and Third-Party Plaintiff*
7  Invitation Homes Inc.

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF MORENO VALLEY, CITY OF RIVERSIDE, CITY OF LOS ANGELES, CITY OF COMPTON, CITY OF TEMECULA, CITY OF PALMDALE, CITY OF LANCASTER, CITY OF SAN BERNARDINO, CITY OF VALLEJO, CITY OF FONTANA, CITY OF MURRIETA, CITY OF FAIRFIELD, CITY OF PERRIS, CITY OF YUCAIPA, CITY OF CORONA, CITY OF RIALTO AND ROES 1-250, EX. REL BLACKBIRD SPECIAL PROJECT, LLC, | Case No. 22-CV-260-L-MDD

**IMPLEADER THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL**

Judge: Hon. M. James Lorenz
Ctrm: 5B, 5th Floor |

Plaintiff-Relators,

v.

INVITATION HOMES INC.,
a Maryland Corporation,

Defendant.

---

INVITATION HOMES INC.,
a Maryland Corporation,

Third-Party Plaintiff,

v.

SMS ASSIST, LLC, PINTAR INVESTMENT COMPANY, LLC, BDR, INC., BASSETT BUILDING, INC., AND DOES 1-250, inclusive,

Third-Party Defendants.

Invitation Homes Inc. ("Invitation Homes") brings this Impleader Third-Party Complaint against Third-Party Defendants SMS Assist, LLC, Pintar Investment Company, LLC, BDR, Inc., Bassett Building, Inc., and Does 1-250, (collectively "Third-Party Defendants") and alleges as follows:

## PARTIES

1. According to the First Amended Complaint filed by Plaintiff-Relator Blackbird Special Project, LLC ("Relator"), Relator was incorporated in Delaware in March 2020 and is headquartered in San Diego.  ECF 1-2, ¶ 13.

2. Defendant and Third-Party Plaintiff Invitation Homes is a publicly traded company incorporated in the State of Maryland, with a principal place of business at 1717 Main Street, Dallas, Texas 75201.

3. Upon information and belief, Third-Party Defendant SMS Assist, LLC ("SMS Assist") is a limited liability corporation incorporated in the State of Delaware, with a principal place of business at 130 E. Randolph Street, Suite 200, Chicago, Illinois 60601.

4. Upon information and belief, Third-Party Defendant Pintar Investment Company, LLC ("Pintar Investment") is a limited liability company incorporated in the State of California, with a principal place of business at 27452 Calle Arroyo, San Juan Capistrano, California 92675.  Upon information and belief, Pintar Investment is affiliated with and under the same management as Port Street Realty Corporation.

5. Upon information and belief, Third-Party Defendant BDR, Inc. ("BDR") is a corporation incorporated in the State of California, with a principal place of business at 650 Town Center Drive, #600, Costa Mesa, California 92626. Upon information and belief, BDR is affiliated with and under the same management as Strategic Acquisitions, Inc., a corporation incorporated in the State of California with the same address.

6. Upon information and belief, Third-Party Defendant Bassett Building, Inc. ("Bassett Building") is a corporation incorporated in the State of California,

with a principal place of business at 389 N. Fawnwood Lane, Orange, California 92869. Upon information and belief, Bassett Building is also known as Bassett Construction.

## JURISDICTION

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

8. This Court has jurisdiction over Third-Party Defendants pursuant to Federal Rule of Civil Procedure 4(k)(1)(A).

## VENUE

9. Venue is proper in this Court under 28 U.S.C. § 1391.

## STATEMENT OF FACTS

10. The Complaint seeks to recover damages and civil penalties on behalf of certain California municipalities for alleged concealment or avoidance of obligations to remit money to those municipalities in violation of the California False Claims Act, Cal. Gov't Code § 12650 *et seq*. ECF 1-2, ¶ 1.

11. The Complaint alleges that Invitation Homes "intentionally ignored permitting laws in renovating the homes it purchased," allowing Invitation Homes to "evade both permitting fees and increased real estate taxes," and to "avoid[] carrying an unoccupied home while awaiting permitting approval." *Id*. ¶ 43.

12. The Complaint identifies 15 homes that, it alleges, were owned by Invitation Homes and purportedly underwent renovations. The Complaint alleges that Relator has been unable to identify permitting records related to the alleged renovations to the 15 homes through its search of county and city permitting databases. *Id*. ¶¶ 57-87.

13. The Complaint further alleges that Relator conducted statistical analysis showing that fewer permits on average were pulled for Invitation Homes-owned homes than for other homes in four municipalities in California. *Id*. ¶¶ 88-91.

14. Invitation Homes is not a construction company or a general contractor.

15. Invitation Homes engages licensed contractors and/or other qualified third-party entities, including Third-Party Defendants, to handle and/or perform repair, maintenance, renovation, and rehabilitation work on its homes.

16. Invitation Homes enters into contractual relationships with the contractors and other third-party entities who handle and/or perform repair, maintenance, renovation, and rehabilitation work on its homes. Those contracts require each entity or contractor to manage the repair, maintenance, renovation, and rehabilitation projects, including performing the work, overseeing the day-to-day operations, and engaging contractors or subcontractors as needed. The contracts also require those entities or contractors to obtain all necessary permits and otherwise comply with applicable state and local building code provisions.

17. Each of Invitation Homes' contracts with these contractors or third-party entities includes a provision whereby the entity or contractor agrees to defend, indemnify, protect, and hold harmless Invitation Homes from and against liability, claims, loss, cost, damages, or expense, including reasonable attorneys' fees, expenses, and court costs arising from, inter alia, the commission of any act or omission that constitutes misrepresentation, bad faith, illegal acts, or willful misconduct by the contractor or its agents or employees, or material breach of the agreement by the contractor or its agents or employees.

**Third-Party Defendants' Contracts with Invitation Homes**

18. Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building handled and/or performed maintenance and renovation work on Invitation Homes-owned homes in one or more of the municipalities identified in the Complaint.

19. Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building each executed one or more contracts with Invitation Homes and/or

a company that subsequently merged with Invitation Homes and/or a subsidiary thereof ("the Contracts"). Attached hereto are true and correct copies of the contracts with SMS Assist (**Exhibits A-C**), Pintar Investment (**Exhibit D**), BDR (**Exhibit E, F**), and Bassett Building (**Exhibit I, J**).

20. In the contracts between Third-Party Defendant BDR and Invitation Homes and/or a company that subsequently merged with Invitation Homes and/or a subsidiary thereof (**Exhibits E, F**), the parties amended prior contracts between Strategic Acquisitions, Inc. and Invitation Homes and/or a company that subsequently merged with Invitation Homes and/or a subsidiary thereof (**Exhibits G, H**). The parties agreed that BDR would replace Strategic Acquisitions, Inc. in the prior contracts, and that BDR was the "intended and real party" to the prior contracts, not Strategic Acquisitions, Inc.

21. In the Contracts, Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building agreed to provide services related to renovations or maintenance to residential properties owned and/or managed by Invitation Homes and/or a company that subsequently merged with Invitation Homes and/or a subsidiary thereof, including, but not limited to, refurbishing, renovating, contracting, and/or other facilities maintenance services.

22. The Contracts provided that Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building would, inter alia, comply with legal requirements and obtain all certificates, licenses, permits, authorizations, consents, and approvals required for the renovation, refurbishment, and maintenance of the subject properties.

23. The Contracts further provided that Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building would defend, indemnify, protect, and hold harmless Invitation Homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof, and related parties, from and against liability, claims, loss, cost, damages, or expense, including reasonable attorneys'

fees, expenses, and court costs arising from, inter alia, the commission of any act or omission that constitutes misrepresentation, bad faith, illegal acts, or willful misconduct by the Third-Party Defendant or its agents or employees, or material breach of the agreement by the Third-Party Defendant or its agents or employees.

24. Invitation Homes has made written demands on Third-Party Defendants SMS Assist, Pintar Investment, BDR, and Bassett Building.

### Third-Party Defendants Does 1-250[1]

25. Third-Party Defendants Does 1-250 are sued herein under the provisions of the Code of Civil Procedure § 474 of the State of California. Upon ascertainment of said Third-Party Doe Defendants' true identity, Invitation Homes will amend to expressly state their true identities.

26. Invitation Homes believes that each Third-Party Defendant designated herein by a fictitious name performed renovation and/or maintenance work in the municipalities identified in the Complaint on Invitation Homes-owned homes.

27. Invitation Homes further believes that each Third-Party Defendant designated herein by a fictitious name executed one or more contracts with Invitation Homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof in which the Third-Party Defendant agreed to provide services related to renovation and/or maintenance of residential properties owned and/or managed by Invitation Homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof, including, but not limited to, refurbishing, renovating, contracting, and other facilities maintenance services.

28. Invitation Homes further believes that the contracts executed by each Third-Party Defendant designated herein by a fictitious name provided that the Third-Party Defendant would comply with legal requirements and obtain all

---

[1] Third-Party Plaintiff Invitation Homes continues to investigate Relator's allegations. It will seek leave of Court, at the proper time, to implead additional Third-Party Defendants, as appropriate.

certificates, licenses, permits, authorizations, consents, and approvals required for the renovation, refurbishment, and maintenance of the subject properties.

29. Invitation Homes further believes that the contracts executed by each Third-Party Defendant designated herein by a fictitious name provided that the Third-Party Defendant would agree to defend, indemnify, protect, and hold harmless Invitation Homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof, and related parties, from and against liability, claims, loss, cost, damages, or expense, including reasonable attorneys' fees, expenses, and court costs arising from, inter alia, the commission of any act or omission that constitutes misrepresentation, bad faith, illegal acts, or willful misconduct by the Third-Party Defendant or its agents or employees, or material breach of the contract by the Third-Party Defendant or its agents or employees.

## FIRST CAUSE OF ACTION
## (Indemnification)

30. Invitation Homes incorporates by reference each allegation in the preceding paragraphs.

31. In the Complaint, Relator claims that renovation work occurred on properties owned by Invitation Homes and that no permits were obtained for such work, in violation of the law. Based on the terms of their contracts with Invitation Homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof, to the extent that Invitation Homes is liable (which liability is denied), Third-Party Defendants proximately caused any injuries and damages resulting from those allegations, as alleged herein.

32. Invitation Homes has been and will be harmed if Third-Party Defendants do not comply with their defense and indemnification obligations.

## PRAYER

Wherefore, Invitation Homes prays that the Court enter the following relief:

33. permit Third-Party Defendants to enter the underlying action to defend against Relator's allegations;

34. order Third-Party Defendants to honor their obligations as set forth in Third-Party Defendants' contracts with Invitation homes and/or companies with which Invitation Homes has merged and/or a subsidiary thereof;

35. enter judgment in favor of Invitation Homes and against Third-Party Defendants on all causes of action on which the Court or jury finds liability;

36. award Invitation Homes reasonable attorneys' fees and costs according to proof;

37. award Invitation Homes the costs of suit herein incurred; and

38. award Invitation Homes such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Invitation Homes demands trial by jury in this action of all issues so triable.

Dated:  March 7, 2023      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  */s/ Melinda L. Haag*
    Randall S. Luskey
    Melinda L. Haag

*Attorneys for Defendant and Third-Party Plaintiff*
Invitation Homes Inc.

# CERTIFICATE OF SERVICE

I certify that on March 7, 2023, I filed the foregoing IMPLEADER THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Dated: March 7, 2023         By: /s/ Melinda L. Haag
                                 Melinda L. Haag (SBN 132612)

                                 *Attorney for Defendant and*
                                 *Third-Party Plaintiff*
                                 Invitation Homes Inc.