# EXHIBIT B

CONFIDENTIAL



### MASTER SERVICES AGREEMENT

**THIS MASTER SERVICES AGREEMENT** ("Agreement") is effective as of January 31, 2018 ("Effective Date") by and between **THR PROPERTY MANAGEMENT L.P.,** a Delaware limited partnership, on behalf of itself and its affiliates, whose principal place of business 901 Main Street, Suite 4700, Dallas, Texas 75202, ("Customer") and **SMS ASSIST L.L.C.,** a Delaware limited liability company, whose principal place of business is 875 N. Michigan Avenue, Suite 2800, Chicago, Illinois 60611 ("SMS Assist"). Customer and SMS Assist may be referred to individually as a "party" and collectively as the "parties."

WHEREAS, SMS Assist is engaged in the business of providing facility services including, but not limited to, snow removal and salting and sanding, landscaping, periodic floor cleaning, window washing, HVAC maintenance and service, plumbing, electrical and handyman services and other facilities maintenance services; and

WHEREAS, Customer is engaged in the rental property business and has real estate assets across the nation which must be maintained in the course of its business; and

WHEREAS, SMS Assist previously entered into that certain Master Service Agreement, as amended, with Colony Starwood Homes Management, LLC, a subsidiary of Starwood Waypoint Homes, a Maryland real estate investment trust (as successor to CAH Manager) dated October 10, 2014 (the "SW Agreement"); and

WHEREAS, on November 16, 2017, Starwood Waypoint Homes merged with and into IH Merger Sub, LLC, a Delaware limited liability company a direct wholly owned subsidiary of Invitation Homes Inc., a Maryland corporation (collectively, the "Merged Entities") and Customer is the successor to Colony Starwood Homes Management, LLC; and

WHEREAS, the Parties are desirous of entering into an agreement providing for the procurement of certain SMS Assist services for Customer, to replace in its entirety the SW Agreement; and

WHEREAS, the parties have concurrently agreed to enter into a Master Platform Services Agreement, by and between Customer and SMS Assist dated January 31, 2018  (the "Platform Agreement"), to provide certain technology and other services to help facilitate the management of the services to be performed by SMS Assist and any definitions set forth in the Platform Agreement shall apply to this Agreement.

NOW, THEREFORE, by reason of the premises and in consideration of the mutual covenants contained herein, the parties hereto agree as follows:

1.      CONTRACTED SERVICES.  Commencing on the Effective Date, Customer does hereby engage SMS Assist as the provider to Customer of those services described in any statement of work ("Statement of Work" or "SOW") attached hereto or executed in accordance with the

1

CONFIDENTIAL

terms of this Agreement (the "Contracted Services"). Each Statement of Work shall contain an Exhibit A which details: (i) the Services to be provided by SMS Assist, (ii) the frequency of scheduled  services or the circumstances for reactive services, (iii) any applicable compensation or pricing terms, and (iv) any amendments to the terms of the Agreement required as a result of such Statement of Work. Further, each Statement of Work shall contain an Exhibit that lists the locations, as determined by mutual agreement of the parties, where SMS Assist may cause the Contracted Services to be performed at ("Locations"). The Contracted Services shall be performed in a good and workmanlike manner and with a level of care in accordance with industry standards, applicable statutes, ordinances, codes, rules, regulations, orders or determinations of any governmental authority and the scope of work agreed to by the parties. To the extent required by applicable statutes, ordinances, codes, rules, regulations, orders or determinations of any governmental authority ("Applicable Law"), the Contracted Services will be performed by licensed, bonded and/or insured contractors. SMS Assist shall take such steps in the performance of the Contracted Services to ensure that no lien, cloud or other impairment of title may be made to the properties and improvements owned by affiliates of Customer.  To the extent that SMS Assist secures product and/or work warranties, SMS Assist shall ensure that any and all product and work warranties are assigned to Customer in a timely manner.  SMS Assist will take reasonable steps to ensure that: (i) SMS Assist adheres to Customer's policies regarding resident maintenance responsibilities and obligations. During the term of this Agreement, SMS Assist shall be Customer's exclusive provider of the Contracted Services, provided that Customer may elect to provide any listed or unlisted Contracted Service to itself using its own direct internal labor or specialized vendors that are part of Customer's vendor credentialing system and who do not perform services that are substantially similar to the services performed by SMS Assist under SOW1.

2.     PRICE AND PAYMENT TERMS.

a)  The fees for Contracted Services supplied under this Agreement shall be set forth in the applicable SOW. The fees set forth in the SOW shall not be modified during the term of this Agreement without the prior written consent of Customer. Prices, as may be set forth in an SOW, do not include sales, use, excise or similar taxes which may be applicable to the Contracted Services and such taxes shall be added when and where applicable.  For avoidance of doubt, SMS Assist will take steps which are reasonably designed to prevent charging Customer duplicative taxes.  In the event that the Contracted Service is a reactive service, SMS Assist shall not exceed the Not to Exceed ("NTE") price as set forth in the applicable exhibit of any Statement of Work, unless otherwise authorized by Customer.

b)  SMS Assist shall invoice Customer for all Contracted Services performed and each invoice shall (i) identify the Contracted Services performed, the date the Contracted Services were provided, the address where the Contracted Services were performed, the price of the Contracted Services, and any applicable taxes; and (ii) specify that payment is due within thirty (30) days from the date of the invoice.  SMS Assist agrees to provide a one-half percent (0.5%) early pay discount of total bill if payment is made within ten (10) business days of invoice date.   Customer shall remit payment to SMS Assist within such terms.  At the election of SMS Assist, invoiced amounts that are not paid when due will bear interest at the lesser of one and a half percent (1.5%) interest per month or the highest rate permissible under applicable law, whichever is less.

DocuSign Envelope ID: 959B8281-3745-148C-B89C-297597C5E139

c)  If SMS Assist or its affiliates sell any goods or services (not included in the definitions of Contracted Services or Platform Services) to Customer's residents in connection with or as a result of the provision of the Contracted Services or Platform Services (whether directly, or through partners, affiliates or otherwise), SMS Assist shall credit against any fees payable by Customer to SMS Assist under this Agreement or any SOW an amount equal to 50% of SMS Assist and its affiliates' net profit (gross profit less SMS Assist's reasonable associated overhead expenses, expressly excluding any portion of interest, as mutually agreed upon by the parties) resulting from such sales.  Such credits shall be made on a monthly basis, and a reasonably detailed calculation of the credit (including underlying sales and expenses) shall be included in the monthly invoices. Should credits owing to Customer under this section exceed amounts payable by Customer to SMS Assist in any month, such credits shall be applied to the subsequent months' payables, unless otherwise requested by Customer that the balance be paid in cash.

d)  Customer shall receive a credit in the amount of any fees or expenses paid by Customer under the Platform Agreement against any fees otherwise owing under Statements of Work issued hereunder. Should credits owing to Customer hereunder exceed amounts payable by Customer to SMS Assist in any month, such credits shall be applied to the subsequent months' payables, unless otherwise requested by Customer that the balance be paid in cash.

3.      UNIFIED NATIONAL OPERATING PLATFORM.

a)  The parties agree to work together in good faith to integrate and combine the separate technology and call center services of the Merged Entities into one single and combined technology and call center services platform ("Unified National Operating Platform").

b)  The completion of the Unified National Operating Platform will require (a) combined datasets for the Merged Entities in the Unified National Operating Platform, and (b) one single, combined instance of the Unified National Operating Platform for both Merged Entities.

c)  The terms and conditions described in SOW1 – Exhibit B shall apply until the parties are able to complete the Unified National Operating Platform in accordance with Section 3(b).

d)  The parties agree the Unified National Operating Platform will be considered complete once the conditions identified in Section 3(b) have been completed (the "Unified Date").

i)  SMS Assist will send written notice to Customer designating the Unified Date. As of the Unified Date, the terms and conditions of SOW1 - Exhibit B shall be of no further effect and the terms and conditions of SOW1 - Exhibit C shall apply.

ii)  In the event that Customer has a reasonable belief that certain conditions identified in Section 3(b) have not been implemented, then the Customer may provide notice to SMS Assist and within 10 days of the receipt of such notice, each party shall appoint a senior executive and the senior executives shall meet, in person, to discuss and agree upon the status of the Unified National Operating Platform, and the applicable Unified Date.

4.      TERM.

DocuSign Envelope ID: 959B8284-3745-44BC-B89C-397697C5E139

a)  This Agreement shall commence on the Effective Date and continue through September 30, 2021, (the "Initial Term") unless earlier terminated in accordance with the terms of this Agreement.

b)  On or before March 30, 2021, the parties may mutually agree in writing to renew this Agreement for a one year term (a "Renewal Term").

c)  The parties agree that as of the Effective Date of this Agreement, the SW Agreement is terminated in its entirety and is replaced by this Agreement and is of no further force and effect.

5.      TERMINATION.  This Agreement may be terminated prior to expiration of the Initial Term or any Renewal Term set forth in Section 4 as follows:

a)  In the event of a material breach by either party of this Agreement or any Statement of Work, the non-breaching party shall have the right to terminate this Agreement with 7 days' advance written notice to the breaching party, provided that the non-breaching party was given a reasonable period to cure such breach (which must not be less than 30 days) and the breaching party has failed to cure such breach.

b)  Either party may immediately terminate this Agreement without liability upon written notice and without providing a cure period if the other party: (i) becomes insolvent, (ii) becomes a debtor in any bankruptcy or receivership proceeding or any similar action affecting the affairs or property of such party, (iii) makes a general assignment for the benefit of its creditors, or (iv) ceases its business operations.

c)  Customer shall have the right to terminate this Agreement in its entirety for cause at any time effective immediately upon the mailing of written notice to SMS Assist (which must set forth that the termination is for cause and specify the facts constituting cause) in the following situations: (i) improper or unethical business practices by SMS Assist that materially affect Customer; (ii) violation of any law, ordinance or regulation by SMS Assist that materially impacts Customer; or (iii) any other act or omission on the part of SMS Assist which causes material harm to Customer's business or reputation.

d)  Following October 2, 2020, Customer may give notice to SMS Assist of its intent to terminate this Agreement for any reason or no reason and specifying that the Agreement will terminate at least 90 days' from the date of such notice. In the event that Customer gives such notice, then the Agreement will terminate as of the date specified in the notice. If Customer exercises this right to terminate, Customer shall pay a termination fee to SMS Assist in the amount of $15,000,000.00 prior to the actual date of termination.

e)  On or after the Unified Date (as defined in Section 3 herein), Customer may terminate this Agreement in the event that Customer determines in its absolute and sole discretion that SMS Assist is performing in an unsatisfactory manner under this Agreement in any applicable service region (each a "Region"), Customer shall notify SMS Assist in writing and specify the unsatisfactory performance and the applicable Region ("Regional Performance Notice").  SMS Assist must improve its performance within 60 days after the date of receiving the Regional Performance Notice ("Performance Improvement Period").  If SMS Assist fails to improve its performance to a satisfactory level in response to the Regional Performance Notice (in Customer's

DocuSign Envelope ID: 959B8281-3745-44BC-B89C-3977597C5E139

sole discretion) within the Performance Improvement Period, Customer shall have 30 days following the Performance Improvement Period to terminate this Agreement with respect to the applicable Region by providing 30 days' written notice ("Regional Performance Termination Notice") to SMS Assist.  If Customer does not deliver a Regional Performance Termination Notice within such 30 day period, SMS Assist shall be deemed to have restored performance to a satisfactory level with respect to the applicable Region. Notwithstanding anything to the contrary contained in this Agreement, the Parties agree that SLA failures (as defined in SOW1 - Exhibit C) may be cited as evidence of unsatisfactory performance herein and payment of an SLA Credit shall not be deemed a cure for the purposes of this Section 5(e).

f) On or after the Unified Date (as defined in Section 3 herein), Customer may terminate the Agreement, with 30 days advance written notice to SMS Assist, if the following conditions are met: (a) Customer has sent a Regional Performance Notice for three (3) or more Regions, (b) the Regions where Customer has sent a Regional Performance Notice must comprise at least 25% of all of Customer's Locations (as measured as of the day after the most recent Regional Performance Notice), (c) the unsatisfactory performance in each of the three (3) Regions remains uncured, and (d) SMS Assist has had at least 90 days to cure each Region.

6.    ARBITRATION.  All disputes arising out of or relating to this Agreement shall be resolved by binding arbitration administered by the JAMS under its JAMS Streamlined Arbitration Rules and Procedures then in effect in Cook County, Illinois, or if that entity is unavailable or declines, a similar impartial tribunal.  The ruling or said tribunal shall be binding and non-appealable.  Judgment upon an award rendered by the arbitrator may be entered in any court of competent jurisdiction.  Nothing in this provision shall prohibit a party from seeking an injunction or order of specific performance in a court of competent jurisdiction to the extent that such equitable remedy may exist.

7.    INSURANCE.  SMS Assist represents and agrees that during the term of this Agreement SMS Assist shall carry, or cause to be carried, at its own expense: (a) full worker's compensation insurance providing the statutory benefits for each state in which SMS Assist and/or its contracted service providers performs work for Customer including Employer's Liability coverage with minimum limits of $1,000,000 or that statutory minimum, whichever is greater, per accident or employee illness for its employees, sub-contractors, affiliates, agents, or representatives performing Contracted Services under this Agreement; (b) commercial general liability coverage written on an occurrence form with a minimum limit of not less than $2,000,000 per occurrence for personal injury and property damage; (c) automobile liability coverage for all owned and non-owned vehicles, including rented and leased vehicles containing minimum limits per occurrence of $1,000,000 (d) fidelity or crime insurance coverage of its employees, sub-contractors, affiliates, agents, or representatives performing Contracted Services under this Agreement in the amount of $1,000,000 per occurrence; and (e) umbrella liability coverage with a minimum limit of $50,000,000 per occurrence and in the aggregate on terms consistent with the commercial general liability insurance policy and including employer liability and automobile liability. Customer shall be named as an Additional Insured or loss payee, as applicable, for each of the policies described in Section 7(b), (c), (d) and (e) on a primary and non-contributory basis. SMS Assist may meet the minimum coverage limits described in this Section 7 with any combination of primary and excess coverage.  All liability policies must contain a waiver of subrogation against Customer, contain such provisions as Customer deems reasonably necessary

DocuSign Envelope ID: 959B8201-3745-448C-B89C-297597C5E139

or desirable to protect its interest including endorsements providing that (i) neither SMS, Customer nor any other party shall be a co-insurer under said Policies, (ii) Customer shall receive at least thirty (30) days prior written notice of any modification, reduction or cancellation, and (iii) for a deductible per loss of an amount not more than that which is customarily maintained by prudent owners of single family residential properties with a standard of operation and maintenance comparable to and in the general vicinity of the Locations.

All insurance coverages required under this agreement shall be written with a company or companies having a minimum A.M. Best's rating of "A-" with a financial size classification of "VII" as determined by the most recently published Best's Key Rating Guide.  Within a reasonable time after the execution of this Agreement, SMS Assist shall provide certificates of insurance evidencing the insurance required under this Agreement.

8.      INDEMNIFICATION. SMS Assist shall indemnify, defend and hold the Customer harmless from and against any and all claims, damages, costs, liabilities and expenses (including reasonable attorney fees) arising out of or in connection with personal injury or property damage or any other claims or costs resulting from the negligence or willful misconduct of SMS Assist, its officers, agents, contractors, or representatives while performing the services set forth herein, or SMS Assist's material breach of this Agreement, or SMS Assist's failure to satisfy liens or other clouds on title filed by SMS Assist, its contractors and/or vendors,  or violation of any applicable federal, state or local law by SMS Assist or the services provided hereunder.

Customer agrees to indemnify, defend, and hold SMS Assist harmless from and against all claims, demands, actions and expenses (including reasonable attorney's fees) made or brought against SMS Assist, or such as it may pay or incur, as a result of Customer's negligence or willful misconduct, Customer's material breach of this Agreement, or violation of any applicable federal, state or local law by Customer.

Notwithstanding the foregoing, neither party shall be liable to the other for, and each party hereby waives any and all rights to claims against the other party, any special, indirect, incidental, consequential, punitive or exemplary damages in connection with this Agreement, including, but not limited to, lost revenue or profits, even if a party has knowledge of the possibility of such damages. Except for (i) either party's indemnification obligations set forth above in this Section 8, (ii) a party's obligation to make payment for Contracted Services (as described in Section 2), or (iii) a violation of Section 9, in no event shall either party's liability  hereunder exceed $1,000,000.00. The foregoing limitation shall in no way limit the reimbursement or coverage of claims covered by insurance.

9.      CONFIDENTIAL INFORMATION.

a)      For the purposes of this Agreement, confidential information ("Confidential Information") shall mean all proprietary, secret or confidential information, materials or data which are not generally known to the public and are identified at the time of disclosure, or would reasonably be understood by the receiving party, to be proprietary or confidential, and which the receiving party observes or learns in connection with this Agreement, including any information that may have been provided prior to the Effective Date of this Agreement.

b)  Customer and SMS Assist acknowledge that either party may disclose Confidential Information to the other party in connection with this Agreement.  If a party receives Confidential Information it shall: (i) limit disclosure of Confidential Information to those of its employees, agents, or subcontractors that have a need to know such portion of the Confidential Information to accomplish the purposes contemplated by this Agreement; (ii) use at least the same degree of care in maintaining the secrecy of the Confidential Information as the receiving party uses in maintaining the secrecy of its own proprietary, secret or confidential information, but in no event less than a reasonable degree of care; (iii) use Confidential Information only to fulfill its obligations under this Agreement; (iv) return or destroy all documents, copies, notes or other materials containing any portion of the Confidential Information upon request by the disclosing party; and (v) shall not reverse engineer, decompile, disassemble or otherwise attempt to discover any source codes, object codes, data, information, copyrights, trademarks, patents, inventions, trade secrets, or  prototypes delivered to it by the other party or attempt to do so.

c)  The receiving party shall have no obligation concerning any portion of the Confidential Information which: (i) was known to the receiving party before disclosure of the Confidential Information; (ii) is lawfully obtained, directly or indirectly, by the receiving party from a third party and such third party is under no obligation of confidentiality; (iii) is or becomes publicly available other than as a result of an act or failure to act by the receiving party; or (iv) is required to be disclosed by applicable law or legal process.

10.     INTELLECTUAL PROPERTY.  The parties have concurrently agreed to enter into the Platform Agreement for the technology and platform services to be provided by SMS Assist in conjuntion with the Contracted Services.  The term "Platform", as used in this Agreement, has the definition given to it in the Platform Agreement, as well any other term defined in the Platform Agreement, and the rights and obligations of the parties with respect to the Platform as set forth in the Platform Agreement shall apply to the parties as if incorporated herein.

For the term of this Agreement, each party grants to the other party a revocable, non-exclusive license to use its trademarks in order to carry out the purposes and functions contemplated by this Agreement or for any other purpose which the parties may agree upon.  A party will make reasonable efforts to use the trademarks in a manner consistent with the other party's marketing standards.  The licensing party may revoke the license if the other party uses the trademark in a manner inconsistent with those standards and fails to correct the usage within a reasonable amount of time following notice from the licesing party.

11.     NON-SOLICITATION. During this Agreement, neither party shall, except with the express written agreement of the other party, directly or indirectly, alone or as an agent, independent contractor, partner, shareholder of or in any corporation, partnership, proprietorship, firm association, person or entity, (i) employ, retain or negotiate with respect to the employment or retention of, any person engaged as an employee of the other party at any time during the Term of the Agreement, or (ii) induce or influence or attempt to induce or influence, any person engaged as an employee of the other party at any time during the Term of the Agreement, to terminate his or her relationship with that party.  Notwithstanding the foregoing, the parties agree that this Section 11 does not preclude either party from employing or hiring an employee of the other party, (i) as a result of a general published advertisement rather than a response to a direct solicitation, or (ii) following termination of the employee's employment.

CONFIDENTIAL

12.    NON-COMPETITION. During the first 24 months following the Effective Date, SMS Assist shall not perform services for American Homes 4 Rent, LLC or any of its affiliated entities without the express written permission of Customer.

13.    REFERRAL AGREEMENT.  The parties may agree to enter into a mutually agreed upon referral agreement.

14.    INDEPENDENT CONTRACTORS.  Each party is an independent contractor in connection with this Agreement and neither party has authority to bind or commit the other in any contractual arrangement with any third party. Nothing herein shall be deemed or construed to create a joint venture, partnership or agency relationship between the parties for any purpose.

15.    PRICING WARRANTY.  SMS Assist represents and warrants that all of the pricing granted by SMS Assist to Customer herein shall be more favorable than the pricing granted by SMS Assist to any previous customer with respect to contract services within the applicable residential marketplace for one (1) year from the Effective Date (or any extension thereafter) and thereafter represents and warrants that all of the pricing shall be equal to or more favorable for the remainder of the term of this Agreement.  Should SMS Assist (i) offer to any new or existing customer any contract services at a price lower than the applicable fees hereunder; or (ii) offer additional or more comprehensive contract services at the same or lower price than the applicable fees hereunder, SMS Assist shall notify Customer within thirty (30) days of such event and then SMS Assist shall offer such lower price to Customer, or shall offer to Customer such additional or more comprehensive contract services at such same or lower price (as applicable).  SMS Assist shall review and have an officer of SMS Assist certify is compliance with this Section 15 to Customer annually.  This certification shall be sent to Customer's address listed under the Notice section of this Agreement or as otherwise specified by Customer.

16.    NOTICES.    All notices, requests, demands and determinations under the Agreement (other than routine operational communications), shall be in writing and shall be deemed duly given: (a) when delivered personally (against a signed receipt); (b) on the designated day of delivery (other than a weekend or US Federal government holiday) after being timely given to an express overnight courier with a reliable system for tracking delivery; or (c) on the next business day when sent by confirmed facsimile with a copy sent by another means specified above, and addressed as follows:

        In the case of Customer:
        THR Property Management L.P.
        1717Main Street, Suite 2000
        Dallas, TX 75201
        Attn:  Ernest M. Freedman

        With a copy to Chief Legal Officer at the same address above.

        With a copy to Justin Iannacone
        8665 E Hartford Drive, Suite 200
        Scottsdale, AZ 85255
        Attn: Justin Iannacone

DocuSign Envelope ID: 0E9B8266-3745-4486-8890-2D7797675139

CONFIDENTIAL

In the case of SMS Assist:
SMS Assist, L.L.C.
875 N. Michigan Ave., Ste. 2800
Chicago, IL 60611
Attn:  Marc Shiffman

With a copy to:
SMS Assist, L.L.C.
875 N. Michigan Ave., Ste. 2800
Chicago, IL 60611
Attn:  General Counsel
notices@sms-assist.com

17.    ENTIRE AGREEMENT.  This Agreement and the Master Platform Agreement constitutes the entire understanding between SMS Assist and Customer, superseding and replacing any and all prior agreements between the parties hereto. No modification or amendment of this Agreement shall be effective unless reduced to writing and signed by Customer and an authorized officer of SMS Assist.

18.    APPLICABLE LAW.  This Agreement shall be governed by and construed in accordance with the internal law, and not the law of conflicts, of the State of Illinois. Except as otherwise described in Section 6, the parties hereto consent to sole jurisdiction of the courts of Cook County, Illinois or the U. S. Federal District Court for the Northern District of Illinois with respect to any disputes which may arise out of this Agreement and the parties will not object to such venue.  THE PARTIES HEREBY WAIVE TRIAL BY JURY FOR ANY DISPUTE RELATING TO THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER.

19.    INVALIDITY.  If any provision in this Agreement shall be held to be invalid, illegal or unenforceable in any respect, such invalid, illegal or unenforceable provision shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

20.    NON-WAIVER.  Continuation of the performance of this Agreement is not to be construed as a waiver of an alleged breach, and such continuation is done at all times with a reservation of all rights under this Agreement.

21.    COUNTERPARTS.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  In addition, the parties agree that (i) an electronic signature shall be considered an original signature, and (ii) a complete copy of the Agreement shall be considered an original instrument, and each, together or separately, shall become binding and enforceable as if original and the parties may rely on the same to prove the authenticity of the Agreement.

22.    ASSIGNMENT.  This Agreement may not be assigned by either party without the written approval of the other party.  Any attempted assignment by a party without such approval shall be void and of no force and effect. A change in ownership, control, or a change in operating

DocuSign Envelope ID: 0E9B8266-3745-448C-889A-2D7797CF5139

CONFIDENTIAL

officers shall not be deemed an assignment.  This Agreement shall be binding upon and inure to the benefit of the successors and valid assigns of each party.

23.    FORCE MAJEURE.  Neither party will incur any liability to the other party resulting from any delay or failure to perform all or any part of this Agreement if such delay or failure is caused, in whole or in part, by events, occurrences, or forces beyond the reasonable control or without the negligence of such party.

24.    AUDIT RIGHTS.

a)  Customer and its authorized representatives shall have the right to audit, to examine, and to make copies of or extracts from SMS Assist's records (in whatever form they may be kept, whether written, electronic, or other) for the purposes of verifying the Contracted Services performed under this Agreement and the Platform Agreement rendered hereunder or thereunder kept by or under the control of SMS Assist, including, but not limited to those kept by and between SMS Assist, its agents, affiliates, contractors, vendors, assigns, and successors, such as SMS Assist's agreements with vendors and contractors performing Contracted Services. SMS Assist shall, at all times during the term of this Agreement and for a period of seven years after the completion of such agreement, maintain such records, together with such supporting or underlying documents and materials, to the extent available and in SMS Assist's or its representatives' or advisors' possession. SMS Assist shall at any time reasonably requested by Customer, whether during or after completion of this Agreement make such records available for inspection and audit (including copies and extracts of records as required) by Customer. Such records shall be made available to Customer during normal business hours at SMS Assist's office or place of business.

b)  SMS Assist will provide Customer with a semi-annual statement describing the total aggregate cash available to SMS Assist, including any cash available through a line of credit, which shall be signed by an officer of SMS Assist.

25.    SURVIVAL.  The provisions of Sections 6, 7, 8, 9, 10 and 18 of this Agreement shall survive the expiration or early termination of this Agreement, as well as any other provisions that, by their nature, are intended to survive termination of this Agreement.

**IN WITNESS WHEREOF,** the parties, intending this Agreement to be effective on the Effective Date, have caused this Agreement to be executed by their duly authorized representatives.

| **THR PROPERTY MANAGEMENT L.P.:** | | **SMS ASSIST, L.L.C.:** | |
|---|---|---|---|
| Signature: | *Mark Solls* <br> 98DCE195C32A4C0... | Signature: | *Marc Shiffman* <br> 8EA2C4B975D045C... |
| Name: | Mark Solls | Name: | Marc Shiffman |
| Title: | EVP & CLO | Title: | CFO |
| Date: | 01-25-2018 \| 10:04:57 AM MST | Date: | 01-24-2018 \| 9:06:59 PM MST |

DocuSign Envelope ID: 0E9B8266-3745-4486-B896-307797675F139

CONFIDENTIAL

# SOW1
## Statement of Work 1 for
## Reactive Services

This Statement of Work for Reactive Services (this "SOW1") is entered into as of January 31, 2018, by and between THR PROPERTY MANAGEMENT L.P. and SMS ASSIST, L.L.C. This SOW1 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 31, 2018 by and between Customer and SMS Assist.  Except as otherwise defined in this SOW1, all capitalized terms used in this SOW1 shall have the same meanings assigned to them in the Agreement.

**1.**    **Scope of Services.**  SMS Assist shall provide Customer with the Contracted Services set forth on SOW1 - Exhibit A attached to and made a part of the Agreement ("Reactive Services").

**2.**    **Services and Service Providers.**   SMS Assist shall use independent contractors to provide the Contracted Services as directed by SMS Assist ("Service Providers") and Service Providers shall follow the processes and procedures as outlined in this SOW1 which are applicable to such Service Provider.

**3.**    **Unified National Operating Platform.**

a)    The terms and conditions described in SOW1 - Exhibit B shall apply until the parties are able to complete the Unified National Operating Platform in accordance with Section 3(b) of the Agreement.

b)    As of the Unified Date, the terms and conditions of SOW1 - Exhibit B shall be of no further effect and the terms and conditions of SOW1 - Exhibit C shall apply.

**4.**    **Locations.**  In accordance with Section 3 above, SMS Assist shall provide the Reactive Services at the Locations listed on SOW1 - Exhibit B and C, as applicable.

**5.**    **Payment Terms, Fees, Expense and Taxes.**  SMS Assist agrees to provide billing in accordance with Section 2 "Price and Payment Terms" of the Agreement.

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW1 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**          **SMS ASSIST, L.L.C.:**

Signature:  _Mark Solls_                     Signature:  _Marc Shiffman_
            98DCE195C32A4C0...                           8EA2C4B975D045C...

Name:  Mark Solls                            Name:  Marc Shiffman

Title:  EVP & CLO                            Title:  CFO

Date:  01-25-2018 | 10:04:57 AM MST          Date:  01-24-2018 | 9:06:59 PM MST

11

CONFIDENTIAL

# SOW1 - Exhibit A

# Scope of Services

1.  **Scope of Services.** SMS Assist shall perform the following Reactive Services for Locations that the Customer has designated in accordance with this SOW1:

| Service Category | General Notes |
|---|---|
| Doors/Windows/Siding | • Repair/replace exterior/interior doors, windows and siding, repair/replace locks/door hardware, storm shutter installation<br>• Glass Replacements / Board Ups<br>• Window covering repairs/replacements<br>• Emergency Repairs |
| Electrical / Lighting | • Repair/replace breakers<br>• Wiring repairs<br>• Run new circuits, replace switches<br>• Run wiring and install new outlets and fixtures<br>• Outages<br>• Emergency Repairs |
| Plumbing | • Leaks / Flooding / Blockages<br>• New lines and fixture installations<br>• Hot Water Heater repairs/replacements<br>• Septic Pumping / Replacement<br>• Toilet stoppages<br>• Drain line stoppages, leaks<br>• Leaking fixtures and faucets interior<br>• Emergency Repairs |
| General Building / Carpentry | • Flooring<br>• Carpentry / Drywall<br>• Ceiling Repairs<br>• Patch & Paint, Touchups<br>• Exterior Repairs, Gates, Fencing<br>• Cabinet/Countertop repairs/replacements<br>• Roof Repairs / Full Replacements<br>• General Maintenance<br>• Emergency Repairs |
| Air Conditioning & Heating | • Repair<br>• Replacement / New Installation<br>• Ductwork repair/install<br>• Preventative maintenance<br>• Emergency Repair |
| Appliances (Kitchen Hoods, Refrigerators, Dishwasher, Range/Oven, Garbage Disposal, Microwave) | • Repair<br>• Replacement / New Installation<br>• Emergency Repairs |
| Garage / Garage Door | • Repair Doors & Garage Openers<br>• Spring Replacement<br>• Emergency Repairs |

DocuSign Envelope ID: 0E9B8266-3745-4486-B89C-2D7797675139

CONFIDENTIAL

| Pools | • Pool Maintenance<br>• Pool Repair |
|---|---|
| Other | • Other repair and maintenance issues |

## 2.  **Operations.**

a)      Work Order Report.  SMS Assist will submit, track, and reconcile all Work Orders through the Platform.  The Work Order Report will contain the following:

   i.     Location ID number, if any

   ii.    Location Address

   iii.   Description of work performed

   iv.    Price of the Work Order including any NTE approvals

   v.     Status of the Work Order

b)      Field Communications.  SMS Assist shall communicate service information and schedules to the Customer field personnel via the Platform. The Platform will provide Customer with updates as to the status of the Work Order and any scheduled times for the performance of Contracted Services.

c)      Confirmation.  SMS Assist will confirm all Work Orders performed by Service Providers through the Platform.

d)      Work Order Tracking.  SMS Assist shall track Work Orders according to the following standards:

   i.     Completion Time.  Completion time is defined as the point in time when the work is actually completed and the status is changed to "Work Complete/Pending Invoice" in SMS Assist's Platform.

   ii.    Response Time.  Response time is defined as the point in time when SMS Assist acknowledges receipt of a Work Order, and changes the status of the work order from "Pending Acceptance" to "Scheduled" in SMS Assist's Platform.

   iii.   Priority 1.  Priority 1 (Emergency) work request performance is measured on a 24/7 clock.  All other priorities are measured on a Monday – Friday (excluding holidays) business day (8AM to 5PM) clock.

   iv.    Reporting.  SMS Assist will provide reporting reflecting work performance levels, work volume, response times, specific detail associated with work completion and invoicing.

e)      NTE Approval Process.  If additional authorization and/or materials are required to complete repairs or to mitigate an emergency (e.g. permanent repairs following mitigation of an emergency issue, NTE approvals, or specialty parts that are not readily available, etc.) SMS Assist may place the Work Order on hold and provide a new estimated "Completion Time" based on the anticipated time required to gain appropriate authorizations and/or to source the correct repair materials and complete the required repairs.

13

CONFIDENTIAL

f)      NTE Limits.    SMS Assist and Customer shall agree upon NTEs for the Contracted Services.  Customer may change the NTE limits from time to time in Customer's reasonable discretion.  The agreed upon NTE limit will be described in the attached Exhibit A-1 and any services exceeding the agreed upon NTE limits (as expressed in U.S. Dollars) will follow the quote process defined in section 2(g) below. The parties may modify the NTE limits set forth in Exhibit A-1 by agreeing in writing, which need not be signed to be effective.

g)      Quotes.    In the event that a Work Order will exceed the NTE limit, SMS Assist shall use commercially reasonably efforts to obtain a quote for such services within 48 hours following Service Provider's original visit to the Location. For Work Orders categorized as an "Emergency" and flagged as a habitability issue, SMS Assist shall use commercially reasonable efforts to obtain a quote for such services within 24 hours.  SMS Assist will provide the quoted dollar amount to Customer and Customer will approve or reject the quoted amount. In the event that Customer approves the quoted amount for a Work Order, such approved amount shall become the NTE for such Work Order and SMS Assist shall obtain approval before exceeding the new NTE limit. SMS Assist will not be responsible for performing any work under the applicable Work Order unless Customer has approved the NTE limit increase.

DocuSign Envelope ID: 0E9B8268 3745 4486 B89C 2D797975E139

CONFIDENTIAL

# Exhibit A-1

# NTE Limits

| Service Category | Service Type | Problem Code | NTE | Afterhours NTEs |
|---|---|---|---|---|
| Air Conditioning/Heating | Swamp Cooler | Leaking | $300.00 | $600.00 |
| Air Conditioning/Heating | Temporary Units | Cooling | $200.00 | $400.00 |
| Air Conditioning/Heating | Thermostat | Physical Damage | $300.00 | $600.00 |
| Air Conditioning/Heating | Thermostat | Programming Help Needed | $0.00 | n/a |
| Air Conditioning/Heating | Thermostat | Smart Thermostat | $200.00 | $400.00 |
| Air Conditioning/Heating | Unit | Airflow Issue | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Gas Smell | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Leaking Water | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Making Noise | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Vandalism | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Not Heating | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Not Cooling | $300.00 | $600.00 |
| Appliances | Cooktop | Gas Smell | $200.00 | $400.00 |
| Appliances | Cooktop | Not Working | $200.00 | $400.00 |
| Appliances | Dishwasher | Not Working | $200.00 | n/a |
| Appliances | Dryer | Broken or Damaged | $200.00 | n/a |
| Appliances | Dryer | Dryer Vent | $200.00 | n/a |
| Appliances | Dryer | Making Noise | $200.00 | n/a |
| Appliances | Dryer | Not Working Properly | $200.00 | n/a |
| Appliances | Microwave | Not Working | $200.00 | $400.00 |
| Appliances | Range/Oven | Broken or Damaged | $200.00 | $400.00 |
| Appliances | Range/Oven | Gas Smell | $200.00 | $400.00 |
| Appliances | Range/Oven | Not Working | $200.00 | $400.00 |
| Appliances | Refrigerator | Freezer Not Working | $200.00 | $400.00 |
| Appliances | Refrigerator | Ice Maker Not Working | $200.00 | n/a |
| Appliances | Refrigerator | Not Working | $200.00 | $400.00 |
| Appliances | Vent Hood | Not Working | $200.00 | $400.00 |
| Appliances | Wall Oven | Broken or Damaged | $200.00 | $400.00 |
| Appliances | Wall Oven | Not Working | $200.00 | $400.00 |
| Appliances | Washer | Broken or Damaged | $200.00 | n/a |
| Appliances | Washer | Leaking | $200.00 | n/a |
| Appliances | Washer | Not Working Properly | $200.00 | n/a |
| Cabinets/Countertops | Cabinets | Broken or Damaged | $250.00 | n/a |
| Cabinets/Countertops | Cabinets | Cracked or Peeling | $250.00 | n/a |
| Cabinets/Countertops | Countertops | Broken or Damaged | $250.00 | n/a |
| Cabinets/Countertops | Countertops | Cracked or Peeling | $250.00 | n/a |
| Doors/Windows/Siding | Exterior - Door Locks | Lost Key/Locked Out | $250.00 | $500.00 |

15

CONFIDENTIAL

| Doors/Windows/Siding | Exterior - Door Locks | Not Working Properly | $250.00 | $500.00 |
|---|---|---|---|---|
| Doors/Windows/Siding | Exterior - Doors | Broken or Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Exterior - Doors | Door Adjustment or Weather Stripping | $250.00 | $500.00 |
| Doors/Windows/Siding | Interior - Doors | Broken or Damaged | $250.00 | n/a |
| Doors/Windows/Siding | Siding | Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Frame Issue or Leak | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Glass Broken or Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Latch or Hardware Issue | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Screens | $250.00 | $500.00 |
| Electrical/Lighting | Bathroom Fan | Fan Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Bathroom Fan | Light Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Ceiling Fan | Fan Balancing | $250.00 | $500.00 |
| Electrical/Lighting | Ceiling Fan | Fan Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Exterior Lighting | Not Working, Broken or Damaged | $250.00 | n/a |
| Electrical/Lighting | Interior Lighting | Not Working, Broken or Damaged | $250.00 | n/a |
| Electrical/Lighting | Outlet | Loose or Damaged | $250.00 | $500.00 |
| Electrical/Lighting | Outlet | Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Outlet | Smoking or Sparking | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Detached or Damaged | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Failed Test | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Periodically Chirping | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Sounding Alert | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Breaker | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Burning Smell | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Exposed Wires | $250.00 | $500.00 |
| Flooring | Carpet | Damaged | $250.00 | n/a |
| Flooring | Carpet | Pulling Up | $250.00 | n/a |
| Flooring | Stairs/Stair Railing | Broken or Damaged | $250.00 | n/a |
| Flooring | Tile | Cracked Tile | $250.00 | n/a |
| Flooring | Tile | Grout Issue | $250.00 | n/a |
| Flooring | Vertical Tile (Bath/Kitchen) | Cracked Tile | $250.00 | n/a |
| Flooring | Vinyl | Damaged/Torn | $250.00 | n/a |
| Flooring | Vinyl | Peeling Up/Separating | $250.00 | n/a |
| Flooring | Wood Laminate | Damaged | $250.00 | n/a |
| Garage/Garage Door | Door/Opener | Missing Remote | $150.00 | $300.00 |
| Garage/Garage Door | Door/Opener | Not Working, Broken or Damaged | $250.00 | $500.00 |
| Garage/Garage Door | Door/Opener | Spring Issue | $250.00 | $500.00 |
| General Maintenance | Bath Accessories | Broken or Damaged | $250.00 | $500.00 |
| General Maintenance | Cleaning | Maid Service Needed | $150.00 | $300.00 |
| General Maintenance | Cleaning | Power Washing | $150.00 | n/a |
| General Maintenance | Discoloration | Wall/Ceiling Stains or Spots | $250.00 | $500.00 |
| General Maintenance | Fireplace | Chimney Sweep Needed | $250.00 | n/a |
| General Maintenance | Fireplace | Not Working | $250.00 | $500.00 |
| General Maintenance | Interior - Trim/Baseboard | Broken or Damaged | $250.00 | $500.00 |
| General Maintenance | Stairs/Stair Railing | Damaged or Missing | $250.00 | $500.00 |
| General Maintenance | Structural | Exterior Deck | $250.00 | $500.00 |
| General Maintenance | Structural | Foundation | $250.00 | $500.00 |
| General Maintenance | Structural | Framing | $250.00 | $500.00 |
| General Maintenance | Structural | Roof Truss | $250.00 | $500.00 |
| General Maintenance | Structural | Sub Floor | $250.00 | $500.00 |
| General Maintenance | Vandalism | Property Damage | $250.00 | $500.00 |
| General Maintenance | Vandalism | Stolen | $250.00 | $500.00 |
| General Maintenance | Walls/Ceiling | Damaged, Missing or Wet | $250.00 | $500.00 |

| General Maintenance | Water Extraction | Dryout | $250.00 | $500.00 |
|---|---|---|---|---|
| Landscape/Irrigation | Irrigation | Leaking Water/Broken Line | $250.00 | $500.00 |
| Landscape/Irrigation | Irrigation | Sprinkler not working properly | $250.00 | $500.00 |
| Landscape/Irrigation | Irrigation | Timer Not Working | $150.00 | n/a |
| Landscape/Irrigation | Trees/Plants | Grass/Lawn | $200.00 | n/a |
| Landscape/Irrigation | Trees/Plants | Tree Removal Needed | $250.00 | $500.00 |
| Landscape/Irrigation | Trees/Plants | Tree Trimming Needed | $250.00 | $500.00 |
| Landscape/Irrigation | Trees/Plants | Weed removal | $150.00 | $300.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Driveway/Patio/Sidewalk | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Floor lifted or cracked | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Walls - Cracked, Broken or Damaged | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Fencing | Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Fencing | Missing Slats | $250.00 | n/a |
| Masonry/Fencing/Gates | Gates | Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Mailbox | Missing, Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Shutters | Missing, Broken or Damaged | $250.00 | n/a |
| Paint | Drywall | Hole | $250.00 | n/a |
| Paint | Exterior | Cracking or Peeling | $250.00 | n/a |
| Paint | Interior | Cracking or Peeling | $250.00 | n/a |
| Pest Control | Ants/Small Pests | Treatment Needed | $150.00 | n/a |
| Pest Control | Bed Bugs | Treatment Needed | $150.00 | n/a |
| Pest Control | Birds, Bats, Racoons & Squirrels | Trapping Needed | $150.00 | n/a |
| Pest Control | Gophers | Trapping Needed | $150.00 | n/a |
| Pest Control | Rodents/Large Pests | Trapping Needed | $150.00 | n/a |
| Pest Control | Snakes, Lizards & Other Pests | Trapping Needed | $150.00 | n/a |
| Pest Control | Termites/Wood Destroying Pests | Treatment Needed | $150.00 | $300.00 |
| Pest Control | Wasps/Bees | Treatment Needed | $150.00 | n/a |
| Plumbing | Backflow test | Test | $250.00 | n/a |
| Plumbing | Exterior Lines/Fixtures | Broken/Leaky Pipe or Faucet | $250.00 | $500.00 |
| Plumbing | Garbage Disposal | Not Working, Broken or Damaged | $200.00 | n/a |
| Plumbing | Gas Lines | Repair | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Broken or Damaged | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Finish/Surface | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Faucet Broken or Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Flooding/Sewer Backup | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Pipes Broken or Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Shower Valve/Head | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Slow or Clogged Drain | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Sump Pump Not Working | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Tub/Tub Surround/Shower Leaking | $250.00 | $500.00 |
| Plumbing | Septic System | Preventive Maintenance | $250.00 | $500.00 |
| Plumbing | Toilet | Backing Up/Overflowing | $250.00 | $500.00 |
| Plumbing | Toilet | Leaking/Running Constantly | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Broken or Damaged | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Finish/Surface | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Leaking | $250.00 | $500.00 |
| Plumbing | Water Heater | Leaking | $250.00 | $500.00 |
| Plumbing | Water Heater | Not Heating/Working Properly | $250.00 | $500.00 |
| Pool/Spa | Equipment | Auto-Fill | $100.00 | n/a |
| Pool/Spa | Equipment | Automatic Vacuum | $100.00 | n/a |

CONFIDENTIAL

| Pool/Spa | Equipment | Broken or Damaged | $100.00 | n/a |
|---|---|---|---|---|
| Pool/Spa | Equipment | Filter | $100.00 | n/a |
| Pool/Spa | Equipment | Light | $100.00 | n/a |
| Pool/Spa | Equipment | Not Cleaning Properly | $100.00 | n/a |
| Pool/Spa | Equipment | Plaster Issue | $100.00 | n/a |
| Pool/Spa | Equipment | Pool Deck | $100.00 | $200.00 |
| Pool/Spa | Equipment | Pool/Spa Heater | $100.00 | n/a |
| Pool/Spa | Equipment | Pump | $100.00 | n/a |
| Pool/Spa | Equipment | Skimmer | $100.00 | n/a |
| Pool/Spa | Fencing/Gate/Locks | Not Working, Broken or Damaged | $100.00 | n/a |
| Pool/Spa | Fencing/Gate/Locks | Unable to Secure | $100.00 | n/a |
| Pool/Spa | Leak Detection | Bucket Test | $100.00 | n/a |
| Pool/Spa | Leak Detection | Leak Repair | $100.00 | n/a |
| Pool/Spa | Leak Detection | Possible Leak | $250.00 | n/a |
| Pool/Spa | Plaster Issue | Backfill | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Cracked or Chipping | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Re-Plaster | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Stained | $100.00 | n/a |
| Pool/Spa | Pool Screens | Broken, damaged or missing | $100.00 | n/a |
| Pool/Spa | Service | Green to Clean | $100.00 | n/a |
| Pool/Spa | Service | Routine Service Needed | $100.00 | n/a |
| Roof | Gutters | Clogged Gutters | $250.00 | $500.00 |
| Roof | Gutters | Damaged | $250.00 | $500.00 |
| Roof | Roofing Material | Interior Leaking | $250.00 | $500.00 |
| Roof | Roofing Material | Wind Damage | $250.00 | $500.00 |
| Violations | City | Architectural Issue | $250.00 | n/a |
| Violations | City | Code Issue | $250.00 | n/a |
| Violations | City | Cosmetic Issue | $250.00 | n/a |
| Violations | City | Health & Safety Issue | $250.00 | n/a |
| Violations | City | Landscaping Enhancement Needed | $250.00 | n/a |
| Violations | City | Landscaping Service Needed/Weeds | $250.00 | n/a |
| Violations | City | Municipal Inspection | $250.00 | n/a |
| Violations | City | Notice of Hearing | $250.00 | n/a |
| Violations | City | Oil Stains | $250.00 | $500.00 |
| Violations | City | Other Issues | $250.00 | n/a |
| Violations | City | Permit Issue | $250.00 | n/a |
| Violations | City | Pool Issue | $250.00 | n/a |
| Violations | City | Structural Issue | $250.00 | n/a |
| Violations | City | Trash Can | $250.00 | n/a |
| Violations | City | Trash/Debris | $250.00 | n/a |
| Violations | City | Vehicle/Parking | $250.00 | n/a |
| Violations | HOA | Architectural Issue | $250.00 | n/a |
| Violations | HOA | Code Issue | $250.00 | n/a |
| Violations | HOA | Cosmetic Issue | $250.00 | n/a |
| Violations | HOA | Health & Safety Issue | $250.00 | n/a |
| Violations | HOA | Landscaping Enhancement Needed | $250.00 | n/a |
| Violations | HOA | Landscaping Service Needed/Weeds | $250.00 | n/a |
| Violations | HOA | Municipal Inspection | $250.00 | n/a |
| Violations | HOA | Notice of Hearing | $250.00 | n/a |
| Violations | HOA | Oil Stains | $250.00 | $500.00 |
| Violations | HOA | Other Issues | $250.00 | n/a |
| Violations | HOA | Permit Issue | $250.00 | n/a |
| Violations | HOA | Pool Issue | $250.00 | n/a |
| Violations | HOA | Structural Issue | $250.00 | n/a |

CONFIDENTIAL

| Violations | HOA | Trash Can | $250.00 | n/a |
|---|---|---|---|---|
| Violations | HOA | Trash/Debris | $250.00 | n/a |
| Violations | HOA | Vehicle/Parking | $250.00 | n/a |
| Window Coverings | Coverings/Blinds | Not Working, Broken or Damaged | $200.00 | n/a |

CONFIDENTIAL

# SOW1 - Exhibit B

# Pre-Unified National Operating Platform Terms and Location List

1. **Fees.**

   a. SMS Assist will charge Customer the total cost of the Service Provider invoice for each Reactive Service plus a markup of 26.59% (21% gross margin) of the total cost of the Reactive Service if the Service Provider invoice is less than $10,000.00, exclusive of applicable taxes. Except as otherwise agreed upon by the parties, SMS Assist warrants that the markup will be calculated based upon Service Providers' actual costs, and SMS Assist will take steps which are reasonably designed to prevent charging Customer duplicative taxes.

   b. SMS Assist will charge Customer the total cost of the Service Provider invoice for each Reactive Services if the Service Provider invoice, exclusive of applicable taxes, is in excess of $10,000.00.

   c. SMS Assist will not charge any fee for a Reactive Service which is performed by an employee of Customer. Customer will continue to utilize and employ in-house technicians materially consistent with historical business practices.

2. **Locations and Rollout.** The list of Locations covered under this SOW1 is set forth in the customer portfolio report ("SOW1 Customer Portfolio Report"), as follows:

   a. All properties that were formerly owned under the Starwood Waypoint Homes portfolio will be included in the Customer Portfolio Report as of the Effective Date.

   b. The properties that were formerly owned under Invitation Homes, Inc. portfolio will be added, by region, according to the following schedule:

| Region | Date to be added to the Customer Portfolio Report |
|---|---|
| Phoenix | Wednesday, January 31, 2018 |
| Las Vegas | Friday, February 2, 2018 |
| Miami | Tuesday, February 27, 2018 |
| Tampa | Thursday, March 1, 2018 |
| Charlotte | Wednesday, March 14, 2018 |
| Jacksonville | Wednesday, April 4, 2018 |
| Atlanta | Wednesday, April 18, 2018 |
| Orlando | Friday, April 20, 2018 |
| Inland Empire | Wednesday, May 2, 2018 |
| Los Angeles | Wednesday, May 2, 2018 |
| Sacramento | Friday, May 4, 2018 |
| Chicago | Wednesday, June 6, 2018 |
| Minneapolis | Friday, June 8, 2018 |

DocuSign Envelope ID: 0E9B826A-3745-4486-B89A-2D7797675E139

CONFIDENTIAL

| Seattle | Tuesday, June 19, 2018 |
|---------|------------------------|

c. If necessary, the parties may modify the schedule above by agreeing in writing, which need not be signed to be effective.

d. Once the roll-out is complete, all Customer owned properties in the regions listed above and any other regions where the Customer is operating as of the date that the roll-out is completed, excluding any corporate or management offices, will be included in the SOW1 Customer Portfolio Report.

e. Customer will provide SMS Assist with a list of newly added locations as soon as reasonably practical and SMS Assist will add such new locations to the applicable Platform of a Merged Entity (as designated by Customer) within seven (7) days of receipt of such notice from Customer.

f. In the event a Location is sold, Customer may remove such Location from the SOW1 Customer Portfolio Report by providing seven (7) days' advance written notice to SMS Assist.

g. SMS Assist will remove Locations that are terminated in accordance with Section 5 from the SOW1 Customer Portfolio Report as of the date of termination for such Location.

h. The parties agree to regularly review the list of Locations in the SOW1 Customer Portfolio Report and in the event of any inconsistencies, Customer and SMS Assist will work to resolve the inaccuracies in a timely manner.

CONFIDENTIAL

# SOW1 - Exhibit C

# Post-Unified National Operating Platform Terms and Location List

**1.** **Fees.**

   a. Provided that Customer meets the minimum spend requirements detailed in Section 1(b) below, SMS Assist will charge Customer the total cost of the Service Provider invoice for a Reactive Service plus a markup of 24.23% (19.5% gross margin) of the total cost of the Reactive Service if the Service Provider invoice is less than $10,000.00, exclusive of applicable taxes. Except as otherwise agreed upon by the parties, SMS Assist warrants that the markup will be calculated based upon Service Providers' actual costs, and SMS Assist will take steps which are reasonably designed to prevent charging Customer duplicative taxes.

   b. In the event that Customer spends less than $75,000,000.00 under this Agreement during any 365 day period following the completion of the Unified National Operating Platform (each such period, a "Year"), SMS Assist may charge Customer a fee which shall be equal to (a) the total cost of all invoices for Reactive Services under $10,000 during the Year plus a markup of 26.59% (21% gross margin) less (b) the total cost of all invoices for Reactive Services under $10,000 during the Year plus a markup of 24.23% (19.5% gross margin).

   c. SMS Assist will charge Customer the total cost of the Service Provider invoice for Work Order for Reactive Services if the Service Provider invoice is in excess of $10,000.00.

   d. SMS Assist may charge Customer the fees in accordance with this subsection (d) for any Work Orders which are completed by employees of Customer ("In-House Work Orders") and managed either through the Platform or the Call Center.  For avoidance of doubt, Procare Service Work Orders are excluded from the definition of In-House Work Orders unless otherwise specified as such in SOW2.

      i. SMS Assist will charge the fee set forth in accordance with the table below for the average number of In-House Work Orders per Location which are performed during each quarter.

      ii. "Average In-House Work Orders Per Home" will be calculated at the end of each quarter by dividing the total number of In-House Work Orders created for the quarter by the total number of aggregate Locations that were active in the same quarter.

      iii. At the end of each quarter, SMS Assist will charge Customer the applicable "Fee Per In-House Work Order," which shall be equal to the sum of: (a) each In-House Work Order (b) multiplied by the total number of In-House Work Orders subject to such tier.

CONFIDENTIAL

| Average In-House Work Orders Per Home | Fee Per In-House Work Order |
|---|---|
| Less than .375 | $0 |
| .375 to .450 | $20 |
| .450 to .525 | $50 |
| .525 to .600 | $75 |
| .600 to .675 | $100 |
| Greater than .675 | $125 |

iv.  For example, if Customer has 1000 homes and creates 600 In-House Work Orders for the quarter, then Customer has an Average In-House Work Orders Per Home average of .600 then the fee for In-House Work Orders in the quarter will be equal to:

| Average In-House Work Orders Per Home | Work Orders subject to Fee Tier (The Average In-House Work Order Per Home or upper fee tier (whichever is less) – lower fee tier) *Number of homes | Fee per Tier Number of Work Orders subject to such Fee Tier* Fee for each Tier |
|---|---|---|
| Less than .375 | (.375-0) * 1000 = 375 Work Orders | 375 Work Orders * $0 = $0 |
| .375 to .450 | (.450-.375) * 1000 = 75 Work Orders | 75 Work Orders * $20 = $1,500 |
| .450 to .525 | (.525-.450) * 1000 = 75 Work Orders | 75 Work Orders * $50 = $3,750 |
| .525 to .600 | (.600 - .525) * 1000 = 75 Work Orders | 75 Work Orders * $75 = $5,625 |
| .600 to .675 | -- | -- |
| Greater than .675 | -- | -- |
| **Fee per quarter (the sum of each Fee per Tier)** | | **$10,875** |

v.  Following every quarter, the parties shall review the fees paid under this

CONFIDENTIAL

Section 1(d) to ensure that the quarterly fees are not materially different than if they were calculated and paid on an annual basis. In the event that the quarterly fees paid are materially different from a fee calculated and charged on an annual basis, the parties agree to equitably adjust the total of a quarterly fees so that such fees are equal to a fee as if it had been calculated and charged on an annual basis. Such adjustment shall be made either through the issuance of a credit towards the fees charged by SMS Assist or through a new invoice to Customer.

2. **Service Level Agreements.**

a. <u>Service Level Agreement Hurdles</u>.  SMS Assist will use its best efforts to meet the following service level agreement standards (each, an "SLA") as measured over the course of each three calendar-month period during the term of this Agreement (each such period, a "Measurement Period").

    i. <u>Vendor Payment Time</u>.  SMS Assist will pay Service Providers within an average of 10 days from receipt of payment from Customer for the corresponding Work Order during each Measurement Period. Service Providers who fail to perform in accordance with applicable requirements of their agreement with SMS Assist or other applicable requirements shall be excluded from this calculation.

    ii. <u>Average Speed to Answer</u>.  Prior to the Unified Date, SMS Assist will track and record data with respect to the average speed to answer Resident calls to the Call Center.  Following the Unified Date, the parties will work in good faith to analyze the Call Center data and develop a mutually agreeable Call Center SLA for SMS Assist to answer Resident calls to the Call Center.

    iii. <u>Average Time to Dispatch</u>.  SMS Assist will dispatch Work Orders to its Service Providers in accordance with the following times, as averaged over each Measurement Period:
        (a) SMS Assist will dispatch Work Orders categorized as "Critical" within four (4) hours of creation of the Work Order;
        (b) SMS Assist will dispatch Work Orders categorized as an "Emergency" within 24 hours of creation of the Work Order;
        (c) SMS Assist will dispatch Work Orders categorized as "Urgent" within 72 hours within of creation of the Work Order; and
        (d) SMS Assist will dispatch Work Orders categorized as "Routine" within 14 days of the creation of the Work Order.

    iv. <u>Platform Availability</u>. Subject to the terms and conditions of this Agreement and the Platform Agreement, SMS Assist will make the Platform available at 99.50% of the time over the Measurement Period, excluding unavailability as a result of any of the Exceptions described below in this Section 2(a)(iv)(a) (the "Availability Requirement").

CONFIDENTIAL

(a) "Platform Service Level Failure" means a material failure of the Platform to meet the Availability Requirement. "Available" means the Platform is available for access and use by Customer and its Authorized Users over the internet. The following are "Exceptions" to the calculation of the Availability Requirement, and neither the Platform will be considered un-Available nor any Platform Service Level Failure be deemed to occur in connection with any failure to meet the Availability Requirement or impaired ability of Customer or its Authorized Users to access or use the Platform that is due, in whole or in part, to any: (i) act or omission by Customer or any Authorized User which results in the Platform being used in a manner that does not strictly comply with this Agreement; (ii) Customer's or its Authorized User's internet connectivity; (iii) failure, interruption, outage or other problem with any software, hardware, system, network, facility or other matter not supplied or not hosted by SMS Assist or its contractors; or (iv) Scheduled Downtime (as defined below).

(b) SMS Assist will use its best efforts to: (i) schedule downtime for routine maintenance of the Platform between the hours of 12 a.m. and 6 a.m., Eastern Standard Time; and (ii) give Customer at least twenty-four (24) hours prior notice of all scheduled outages of the Platform ("Scheduled Downtime").

b.  <u>SLA Credit</u>. Customer may be entitled to a reasonable monetary adjustment to reflect a failure to meet an SLA (a "SLA Credit") as set forth in the SLA Credit Schedule attached as Exhibit C-1. SLAs shall be calculated and provided to Customer within thirty (30) days after the end of a Measurement Period.

c.  <u>SLA Failure Remedy</u>. The payment of the SLA Credit as described in SOW1 - Exhibit C, Section 2(b) shall be Customer's sole remedy with respect to SMS Assist's failure to meet any SLA and shall constitute a cure for SMS Assist's failure to meet such SLA for the Measurement Period. This remedy only applies to the SLAs and nothing in this Section 2(c) is intended to affect either Party's other rights or obligations under the Agreement. For avoidance of doubt, the Parties agree that SLA failures may be cited as evidence of unsatisfactory performance under Section 5(e) and payment of an SLA Credit shall not be deemed a cure for the purposes of Section 5(e).

d.  <u>SLA Credit Refund</u>. In the event that (i) SMS Assist fails to meet any SLA, (ii) pays the applicable SLA Credit to Customer, and (iii) passes the failed SLA in the two consecutive Measurement Periods following the failure, then Customer shall refund the SLA Credit to SMS Assist within 30 days of the end of the second passed Measurement Period.

e.  <u>Force Majeure</u>. This Section and the SLAs are subject to Section 23 of the Agreement ("Force Majeure").

CONFIDENTIAL

3.  **Platform Adoption.**  In order to incentivize Customer to use and adopt the Platform, the parties agree to the rebate structure described in this Section 3.  SMS Assist shall pay the rebate described in the "Rebate" column within 30 days following the end of a Year according to the "Platform Adoption Percentage."  Platform Adoption Percentage shall be calculated by (a) dividing the total number of Work Orders for Reactive Services where the Resident records and schedules a Work Order exclusively in the Platform for the Year by (b) the total number of Work Orders for Reactive Services for the Year.

| **Platform Adoption Percentage** | **Rebate** |
|---|---|
| Less than 40% | No rebate |
| 40 to 60% | $200,000 |
| Greater than 60% | $400,000 |

4.  **Locations.**  The list of Locations covered under this SOW1 is set forth in the customer portfolio report ("SOW1 Customer Portfolio Report"), as follows:

   a.  The SOW1 Customer Portfolio Report will be maintained via the Platform and include all Customer owned properties in the regions described in SOW1 – Exhibit B, Section 2(b) and any other regions where Customer was operating as of the date that the roll-out was completed, excluding any corporate or management offices.

   b.  Customer will provide SMS Assist with a list of newly opened locations as soon as reasonably practical and SMS Assist will add such new locations to Platform within seven (7) days of receipt of such notice from Customer.

   c.  In the event a Location is sold, Customer may remove such Location from the SOW1 Customer Portfolio Report by providing seven (7) days' advance written notice to SMS Assist.

   d.  SMS Assist will remove Locations that are terminated in accordance with Section 4 from the SOW1 Customer Portfolio Report as of the date of termination for such Location.

   e.  The parties agree to regularly review the list of Locations in the SOW1 Customer Portfolio Report and in the event of any inconsistencies, Customer and SMS Assist will work to resolve the inaccuracies in a timely manner.

CONFIDENTIAL

DocuSign Envelope ID: 0E9B8264-3745-448C-B89C-297797CFE139

# SOW1 - EXHIBIT C-1

## SLA Credit Schedule

| SLA | Hurdle | Calculation Method | Measurement Period | Due Date | Pass / Fail | SLA Credit |
|---|---|---|---|---|---|---|
| **Vendor Payment Time** | See Section 2(a)(i) | See Section 2(a)(i) | Each three calendar-month period during the term of this Agreement | Calculation Provided within 30 Days of Quarter End | If average result for the quarter is greater than or equal to the Hurdle, then Pass. If average result for the quarter is less than Hurdle, but at least 2 of the months within the quarter have an average result greater than or equal to the Hurdle, then Pass. | $20,000 per Measurement Period to be paid within 30 days following the end of the Measurement Period |
| **Average Time to Answer** | To be created in accordance with Section 2(a)(ii) | To be created in accordance with Section 2(a)(ii) | Each three calendar-month period during the term of this Agreement | Calculation Provided within 30 Days of Quarter End | If average result for the quarter is greater than or equal to the Hurdle, then Pass. If average result for the quarter is less than Hurdle, but at least 2 of the months within the quarter have an average result greater than or equal to the Hurdle, then Pass | $20,000 per Measurement Period to be paid within 30 days following the end of the Measurement Period |

CONFIDENTIAL

DocuSign Envelope ID: 0E9B8264-3745-448C-B89C-297797CFE139

| SLA | Hurdle | Calculation Method | Measurement Period | Due Date | Pass / Fail | SLA Credit |
|---|---|---|---|---|---|---|
| **Average Time to Dispatch** | See Section 2(a)(iii) | See Section 2(a)(iii) | Each three calendar-month period during the term of this Agreement | Calculation Provided within 30 Days of Quarter End | If average result for the quarter is greater than or equal to the Hurdle, then Pass. If average result for the quarter is less than Hurdle, but at least 2 of the months within the quarter have an average result greater than or equal to the Hurdle, then Pass. Calculated on a Per Priority Basis. | If SMS Assist fails any one priority level during the Measurement Period, then SMS Assist shall pay $12,500 within 30 days following the end of the Measurement Period. If SMS Assist fails two or more of the priority levels during the Measurement Period, then SMS Assist shall pay $50,000 within 30 days following the end of the Measurement Period. |
| **Platform Availability** | See Section 2(a)(iv) | See Section 2(a)(iv) | Each three calendar-month period during the term of this Agreement | Calculation Provided within 30 Days of Quarter End | If average result for the quarter is greater than or equal to the Hurdle, then Pass. If average result for the quarter is less than Hurdle, but at least 2 of the months within the quarter have an average result greater than or equal to the Hurdle, then Pass. | $10,000 per Measurement Period to be paid within 30 days following the end of the Measurement Period |

CONFIDENTIAL

# SOW2
## Statement of Work 2 for
## Procare Services

This Statement of Work for Procare Services (this "SOW2") is entered into as of January 31, 2018, by and between THR PROPERTY MANAGEMENT L.P. ("Customer") and SMS ASSIST, L.L.C. ("SMS Assist"). This SOW2 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 31, 2018 by and between Customer and SMS Assist ("Agreement"). Except as otherwise defined in this SOW2, all capitalized terms used in this SOW2 shall have the same meanings assigned to them in the Agreement.

1. **Scope of Services.** SMS Assist shall provide Customer with the services set forth on SOW2 - Exhibit A attached to and made a part of the Agreement.

2. **Locations.** SMS Assist shall provide the services at the Locations listed on SOW2 - Exhibit B attached hereto.

3. **Termination.** In the event that SOW1 is terminated, this SOW2 will automatically terminate as of the date of such termination.

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW2 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**          **SMS ASSIST, L.L.C.:**

Signature: _Mark Solls_                    Signature: _Marc Shiffman_
          96DCE195C32A4C0...                          8EA2C4B975D045C...

Name: Mark Solls                           Name: Marc Shiffman

Title: EVP & CLO                           Title: CFO

Date: 01-25-2018 | 10:04:57 AM MST         Date: 01-24-2018 | 9:06:59 PM MST

DocuSign Envelope ID: 0E9B8266-3745-4486-B89C-2D7797675139

CONFIDENTIAL

# SOW2 - Exhibit A

# Scope of Services

1. For the purposes of this Agreement, a "Procare Service" means an automatically scheduled Work Order, Survey, or a Customer created and scheduled in-house inspection Work Orders for the inspection of a Location by an employee of Customer. SMS Assist shall not have any obligation to perform the Procare Services and Customer's employees shall have the exclusive responsibility to perform Procare Services.

2. SMS Assist will use its best efforts to ensure that the Platform has the ability to create, schedule, update, and modify Procare Service Work Orders. Customer will have the ability to modify Procare Service Work Orders in the Platform, including adding a resident's list of minor repairs.

3. SMS Assist will work, in good faith and using commercially reasonable efforts, to develop the ability for a Resident to enter the Platform and update the Procare Service Work Order with a list of minor repairs or issues to be inspected during the Procare Service.

4. Provided that Call Center Personnel are not utilized at any point for a Procare Service, SMS Assist will not charge Customer any fee for Procare Service Work Orders (other than the Platform Fee).  If Call Center Personnel or other SMS Assist resources outside of the Platform are utlized for a Procare Service Work Order, then the Procare Service Work Order will be considered a Reactive Service under SOW1 and SMS Assist may charge the fees described in that SOW1.

5. If Customer's employee identifies a repair that cannot be completed during the Procare visit, the employee will submit a Reactive Service Work Order under SOW1.  Any reactive repairs, non-minor repairs, or repairs requiring a follow-up visit are outside the scope of this SOW2.

6. Customer will only use Procare Work Orders for the intended purpose stated in Section 2 above and will not use Procare Work Orders to avoid submitting Work Orders under SOW1 or SOW3.

DocuSign Envelope ID: 0E9B8266-3745-44B6-B89C-207797C5F139

CONFIDENTIAL

# SOW2 - Exhibit B

# Locations List

The list of Locations covered under this SOW2 is set forth in the customer portfolio report ("SOW2 Customer Portfolio Report"), as follows:

1. The SOW2 Customer Portfolio Report will be maintained via the Platform.
2. Customer will provide SMS Assist with a list of newly opened locations as soon as reasonably practical and SMS Assist will add such new locations to Platform within seven (7) days of receipt of such notice from Customer.
3. In the event a Location is sold, Customer may remove such Location from the SOW2 Customer Portfolio Report by providing seven (7) days' advance written notice to SMS Assist.
4. SMS Assist will remove Locations that are terminated in accordance with Section 5 from the SOW2 Customer Portfolio Report as of the date of termination for such Location.
5. The parties agree to regularly review the list of Locations in the SOW2 Customer Portfolio Report and in the event of any inconsistencies, Customer and SMS Assist will work to resolve the inaccuracies in a timely manner.

DocuSign Envelope ID: 0E9B8266-3745-44B6-B89A-2D797965E139

CONFIDENTIAL

# SOW3
## Statement of Work for
## Turn Services

This Statement of Work for Turn Services (this "SOW3") is entered into as of January 31, 2018, by and between THR PROPERTY MANAGEMENT L.P. ("Customer") and SMS ASSIST, L.L.C. ("SMS Assist"). This SOW3 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 31, 2018 by and between Customer and SMS Assist ("Agreement"). Except as otherwise defined in this SOW3, all capitalized terms used in this SOW3 shall have the same meanings assigned to them in the Agreement.

1. **Scope of Services.** SMS Assist shall provide Customer with the services set forth on SOW3 - Exhibit A attached to and made a part of the Agreement (the "Turn Services").

2. **Services and Service Providers:** SMS Assist shall use independent contractors to provide the Contracted Services as directed by SMS Assist ("Service Providers").

3. **Locations.** SMS Assist shall provide the Services in the regions listed on SOW3 - Exhibit B attached hereto, such regions and the Locations therein being subject to change and as mutually agreed upon by the parties from time to time.

4. **NTE's.** SMS Assist shall adhere to not to exceed ("NTE") limits for the specified costs set forth in SOW3 - Exhibit B. SMS Assist will obtain approval from Customer in advance to perform any work or Service above the NTE costs set forth in SOW3 - Exhibit B.

5. **Quality Assurance.** This SOW3 contains several critical quality control components furnished by SMS Assist:
   a. Work Order Report: SMS Assist will submit, track, and reconcile all Work Orders through the Platform. A Contracted Service cannot be completed if it has not gone through validation at the regional field team and/or corporate level, preferably through the Platform.  The Work Order Report will contain the following:
      i. Location ID number, if any
      ii. Location Address
      iii. Description of work performed
   b. Field Communications: SMS Assist shall communicate service information and schedules to the Customer field personnel via the Platform.

6. **Payment Terms, Fees, Expense and Taxes.**  SMS Assist agrees to provide billing in accordance with Section 2 "Price and Payment Terms" of the Agreement.

**[signatures appear on the following page]**

CONFIDENTIAL

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW3 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**

Signature: _Mark Solls_

Name: Mark Solls

Title: EVP & CLO

Date: 01-25-2018 | 10:04:57 AM MST

**SMS ASSIST, L.L.C.:**

Signature: _Marc Shiffman_

Name: Marc Shiffman

Title: CFO

Date: 01-24-2018 | 9:06:59 PM MST

DocuSign Envelope ID: 0E9B826A-3745-4486-889A-2D797675E139

CONFIDENTIAL

# <u>SOW3 - Exhibit A</u>

# <u>Scope of Services</u>

1. **<u>SERVICES</u>.**

   a. The parties agree to work together in good faith to develop an updated Scope of Services for Turn Services prior to the Unified Date.

   b. Once agreed upon, SMS Assist will perform to the standards set forth in the updated Scope of Services for Turn Services.

   c. Until the parties agree upon an updated Scope of Services, the parties will follow the Scope of Services as detailed in SOW3 – Exhibit A of the SW Agreement.

   d. Customer agrees that it will award SMS Assist Turn Services consistent with prior business practices in calendar year 2017 and subject to SMS Assist's adequate performance levels.

2. **<u>FEES</u>.**

   a. Prior to the completion of the Unified National Operating Platform, SMS Assist will charge Customer the total cost of the Service Provider invoice for each Turn Service plus a markup of 26.59% (21% gross margin) of the total cost of the Turn Service if the Service Provider invoice is less than $10,000.00, exclusive of applicable taxes.

   b. Following the completion of the Unified National Operating Platform, SMS Assist will charge Customer the total cost of the Service Provider invoice for a Turn Service plus a markup of 24.23% (19.5% gross margin) of the total cost of the Turn Service if the Service Provider invoice is less than $10,000.00, exclusive of applicable taxes.

   c. For any Turn Property Capital Expenditure Work Order for which fees payable exceed $10,000, exclusive of applicable taxes, no mark-up will be applied to Customer's invoice.

CONFIDENTIAL

# <u>SOW3 - Exhibit C</u>

# <u>Locations List</u>

The list of Locations covered under this SOW3 is as follows:

1. The Locations will be maintained via the Platform.
2. By submitting a Work Order for Turn Services, Customer authorizes SMS Assist to perform the Turn Services at such Location.
3. The parties agree to modify and update the list of Locations in conjunction with the updated Scope of Services.