# EXHIBIT C

sms assist                                                           CONFIDENTIAL

## AMENDED AND RESTATED MASTER SERVICES AGREEMENT

**THIS AMENDED AND RESTATED MASTER SERVICES AGREEMENT** ("Agreement")
is effective as of January 1, 2021 ("Effective Date") by and between **THR PROPERTY MANAGEMENT
L.P.**, a Delaware limited partnership, on behalf of itself and its affiliates, whose principal place of business
1717 Main Street, Suite 2000, Dallas, Texas 75201 ("Customer") and **SMS ASSIST L.L.C.**, a Delaware
limited liability company, whose principal place of business is 875 N. Michigan Avenue, Suite 2800,
Chicago, Illinois 60611 ("SMS Assist"). Customer and SMS Assist may be referred to individually as a
"party" and collectively as the "parties."  This Agreement amends, restates, and replaces in its entirety the
Master Services Agreement dated January 31, 2018 ("2018 Agreement") and the Master Platform Services
Agreement dated January 31, 2018 ("Platform Agreement") between the parties as of the Effective Date.

WHEREAS, SMS Assist is engaged in the business of providing facility services including, but not
limited to, snow removal and salting and sanding, landscaping, periodic floor cleaning, window washing,
HVAC maintenance and service, plumbing, electrical and handyman services and other facilities
maintenance services; and

WHEREAS, Customer is engaged in the rental property business and has real estate assets across
the nation which must be maintained in the course of its business; and

WHEREAS, the parties are desirous of entering into an agreement providing for the procurement
of certain SMS Assist services for Customer, to replace in its entirety the 2018 Agreement and the Platform
Agreement; and

WHEREAS, the parties previously entered into the Platform Agreement to provide certain
technology and call center services ("Platform Services") in connection with the services to be performed
by SMS Assist; and

WHEREAS, the Platform Agreement provided that Customer will pay SMS Assist monthly fees
for Platform Services and SMS Assist will issue a corresponding credit against monthly fees for Contracted
Services invoiced under this Agreement;

WHEREAS, in the course of operating under the 2018 Agreement and Platform Agreement, the
parties agreed to forego compliance with the invoicing and payment terms in the Platform Agreement; and

WHEREAS, the parties wish to formally incorporate the Platform Services into this Agreement
and revise the invoicing and payment terms to align with current practice, as amended herein.

NOW, THEREFORE, by reason of the premises and in consideration of the mutual covenants
contained herein, the parties hereto agree as follows:

1.      CONTRACTED SERVICES.  Commencing on the Effective Date, Customer does hereby
engage SMS Assist as the provider to Customer of those services described in any statement of work
("Statement of Work" or "SOW") attached hereto or executed in accordance with the terms of this
Agreement (the "Contracted Services"). SMS Assist shall also provide the Platform Services described in
SOW1 – Exhibit A in connection with the Contracted Services.  Each Statement of Work shall contain an
Exhibit A which details: (i) the Services to be provided by SMS Assist, (ii) the frequency of scheduled
services or the circumstances for reactive services, (iii) any applicable compensation or pricing terms, and
(iv) any amendments to the terms of the Agreement required as a result of such Statement of Work. Further,
each Statement of Work shall contain an Exhibit that lists the locations, as determined by mutual agreement
of the parties, where SMS Assist may cause the Contracted Services to be performed at ("Locations"). The



Contracted Services shall be performed in a good and workmanlike manner and with a level of care in accordance with industry standards, applicable statutes, ordinances, codes, rules, regulations, orders or determinations of any governmental authority and the scope of work agreed to by the parties. To the extent required by applicable statutes, ordinances, codes, rules, regulations, orders or determinations of any governmental authority ("Applicable Law"), the Contracted Services will be performed by licensed, bonded and/or insured contractors. SMS Assist shall take such steps in the performance of the Contracted Services to ensure that no lien, cloud or other impairment of title may be made to the properties and improvements owned by affiliates of Customer.  To the extent that SMS Assist secures product and/or work warranties, SMS Assist shall ensure that any and all product and work warranties are assigned to Customer in a timely manner.  SMS Assist will take reasonable steps to ensure that: SMS Assist adheres to Customer's policies regarding resident maintenance responsibilities and obligations. Except as otherwise provided herein, during the term of this Agreement, SMS Assist shall be Customer's exclusive provider of the Contracted Services, provided that Customer may elect to provide any listed or unlisted Contracted Service to itself using its own direct internal labor or specialized vendors that are part of Customer's vendor credentialing system and who do not perform services that are substantially similar to the services performed by SMS Assist under SOW1.

2.      PRICE AND PAYMENT TERMS.

a)   The fees for Contracted Services supplied under this Agreement shall be set forth in the applicable SOW. The fees set forth in the SOW shall not be modified during the term of this Agreement without the prior written consent of Customer. Prices, as may be set forth in an SOW, do not include sales, use, excise or similar taxes which may be applicable to the Contracted Services and such taxes shall be added when and where applicable.  For avoidance of doubt, SMS Assist will take commercially reasonable steps to prevent charging Customer duplicative taxes and to ensure, to the extent reasonably feasible and to the best of SMS Assist's knowledge, that Customer will not be charged duplicative taxes.  In the event that SMS Assist determines that Customer has been charged duplicative taxes, SMS Assist shall notify Customer and shall assure that Customer is reimbursed for such duplicative payment(s).  In the event that the Contracted Service is a reactive service, SMS Assist shall not exceed the Not to Exceed ("NTE") price as set forth in the applicable exhibit of any Statement of Work, unless otherwise authorized by Customer.

b)  SMS Assist shall invoice Customer for all Contracted Services performed and each invoice shall (i) identify the Contracted Services performed, the date the Contracted Services were provided, the address where the Contracted Services were performed, the price of the Contracted Services, and any applicable taxes; and (ii) specify that payment is due within ten (10) days from the date of the invoice (i.e., the date of receipt of the SMS Assist invoice by Customer).  SMS Assist will use its best efforts to invoice Customer for all Contracted Services not later than ninety (90) days after the Contracted Services are performed.  Consistent with past practice, SMS Assist will invoice Customer on a weekly basis, unless otherwise agreed by the parties.  No early pay discount will be provided.  At the election of SMS Assist, invoiced amounts that are not paid when due and remain unpaid for a period in excess of five (5) days after written notice from SMS Assist to Customer that such invoice remains unpaid will bear interest at the lesser of one and a half percent (1.5%) interest per month or the highest rate permissible under applicable law, whichever is less; provided, however, if Customer is disputing the invoice for any reason, no interest shall be charged during such dispute period.

c)      Customer shall pay SMS Assist a one-time signing bonus of four million dollars ($4,000,000.00) on or before December 31, 2020.

3.      TERM.



DocuSign Envelope ID: B325095A-4694-4G8D-8C0D-84197EED7401

a)  This Agreement shall commence on the Effective Date and continue through December 31, 2024 (the "Initial Term"), unless earlier terminated or extended in accordance with the terms of this Agreement.

b)  On or before December 31, 2022, the parties may mutually agree in writing to extend this Agreement for one (1) additional year, through December 31, 2025 (a "Renewal Term"), under terms identical to Period 4 in SOW1 – Exhibit B (except as otherwise set forth in Section 13 herein).

c)  The parties agree that as of the Effective Date of this Agreement, the 2018 Agreement is terminated in its entirety and is replaced by this Agreement and is of no further force and effect.

4.      TERMINATION.  This Agreement may be terminated prior to expiration of the Initial Term or any Renewal Term set forth in Section 3 as follows:

a)  In the event of a material breach by either party of this Agreement or any Statement of Work, the non-breaching party shall have the right to terminate this Agreement with 7 days' advance written notice to the breaching party, provided that the non-breaching party was given a reasonable period to cure such breach (which must not be less than 30 days) and the breaching party has failed to cure such breach.

b)  Either party may immediately terminate this Agreement without liability upon written notice and without providing a cure period if the other party: (i) becomes insolvent, (ii) becomes a debtor in any bankruptcy or receivership proceeding or any similar action affecting the affairs or property of such party, (iii) makes a general assignment for the benefit of its creditors, or (iv) ceases its business operations.

c)  Customer shall have the right to terminate this Agreement in its entirety for cause at any time effective immediately upon the mailing of written notice to SMS Assist (which must set forth that the termination is for cause and specify the facts constituting cause) in the following situations: (i) improper or unethical business practices by SMS Assist that materially affect Customer; (ii) violation of any law, ordinance or regulation by SMS Assist that materially impacts Customer; or (iii) any other act or omission on the part of SMS Assist which causes material harm to Customer's business or reputation.

d)  Following October 1, 2023, Customer may give notice to SMS Assist of its intent to terminate this Agreement for any reason or no reason and specifying that the Agreement will terminate at least 90 days from the date of such notice (no sooner than January 1, 2024). In the event that Customer gives such notice, then the Agreement will terminate as of the date specified in the notice. If Customer exercises this right to terminate, Customer shall pay a termination fee to SMS Assist in the amount of $15,000,000.00 ("Termination Fee") prior to the actual date of termination.  The requirement to pay a Termination Fee shall not apply to a termination by Customer during the period from January 1, 2025 through December 31, 2025.

e)  Customer may terminate this Agreement in the event that Customer determines in its absolute and sole discretion that SMS Assist is performing in an unsatisfactory manner under this Agreement in any applicable service region (each a "Region"), also referred to by Customer as "market",  Customer shall notify SMS Assist in writing and specify the unsatisfactory performance and the applicable Region ("Regional Performance Notice").  SMS Assist must improve its performance within 60 days after the date of receiving the Regional Performance Notice ("Performance Improvement Period").  If SMS Assist fails to improve its performance to a satisfactory level in response to the Regional Performance Notice (in Customer's sole discretion) within the Performance Improvement Period, Customer shall have 30 days following the Performance Improvement Period to terminate this Agreement with respect to the applicable Region by providing 30 days' written notice ("Regional Performance Termination Notice") to SMS Assist. If Customer does not deliver a Regional Performance Termination Notice within such 30 day period, SMS Assist shall be deemed to have restored performance to a satisfactory level with respect to the applicable



Region.

f) Customer may terminate the Agreement, with 30 days advance written notice to SMS Assist, if the following conditions are met: (a) Customer has sent a Regional Performance Notice for three (3) or more Regions, (b) the Regions where Customer has sent a Regional Performance Notice must comprise at least 25% of all of Customer's Locations (as measured as of the day after the most recent Regional Performance Notice), (c) the unsatisfactory performance in each of the three (3) Regions remains uncured, and (d) SMS Assist has had at least 90 days to cure each Region.

5.       ARBITRATION.  All disputes arising out of or relating to this Agreement shall be resolved by binding arbitration administered by the JAMS under its JAMS Streamlined Arbitration Rules and Procedures then in effect in Cook County, Illinois, or if that entity is unavailable or declines, a similar impartial tribunal.  The ruling or said tribunal shall be binding and non-appealable.  Judgment upon an award rendered by the arbitrator may be entered in any court of competent jurisdiction.  Nothing in this provision shall prohibit a party from seeking an injunction or order of specific performance in a court of competent jurisdiction to the extent that such equitable remedy may exist.

6.       INSURANCE.  SMS Assist represents and agrees that during the term of this Agreement SMS Assist shall carry, or cause to be carried, at its own expense: (a) full worker's compensation insurance providing the statutory benefits for each state in which SMS Assist and/or its contracted service providers performs work for Customer including Employer's Liability coverage with minimum limits of $1,000,000 or that statutory minimum, whichever is greater, per accident or employee illness for its employees, sub-contractors, affiliates, agents, or representatives performing Contracted Services under this Agreement; (b) commercial general liability coverage written on an occurrence form with a minimum limit of not less than $2,000,000 per occurrence for personal injury and property damage; (c) automobile liability coverage for all owned and non-owned vehicles, including rented and leased vehicles containing minimum limits per occurrence of $1,000,000 (d) fidelity or crime insurance coverage of its employees, sub-contractors, affiliates, agents, or representatives performing Contracted Services under this Agreement in the amount of $1,000,000 per occurrence with coverage to specifically include  Customer's assets via Client Property or 3rd Party coverage extension; (e) umbrella liability coverage with a minimum limit of $50,000,000 per occurrence and in the aggregate on terms consistent with the commercial general liability insurance policy and including employer liability and automobile liability; and (f) Cyber liability coverage with a minimum limit of $20,000,000 per claim and in the aggregate that includes coverage for consequential or vicarious liabilities (e.g., claims brought against Customer due to the wrongful acts and omissions of SMS Assist or its Service Providers) and direct losses (e.g., claims made by Customer against SMS Assist for financial loss due to SMS Assist's wrongful acts or omissions). SMS Assist will cover all costs incurred by the Customer to respond to the theft, loss, unauthorized disclosure or access to Company data, and all damages resulting from such incidents, including fines and penalties imposed upon the Customer, in each case only to the extent such costs are included in a claim covered under SMS Assist's indemnification obligations in Section 7 and adjudicated in a settlement or judgment to be a loss under the terms of the policy.  Coverage shall be maintained for the period of time in which SMS Assist (or its subcontractors) maintains, possesses, stores or has access to Customer data, or for a period of two years following the termination of this contract, whichever is greater.

Customer shall be named as an Additional Insured or loss payee, as applicable, for each of the policies described in Section 6(b), (c), (d) and (e) on a primary and non-contributory basis. SMS Assist may meet the minimum coverage limits described in this Section 6 with any combination of primary and excess coverage.  All liability policies must contain a waiver of subrogation against Customer, contain such provisions as Customer deems reasonably necessary or desirable to protect its interest including endorsements providing that (i) neither SMS Assist, Customer nor any other party shall be a co-insurer under said Policies, (ii) Customer shall receive at least thirty (30) days prior written notice of any



modification, reduction or cancellation, and (iii) for a deductible per loss of an amount not more than that which is customarily maintained by prudent owners of single family residential properties with a standard of operation and maintenance comparable to and in the general vicinity of the Locations.

All insurance coverages required under this agreement shall be written with a company or companies having a minimum A.M. Best's rating of "A-" with a financial size classification of "VII" as determined by the most recently published Best's Key Rating Guide.  Within a reasonable time after the execution of this Agreement, SMS Assist shall provide certificates of insurance evidencing the insurance required under this Agreement.

7.     INDEMNIFICATION. SMS Assist shall indemnify, defend and hold the Customer harmless from and against any and all claims, damages, costs, liabilities and expenses (including reasonable attorney fees) arising out of or in connection with personal injury or property damage or any other claims or costs resulting from the negligence or willful misconduct of SMS Assist, its officers, agents, contractors, or representatives while performing the services set forth herein, or SMS Assist's material breach of this Agreement, or SMS Assist's failure to satisfy liens or other clouds on title filed by SMS Assist, its contractors and/or vendors,  or violation of any applicable federal, state or local law by SMS Assist or the services provided hereunder.

Customer agrees to indemnify, defend, and hold SMS Assist harmless from and against all claims, demands, actions and expenses (including reasonable attorney's fees) made or brought against SMS Assist, or such as it may pay or incur, as a result of Customer's negligence or willful misconduct, Customer's material breach of this Agreement, or violation of any applicable federal, state or local law by Customer.

Notwithstanding the foregoing, neither party shall be liable to the other for, and each party hereby waives any and all rights to claims against the other party, any special, indirect, incidental, consequential, punitive or exemplary damages in connection with this Agreement, including, but not limited to, lost revenue or profits, even if a party has knowledge of the possibility of such damages. Except for (i) either party's indemnification obligations set forth above in this Section 7, (ii) a party's obligation to make payment for Contracted Services (as described in Section 2), or (iii) a violation of Section 8, in no event shall either party's liability  hereunder exceed $1,000,000.00. The foregoing limitation shall in no way limit the reimbursement or coverage of claims covered by insurance.

8.     CONFIDENTIAL INFORMATION.

a) For the purposes of this Agreement, confidential information ("Confidential Information") shall mean all proprietary, secret or confidential information, materials or data which are not generally known to the public and are identified at the time of disclosure, or would reasonably be understood by the receiving party, to be proprietary or confidential, and which the receiving party observes or learns in connection with this Agreement, including any information that may have been provided prior to the Effective Date of this Agreement.

b) Customer and SMS Assist acknowledge that either party may disclose Confidential Information to the other party in connection with this Agreement. If a party receives Confidential Information it shall: (i) limit disclosure of Confidential Information to those of its employees, agents, or subcontractors that have a need to know such portion of the Confidential Information to accomplish the purposes contemplated by this Agreement; (ii) use at least the same degree of care in maintaining the secrecy of the Confidential Information as the receiving party uses in maintaining the secrecy of its own proprietary, secret or confidential information, but in no event less than a reasonable degree of care; (iii) use Confidential Information only to fulfill its obligations under this Agreement; (iv) return or destroy all documents, copies, notes or other materials containing any portion of the Confidential Information upon request by the



disclosing party; and (v) shall not reverse engineer, decompile, disassemble or otherwise attempt to discover any source codes, object codes, data, information, copyrights, trademarks, patents, inventions, trade secrets, or prototypes delivered to it by the other party or attempt to do so.

c) The receiving party shall have no obligation concerning any portion of the Confidential Information which: (i) was known to the receiving party before disclosure of the Confidential Information; (ii) is lawfully obtained, directly or indirectly, by the receiving party from a third party and such third party is under no obligation of confidentiality; (iii) is or becomes publicly available other than as a result of an act or failure to act by the receiving party; or (iv) is required to be disclosed by applicable law or legal process.

9.    INTELLECTUAL PROPERTY.

a) Platform. SMS Assist's facility and property management technology platform includes, but is not limited to SMS Assist's proprietary online databases commonly referred to as "SMS One," the Integrated Voice Recognition system, SMS Assist's mobile applications, the Resident App defined in SOW2 – Exhibit A, map-layering technology, weather-layering technology, mobile embodiments of the platform, and all source code, object code, information, design, copyrights, trademarks, patents, inventions and trade secrets embodied therein (collectively, the "<u>Platform</u>"). Customer acknowledges and agrees that the Platform is Confidential Information subject to the terms of Section 8 of this Agreement. SMS Assist warrants to Customer no part of the Platform does or will infringe upon, misappropriate or violate any patent, copyright, trade secret or other right of a third party, and SMS Assist will indemnify, defend and hold Customer harmless from and against any loss, cost, liability or expense (including reasonable counsel fees) arising out of any breach or claimed breach of this warranty. SMS Assist warrants to Customer that the Platform and SMS Assist maintain adequate internal controls to ensure compliance with applicable statutes, ordinances, rules, regulations, orders or determinations of any governmental authority, including, but not limited to, federal, state and local data privacy laws, and covenants to maintain such controls and produce available SOC 1, SOC 2 or other reports reaonably requested by Customer during or after the term of Agreement.

b) Grant of License. Subject to the terms and conditions of this Agreement, SMS Assist hereby grants to Customer a limited, nonexclusive, nontransferable license to access and use (and allow its Authorized Users, as defined below, to access and use) the Platform and its functionality in accordance with the SOW or SOWs. For purposes hereof, "Authorized Users" mean employees, representatives, residents, or designees of Customer who have been specifically granted authority by Customer (in accordance with Section 8 of this Agreement) to access the Platform, have agreed to abide by the terms of this Agreement, and have a need to access such information available on the Platform. Customer's rights to access and use the Platform shall terminate automatically upon the termination of this Agreement for any reason.

c) Transaction Data. The Platform will capture data and information regarding applicable transactions and services ("<u>Transaction Data</u>"). Such Transaction Data (other than aspects which are not Confidential Information) will be Customer's information, and will be made available by SMS Assist to Customer in an archival database for at least sixty (60) days following the date created and following termination of this Agreement in a reasonable format established by SMS Assist and reasonably acceptable to Customer. In the event sixty (60) days is insufficient with regards to transition after termination of the Agreement, the parties shall agree on a reasonable amount of time to make the Transaction Data available. SMS Assist may retain and use the Transaction Data for: (i) the management of SMS Assist's billing of Customer; (ii) for purposes of maintaining the archival database for Customer as provided in the prior sentence; (iii) for SMS Assist's legitimate business purposes, including to develop, use, aggregate and



distribute trend and experiential information; provided the information does not specifically identify the Customer; and (iv) for legal and compliance purposes.

d)  Prohibited Activities.  Customer shall have no right to use the Platform, in whole or in part, for any purpose other than for the purpose of procuring and managing the Contract Services and for the purposes for which the Platform is intended. Without limiting the generality of the foregoing, Customer may not: (i) make the Platform available in any form to any person or entity who is not an Authorized User without the prior written consent of SMS Assist, except as permitted under this Agreement; (ii) rent, sublicense, sell or lease, directly or indirectly, the Platform or any portion of the Platform to any third party; and (iii) alter, modify, decompile, create derivative works, disassemble, or reverse engineer the Platform or any part of the Platform or the Platform's source code, object codes, data, information, trade secrets, design elements, or programming, or attempt to do so.  Notwithstanding anything to the contrary herein, the parties understand and agree that Customer intends to build a mobile resident application that focuses on the resident experience, including general property management activities, that will be utilized in conjunction with the Platform as a single resident experience, and at some time in the future, Customer may design and utilize maintenance and service technology in its mobile resident application for use after termination or expiration of this Agreement; provided, however, Customer has no intention to, and shall not, violate the terms of Section 8(b) or this Section 9(d) in the design, development, implementation, or provision of any such application or related technology, and all components of the application and related technology shall be independently developed by Customer's employees, agents, or subcontractors without reference to the Confidential Information disclosed by SMS Assist.  The parties agree to work together to discuss the process for building and utilizing the mobile resident application to assure compliance with this Section and to provide the best experience for Customer's residents.

e)  Proprietary Rights.  SMS Assist retains all rights, title and interest in and to the Platform, including all source code, object code, data, information, copyrights, trademarks, patents, inventions and trade secrets embodied therein.  Nothing in this Agreement constitutes a waiver of any of SMS Assist's rights under the intellectual property laws of the United States or any other jurisdiction or under any other federal, state, or foreign laws. Any attempt to use, copy, or convey the Platform in a manner contrary to the terms of this Agreement or in competition with SMS Assist or in derogation of SMS Assist's proprietary rights, whether such rights are stated herein or determined by law or otherwise, will result in this Agreement being subject to  termination by SMS Assist without any applicable cure periods for Customer. SMS Assist shall have all rights and remedies available to it under applicable law, including without limitation, the right to immediate injunctive relief.

f)  Security.  Customer and its Authorized Users may access the Platform only through use of one or more passwords, security devices or other access methods as provided by SMS Assist (collectively, "Access Methods"). Customer is solely responsible for ensuring that Customer's Access Methods are kept confidential by Customer and its Authorized Users and only known to and used by Authorized Users. Customer acknowledges that, in SMS Assist's sole discretion, SMS Assist may deny access to the Platform to any user of Customer's Access Methods if SMS Assist has reason to believe that the Access Methods have been lost, stolen or compromised, such user is violating any of the terms of this Agreement or poses a threat to the Platform or any user thereof. Customer will be (A) solely responsible for all acts or omissions of any person using the Platform through Customer's Access Methods; and (B) without limitation of the foregoing or any other provision of this Agreement, bound by the terms of any and all transactions executed and/or Work Orders placed via the Platform using Customer's Access Methods. All transmissions and Work Orders generated by use of Customer's Access Methods will be deemed to be authorized by Customer and made by an Authorized User.  If any of Customer's Access Methods have been lost, stolen or compromised, then Customer will promptly notify SMS Assist. Upon SMS Assist's receipt of this notice, such Access Methods will be cancelled or suspended as soon as is reasonably practicable, but Customer is responsible for any actions taken through the use of such Access Methods prior to such cancellation.



CONFIDENTIAL

g) PII Security.  Customer owns and/or retains all rights in and to Personally Identifiable Information ("PII") that Customer provides to SMS Assist.  For the purposes of this Agreement, PII means any information that identifies or can be used to identify, contact, locate, or can be traced back to the specific person to whom such information pertains, or from which identification or contact information of an individual person can be derived regardless of the media in which it is contained.  PII includes, without limitation, a person's name, postal address, telephone number, fax number, e-mail address, financial profile, medical profile, social security number, and credit card information. SMS Assist will only access PII for the sole purpose of carrying out its obligations as expressly set forthi in this Agreement.  SMS Assist shall (i) prevent the unauthorized use, dissemination, or publication of PII by the use of methods intended to keep PII strictly confidential in accordance with industry standards for information of such type, and (ii) take appropriate measures in accordance with industry standards for information of such type intended to secure and protect PII against unauthorized, unlawful or accidental access, disclosure, transfer, destruction, loss or alteration of PII by SMS Assist employees, agents, or contractors.  SMS Assist will promptly notify Customer in writing of an actual breach of PII and take all reasonable steps to prevent, mitigate and rectify any such breach and cooperate fully with Customer in the event of any governement, regulatory or other enforcement or privacy proceeding relating to its PII handling practices.

h)   License of Trademarks.  For the term of this Agreement, each party grants to the other party a revocable, non-exclusive license to use its trademarks in order to carry out the purposes and functions contemplated by this Agreement (which does not include marketing or advertising documents) or for any other purpose which the parties may agree upon in writing.  A party will make reasonable efforts to use the trademarks in a manner consistent with the other party's marketing standards.  The licensing party may revoke the license if the other party uses the trademark in a manner inconsistent with those standards and fails to correct the usage within a reasonable amount of time following notice from the licensing party.

10.     NON-SOLICITATION. During this Agreement, neither party shall, except with the express written agreement of the other party, directly or indirectly, alone or as an agent, independent contractor, partner, shareholder of or in any corporation, partnership, proprietorship, firm association, person or entity, (i) employ, retain or negotiate with respect to the employment or retention of, any person engaged as an employee of the other party at any time during the Term of the Agreement, or (ii) induce or influence or attempt to induce or influence, any person engaged as an employee of the other party at any time during the Term of the Agreement, to terminate his or her relationship with that party.  Notwithstanding the foregoing, the parties agree that this Section 10 does not preclude either party from employing or hiring an employee of the other party, (i) as a result of a general published advertisement rather than a response to a direct solicitation, or (ii) following termination of the employee's employment.

11.     REBATES.  SMS Assist will issue Customer a final quarterly (for the quarter ended December 31, 2020) rebate payment of $272,727.27 ("Quarterly Rebate") in the form of a wire transfer by December 31, 2020.  SMS Assist will have no obligation to issue Quarterly Rebates in 2021 or beyond.

12.     VENDOR EFFICIENCIES.  The parties agree to explore a program whereby SMS Assist would share in cost savings realized by Customer that were generated through the sole efforts of SMS Assist.  Any efforts by SMS Assist to generate vendor price savings and qualify for a sharing in the achieved savings must be agreed upon in writing by Customer to ensure consistency of quality of (a) workmanship, (b) product and (c) Customer (and Customer's residents') experience.

13.     LOCATIONS ON PLATFORM.  Beginning January 1, 2023, Customer may take up to ten percent (10%) of its owned Locations off the Platform, provided that once a Location has been taken off-Platform, (1) Customer's residents shall not have access to the Platform or any Platform Services with respect to the Location, including, but not limited to, the Call Center, mobile applications, and the One by



CONFIDENTIAL

SMS Assist™ resident portal; (2) Customer will retain read-only access to property-level service data and history for all Locations via the One by SMS Assist™ customer portal, but will be restricted from creating new work orders for the off-Platform Location in the Call Center, mobile applications, and One by SMS Assist™ customer portal; (3) the Location will be counted towards the 10% cap, even if Customer later requests to add the Location back on the Platform; (4) SMS Assist shall have no responsibilities with respect to the Location while off-Platform; and (5) SMS Assist shall remain Customer's exclusive provider of the Contracted Services at all on-Platform Locations. In the event that the term of the Agreement is extended in accordance with Section 3(b) herein, during the period from January 1, 2025 through December 31, 2025, Customer shall be entitled to remove Locations off the Platform at Customer's sole discretion without penalty.

14.    INDEPENDENT CONTRACTORS.    Each party is an independent contractor in connection with this Agreement and neither party has authority to bind or commit the other in any contractual arrangement with any third party. Nothing herein shall be deemed or construed to create a joint venture, partnership or agency relationship between the parties for any purpose.

15.    PRICING WARRANTY.    During the Term of the Agreement, SMS Assist agrees to provide Customer with pricing that is more favorable than the pricing granted by SMS Assist to any comparable customer, excluding pricing for pilot agreements (which pilot agreements shall not last for a period in excess of 120 days from completion of the first maintenance service thereunder). For purposes of this pricing warranty, "comparable" means a residential customer that receives the same suite of Contracted Services and Platform Services from SMS Assist, and manages maintenance services at Single Family Residential rental properties using the Platform. SMS Assist shall review and have an officer of SMS Assist certify its compliance with this Section to Customer annually. This certification shall be sent to Customer's address listed under the Notices section of this Agreement.

16.    NOTICES.    All notices, requests, demands and determinations under the Agreement (other than routine operational communications), shall be in writing and shall be deemed duly given: (a) when delivered personally (against a signed receipt); (b) on the designated day of delivery (other than a weekend or US Federal government holiday) after being timely given to an express overnight courier with a reliable system for tracking delivery; or (c) on the next business day when sent by confirmed facsimile with a copy sent by another means specified above, and addressed as follows:

       In the case of Customer:
       THR Property Management L.P.
       1717Main Street, Suite 2000
       Dallas, TX 75201
       Attn:  Mark Solls, Chief Legal Officer

       With a copy to Ernie Freedman and Tim Lobner at the same address above.


       In the case of SMS Assist:
       SMS Assist, L.L.C.
       875 N. Michigan Ave., Ste. 2800
       Chicago, IL 60611
       Attn:  Jason Moos

       With a copy to:
       SMS Assist, L.L.C.
       875 N. Michigan Ave., Ste. 2800

DocuSign Envelope ID: B325095A-4684-4639-8C0D-34197EED7401



Chicago, IL 60611
Attn:  General Counsel
notices@sms-assist.com

17.   ENTIRE AGREEMENT.  This Agreement constitutes the entire understanding between SMS Assist and Customer, superseding and replacing any and all prior agreements between the parties hereto. No modification or amendment of this Agreement shall be effective unless reduced to writing and signed by Customer and an authorized officer of SMS Assist.

18.   APPLICABLE LAW.  This Agreement shall be governed by and construed in accordance with the internal law, and not the law of conflicts, of the State of Illinois. Except as otherwise described in Section 5, the parties hereto consent to sole jurisdiction of the courts of Cook County, Illinois or the U. S. Federal District Court for the Northern District of Illinois with respect to any disputes which may arise out of this Agreement and the parties will not object to such venue.  THE PARTIES HEREBY WAIVE TRIAL BY JURY FOR ANY DISPUTE RELATING TO THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER.

19.   INVALIDITY.  If any provision in this Agreement shall be held to be invalid, illegal or unenforceable in any respect, such invalid, illegal or unenforceable provision shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

20.   NON-WAIVER.  Continuation of the performance of this Agreement is not to be construed as a waiver of an alleged breach, and such continuation is done at all times with a reservation of all rights under this Agreement.

21.   COUNTERPARTS.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, the parties agree that (i) an electronic signature shall be considered an original signature, and (ii) a complete copy of the Agreement shall be considered an original instrument, and each, together or separately, shall become binding and enforceable as if original and the parties may rely on the same to prove the authenticity of the Agreement.

22.   ASSIGNMENT.  This Agreement may not be assigned by either party without the written approval of the other party.  Any attempted assignment by a party without such approval shall be void and of no force and effect. A change in ownership, control, or a change in operating officers shall not be deemed an assignment.  This Agreement shall be binding upon and inure to the benefit of the successors and valid assigns of each party.

23.   FORCE MAJEURE.  Neither party will incur any liability to the other party resulting from any delay or failure to perform all or any part of this Agreement if such delay or failure is caused, in whole or in part, by events, occurrences, or forces beyond the reasonable control or without the negligence of such party.

24.   AUDIT RIGHTS.

a)   Customer and its authorized representatives shall have the right to audit, to examine, and to make copies of or extracts from SMS Assist's records (in whatever form they may be kept, whether written, electronic, or other) for the purposes of verifying the Contracted Services performed under this Agreement rendered hereunder or thereunder kept by or under the control of SMS Assist, including, but not limited to those kept by and between SMS Assist, its agents, affiliates, contractors, vendors, assigns, and successors,



such as SMS Assist's agreements with vendors and contractors performing Contracted Services. SMS Assist shall, at all times during the term of this Agreement and for a period of seven years after the completion of such agreement, maintain such records, together with such supporting or underlying documents and materials, to the extent available and in SMS Assist's or its representatives' or advisors' possession. SMS Assist shall at any time reasonably requested by Customer, whether during or after completion of this Agreement make such records available for inspection and audit (including copies and extracts of records as required) by Customer. Such records shall be made available to Customer during normal business hours at SMS Assist's office or place of business.

b) SMS Assist will provide Customer with a semi-annual statement describing the total aggregate cash available to SMS Assist, including any cash available through a line of credit, which shall be signed by an officer of SMS Assist.

25. DATA PROCESSING ADDENDUM. The Addendum in Appendix 1 is hereby incorporated into this Agreement.

26. SURVIVAL. The provisions of Sections 5, 6, 7, 8, 9 and 18 of this Agreement shall survive the expiration or early termination of this Agreement, as well as any other provisions that, by their nature, are intended to survive termination of this Agreement.

**IN WITNESS WHEREOF,** the parties, intending this Agreement to be effective on the Effective Date, have caused this Agreement to be executed by their duly authorized representatives.

**THR PROPERTY MANAGEMENT L.P.:**

Signature: *Tim Lobner*
E6AB59D6180040C...

Name: Tim Lobner

Title: EVP - Operations Support

Date: 12/28/2020

**SMS ASSIST, L.L.C.:**

Signature: *Jason Moos*
AF69324FC59141F...

Name: Jason Moos

Title: Vice President - Finance

Date: 12/28/2020

*[Appendix 1 and Statements of Work follow]*

CONFIDENTIAL

# **Appendix 1**

## **DATA PROCESSING ADDENDUM TO**
## **MASTER SERVICES AGREEMENT**

This Addendum (the "Addendum") to the Master Services Agreement dated January 1, 2021 (the "Agreement") between **THR Property Management L.P.** ("Customer") and SMS Assist, L.L.C. ("SMS Assist") is effective the first day of January 2020.

## **RECITALS**

WHEREAS, SMS Assist provides certain residential home facility services and related technology and call center services (collectively, the "Services") to Customer pursuant to the Agreement;

WHEREAS, SMS Assist receives from Customer, or creates or receives on its behalf, Personal Data (as defined below) concerning California Consumers;

WHEREAS, the California Consumer Privacy Act ("CCPA" or the "Act"), codified at Cal. Civ. Code §1798.100 *et seq.*, imposes on Customer certain obligations with respect to Personal Data;

WHEREAS, Customer seeks to amend the Agreement to ensure that SMS Assist will process Personal Data consistent with Customer's obligations under the Act;

NOW THEREFORE, for good and valuable consideration, the sufficiency of which hereby is acknowledged, the parties agree to amend the Agreement as follows:

## **ADDENDUM**

The terms used in this Addendum shall have the meanings set forth in this Addendum. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Agreement.

1. **Definitions.** In this Addendum, the following terms shall have the meanings set out below and cognate terms shall be construed accordingly:
    a. "**Applicable Laws**" means (a) the CCPA and (b) any other applicable law with respect to any Personal Data in respect of which Customer is subject, in each case only to the extent applicable to SMS Assist or as required under this Addendum;
    b. "**CCPA Consumer**" means any natural person residing in California;
    c. "**Delete**" means to remove or obliterate Personal Data such that it cannot be recovered or reconstructed; and
    d. "**Personal Data**" means any information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular CCPA Consumer or household received from the Customer or processed by SMS Assist on behalf of the Customer pursuant to or in connection with the Agreement.

2. **Status of the Parties.** In respect of the parties' rights and obligations under this Addendum regarding the Personal Data, SMS Assist agrees that it shall process all Personal Data in accordance with its obligations pursuant to this Addendum.

3. **Processing of Personal Data.** With respect to all Personal Data, SMS Assist represents and warrants that it is a for-profit legal entity and that it:
    a. shall comply and shall ensure compliance by its personnel with all Applicable Laws;

CONFIDENTIAL

b.  shall only process Personal Data on behalf of the Customer in order to provide the Services described in the Agreement and this Addendum;

c.  shall not retain, use, or further disclose Personal Data provided by the Customer for its own commercial purpose or for any purpose outside of the direct business relationship with the Customer or other than the business purpose covered by the Agreement;

d.  shall not sell, disclose, share or provide access to the Personal Data provided by the Customer for monetary or other valuable consideration;

e.  shall not further collect Personal Data about the CCPA Consumer except as necessary to perform the Services under the Agreement; and

f.  is receiving Personal Data because it is necessary for SMS Assist to perform the following business purpose:

1. Performing services on behalf of the Customer, including without limitation maintaining or servicing accounts, providing customer service, processing or fulfilling orders and transactions, verifying customer information, providing analytic services, or providing similar services on behalf of the Customer.

4.  **SMS Assist and SMS Assist Personnel.**  SMS Assist shall take reasonable steps to ensure the reliability of any of its employees, agents or contractors who may have access to the Personal Data, ensuring in each case that access is strictly limited to those individuals who need to know or access the relevant Personal Data, as strictly necessary for the purposes of the Agreement, and to comply with Applicable Laws in the context of that individual's duties, ensuring that all such individuals are appropriately trained and are subject to confidentiality undertakings or professional or statutory obligations of confidentiality.

5.  **Security.**  SMS Assist shall implement and maintain reasonable technical, physical and organizational measures appropriate to the nature of the information, to protect the Personal Data from unauthorized access, destruction, use, modification, or disclosure.

6.  **CCPA Consumer Rights.**  SMS Assist shall implement appropriate technical and organizational measures and cooperate with the Customer in the fulfilment of the Customer's obligations, as reasonably understood by Customer, to respond to requests by CCPA Consumers for disclosure of information or information practices and for deletion of personal information as permitted by the CCPA.

7.  **SMS Assist Responsibility.**  SMS Assist shall be solely responsible for any and all obligations to report or inform CCPA Consumers of any personal data breach affecting Personal Data in SMS Assist's custody or control.  Notwithstanding the foregoing, SMS Assist shall have no obligation with respect to any personal data breach affecting Personal Data in SMS Assist's custody or control to the extent the breach was caused by the negligence or willful misconduct of an Authorized User of Customer or arose through Customer's (or an Authorized User's) failure to maintain the confidentiality of an Authorized User's Access Methods.  SMS Assist shall be responsible for any and all of its violations of the CCPA.

8.  **Deletion or Return of Personal Data.**  Subject to Sections 8(a) and 8(b), SMS Assist shall promptly and in any event within ten (10) days of the date of (i) a Customer request for deletion of Personal Data about a CCPA Consumer who has made demand on the Customer for deletion, or (ii) the termination of the Agreement or any Services involving the processing of Personal Data pursuant thereto (either, a "Deletion Event") Delete and procure the deletion of all copies of applicable Personal Data received from Customer.

a.  SMS Assist may retain Personal Data to the extent permitted by the Agreement and the CCPA and only to the extent and for such period as required by Applicable Laws and

CONFIDENTIAL

always provided that SMS Assist shall ensure the confidentiality of all such Personal Data and shall ensure that such Personal Data is only processed as necessary for the purpose(s) specified in the Agreement or the Applicable Laws.

b. SMS Assist shall provide written certification to Customer that it has fully complied with this Section 8 within fifteen (15) days of the Deletion Event.

**9. Certification**

a. SMS Assist certifies that it understands its obligations and the restrictions on its use of the Personal Data received from the Customer under this Addendum and agrees to adhere to such obligations and restrictions.

**10. General**

a. Nothing in this Addendum reduces SMS Assist's obligations under the Agreement in relation to the protection of Personal Data or permits SMS Assist to process (or permit the processing of) Personal Data in a manner that is prohibited by the Agreement. In the event of any conflict or inconsistency between this Addendum and Agreement, this Addendum shall prevail.

b. Should any provision of this Addendum be invalid or unenforceable, then the remainder of this Addendum shall remain valid and in force. The invalid or unenforceable provision shall be either (i) amended as necessary to ensure its validity and enforceability, while preserving the parties' intentions as closely as possible or, if this is not possible, (ii) construed in a manner as if the invalid or unenforceable part had never been contained therein.

c. Except as set forth herein, the terms and conditions of the Agreement will remain in full force and effect; provided however, that if any term or condition of the Agreement conflicts with or is inconsistent with any term or condition of this Addendum, the terms and conditions of this Addendum will be controlling.

**IN WITNESS WHEREOF**, and intending to be legally bound, the parties affix their signatures hereto.

**THR PROPERTY MANAGEMENT L.P.**

By: _Tim Lobner_
    E6AB59D6180040C...

Name: Tim Lobner

Title: EVP - Operations Support

Dated: 12/28/2020 , 2020

**SMS ASSIST, L.L.C.**

By: _Jason Moos_
    AF69324FC59141F...

Name: Jason Moos

Title: Vice President - Finance

Dated: 12/28/2020 , 2020

CONFIDENTIAL

# SOW1
# Statement of Work 1 for
# Reactive Services

This Statement of Work for Reactive Services (this "SOW1") is entered into as of January 1, 2021, by and between THR PROPERTY MANAGEMENT L.P. and SMS ASSIST, L.L.C. This SOW1 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 1, 2021 by and between Customer and SMS Assist. Except as otherwise defined in this SOW1, all capitalized terms used in this SOW1 shall have the same meanings assigned to them in the Agreement.

1.     **Scope of Services.** SMS Assist shall provide Customer with the Contracted Services as requested by the Customer and as set forth on SOW1 - Exhibit A attached to and made a part of the Agreement ("Reactive Services").

2.     **Services and Service Providers.** SMS Assist shall use independent contractors to provide the Contracted Services as directed by SMS Assist ("Service Providers") and Service Providers shall follow the processes and procedures as outlined in this SOW1 which are applicable to such Service Provider.

3.     **Pricing Terms and Locations.** The terms and conditions described in SOW1 - Exhibit B shall apply for the duration of this Agreement.

4.     **Locations.** In accordance with Section 3 above, SMS Assist shall provide the Reactive Services at the Locations listed on SOW1 - Exhibit B.

5.     **Payment Terms, Fees, Expense and Taxes.** SMS Assist agrees to provide billing in accordance with Section 2 "Price and Payment Terms" of the Agreement.

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW1 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**

Signature: _Tim Lobner_
    E6AB59D6180040C...

Name: Tim Lobner

Title: EVP – Operations Support

Date: 12/28/2020

**SMS ASSIST, L.L.C.:**

Signature: _Jason Moos_
    AF69324FC59141F...

Name: Jason Moos

Title: Vice President – Finance

Date: 12/28/2020

DocuSign Envelope ID: B3250957A-4684-4G9D-9C0D-34197EFD7401

CONFIDENTIAL

# SOW1 - Exhibit A

# Scope of Services

1. **Scope of Contract Services.** SMS Assist shall perform the following Reactive Services for Locations that the Customer has designated in accordance with this SOW1:

| Service Category | General Notes |
|---|---|
| Doors/Windows/Siding | • Repair/replace exterior/interior doors, windows and siding, repair/replace locks/door hardware, storm shutter installation<br>• Glass Replacements / Board Ups<br>• Window covering repairs/replacements<br>• Emergency Repairs |
| Electrical / Lighting | • Repair/replace breakers<br>• Wiring repairs<br>• Run new circuits, replace switches<br>• Run wiring and install new outlets and fixtures<br>• Outages<br>• Emergency Repairs |
| Plumbing | • Leaks / Flooding / Blockages<br>• New lines and fixture installations<br>• Hot Water Heater repairs/replacements<br>• Septic Pumping / Replacement<br>• Toilet stoppages<br>• Drain line stoppages, leaks<br>• Leaking fixtures and faucets interior<br>• Emergency Repairs |
| General Building / Carpentry | • Flooring<br>• Carpentry / Drywall<br>• Ceiling Repairs<br>• Patch & Paint, Touchups<br>• Exterior Repairs, Gates, Fencing<br>• Cabinet/Countertop repairs/replacements<br>• Roof Repairs / Full Replacements<br>• General Maintenance<br>• Emergency Repairs |
| Air Conditioning & Heating | • Repair<br>• Replacement / New Installation<br>• Ductwork repair/install<br>• Preventative maintenance<br>• Emergency Repair |
| Appliances (Kitchen Hoods, Refrigerators, Dishwasher, Range/Oven, Garbage Disposal, Microwave) | • Repair<br>• Replacement / New Installation<br>• Emergency Repairs |
| Garage / Garage Door | • Repair Doors & Garage Openers<br>• Spring Replacement<br>• Emergency Repairs |
| Pools | • Pool Maintenance<br>• Pool Repair |

CONFIDENTIAL

| Other | • Other repair and maintenance issues |
|-------|---------------------------------------|

**2.    Operations.**

a)    Work Order Report.  SMS Assist will submit, track, and reconcile all Work Orders through the Platform.  The Work Order Report will contain the following:

      i.    Location ID number, if any

      ii.    Location Address

      iii.    Detailed description of work performed

      iv.    Price of the Work Order including any NTE approvals

      v.    Status of the Work Order

SMS Assist will work in good faith with Customer using commercially reasonable efforts to arrive at Work Order resolution codes by the end of 2021.

b)    Field Communications.  SMS Assist shall communicate service information and schedules to the Customer field personnel on the Platform. The Platform will provide Customer with updates as to the status of the Work Order and any scheduled times for the performance of Contracted Services.

c)    Confirmation.  SMS Assist will confirm all Work Orders performed by Service Providers through the Platform.

d)    Work Order Tracking.  SMS Assist shall track Work Orders according to the following standards:

      i.    Completion Time.  Completion time is defined as the point in time when the work is actually completed and the status is changed to "Work Complete/Pending Invoice" in SMS Assist's Platform.

      ii.    Response Time.  Response time is defined as the point in time when SMS Assist acknowledges receipt of a Work Order, and changes the status of the work order from "Pending Acceptance" to "Scheduled" in SMS Assist's Platform.

      iii.    Work Request Priority.  There are four (4) types of work requests.  The following time frames (measured in calendar days and on a 24/7 clock) shall apply to the expected responses for the work requests:

            • Critical – 4 hours
            • Emergency – 24 hours
            • Urgent – 72 hours
            • Routine / Standard – 7-14 days

      iv.    Reporting.   SMS Assist will provide reporting reflecting work performance levels, work volume, response times, specific detail associated with work completion and invoicing.

e)    NTE Approval Process.   If additional authorization and/or materials are required to complete repairs or to mitigate an emergency (e.g. permanent repairs following mitigation of an emergency issue, NTE approvals, or specialty parts that are not readily available, etc.) SMS Assist may place the Work Order on hold and provide a new estimated "Completion Time" based on the anticipated time required to gain appropriate authorizations and/or to source the correct repair materials and complete the required repairs.

f)    NTE Limits.  SMS Assist and Customer shall agree upon initial NTEs for the Contracted Services.

DocuSign Envelope ID: B3250967-4684-468D-8C0D-34197EED7401

Customer may change the NTE limits from time to time in Customer's sole discretion. The agreed upon NTE limit will be described in the attached Exhibit A-1 and any services exceeding the agreed upon NTE limits (as expressed in U.S. Dollars) will follow the quote process defined in section 2(g) below. Customer may modify the NTE limits set forth in Exhibit A-1 by communication in writing.

g)     Quotes.   In the event that a Work Order will exceed the NTE limit, SMS Assist shall use commercially reasonably efforts to obtain a quote for such services within 48 hours following Service Provider's original visit to the Location. For Work Orders categorized as "Critical" and "Emergency" and flagged as a habitability issue, SMS Assist shall use commercially reasonable efforts to obtain a quote for such services within 4 hours and 24 hours, respectively.  SMS Assist will provide the quoted dollar amount to Customer and Customer will approve or reject the quoted amount. In the event that Customer approves the quoted amount for a Work Order, such approved amount shall become the NTE for such Work Order and SMS Assist shall obtain approval before exceeding the new NTE limit. SMS Assist will not be responsible for performing any work under the applicable Work Order unless Customer has approved the NTE limit increase.

h)     Work Order Management/Platform Services.  In order to facilitate the management of the Contract Services, SMS Assist shall provide the following Platform Services to manage Work Orders for all Contract Services performed on behalf of Customer.  SMS Assist shall provide a call center staffed to support and respond to Customer's reasonable needs regarding the Contract Services 24 hours a day, 7 days a week, 365 days a year.  SMS Assist will manage inbound phone calls from Customer's residents for both new and existing Work Orders, including, but not limited to, managing the dispatching process of assigning Work Orders to Service Providers, managing the Work Orders assigned to Service Providers to ensure completion, managing the performance of Service Providers, and determining which Service Providers receive work.  SMS Assist will track and report on the status of all Work Orders for the Contract Services through the Platform.

i)     Platform Availability. Subject to the terms and conditions of this Agreement, SMS Assist will make the Platform available at 99.50% of the time over the Measurement Period, excluding unavailability as a result of any of the Exceptions described below in this Section 2(i) (the "Availability Requirement").

- "Platform Service Level Failure" means a material failure of the Platform to meet the Availability Requirement. "Available" means the Platform is available for access and use by Customer and its Authorized Users over the internet (including for use associated with the mobile resident application). The following are "Exceptions" to the calculation of the Availability Requirement, and neither the Platform will be considered un-Available nor any Platform Service Level Failure be deemed to occur in connection with any failure to meet the Availability Requirement or impaired ability of Customer or its Authorized Users to access or use the Platform that is due, in whole or in part, to any: (i) act or omission by Customer or any Authorized User which results in the Platform being used in a manner that does not strictly comply with this Agreement; (ii) Customer's or its Authorized User's internet connectivity (including for use associated with the mobile resident application) ; (iii) failure, interruption, outage or other problem with any software, hardware, system, network, facility or other matter not supplied or not hosted by SMS Assist or its contractors; or (iv) Scheduled Downtime (as defined below).

- SMS Assist will use its best efforts to: (i) schedule downtime for routine maintenance of the Platform between the hours of 12 a.m. and 6 a.m., Eastern Standard Time; and (ii) give Customer at least twenty-four (24) hours prior notice of all scheduled outages of the Platform ("Scheduled Downtime").

CONFIDENTIAL

- SLA Credit. Customer may be entitled to a reasonable monetary adjustment to reflect a failure to meet the SLA (a "SLA Credit") as set forth below. SLAs shall be calculated and provided to Customer within thirty (30) days after the end of a Measurement Period. Customer shall have ten (10) days to review and approve the calculation.

- SLA Failure Remedy. The payment of the SLA Credit as described herein shall be Customer's sole remedy with respect to SMS Assist's failure to meet any SLA and shall constitute a cure for SMS Assist's failure to meet such SLA for the Measurement Period. This remedy only applies to the SLAs and nothing in this Section is intended to affect either Party's other rights or obligations under the Agreement. For avoidance of doubt, the Parties agree that SLA failures may be cited as evidence of unsatisfactory performance under Section 4(e) and payment of an SLA Credit shall not be deemed a cure for the purposes of Section 4(e).

- The "Measurement Period" shall be each three (3) month (quarter) period during the term of this Agreement.

- "Pass/Fail" shall be determined as follows: If average result for the quarter is greater than or equal to the Availability Requirement, then Pass. If average result for the quarter is less than Availability Requirement, but at least 2 of the months within the quarter have an average result greater than or equal to the Availability Requirement, then Pass. SMS Assist shall report to Customer on the Pass/Fail attained related to the Availability Requirement on a quarterly basis within ten (10) days following the end of every quarter during the term of the Agreement.

- The "SLA Credit" shall be $10,000 per Measurement Period to be paid within 30 days following the end of the Measurement Period.

CONFIDENTIAL

# Exhibit A-1

# NTE Limits

| Service Category | Service Type | Problem Code | NTE | Afterhours NTEs |
|---|---|---|---|---|
| Air Conditioning/Heating | Swamp Cooler | Leaking | $300.00 | $600.00 |
| Air Conditioning/Heating | Temporary Units | Cooling | $200.00 | $400.00 |
| Air Conditioning/Heating | Thermostat | Physical Damage | $300.00 | $600.00 |
| Air Conditioning/Heating | Thermostat | Programming Help Needed | $0.00 | n/a |
| Air Conditioning/Heating | Thermostat | Smart Thermostat | $200.00 | $400.00 |
| Air Conditioning/Heating | Unit | Airflow Issue | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Gas Smell | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Leaking Water | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Making Noise | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Vandalism | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Not Heating | $300.00 | $600.00 |
| Air Conditioning/Heating | Unit | Not Cooling | $300.00 | $600.00 |
| Appliances | Cooktop | Gas Smell | $200.00 | $400.00 |
| Appliances | Cooktop | Not Working | $200.00 | $400.00 |
| Appliances | Dishwasher | Not Working | $200.00 | n/a |
| Appliances | Dryer | Broken or Damaged | $200.00 | n/a |
| Appliances | Dryer | Dryer Vent | $200.00 | n/a |
| Appliances | Dryer | Making Noise | $200.00 | n/a |
| Appliances | Dryer | Not Working Properly | $200.00 | n/a |
| Appliances | Microwave | Not Working | $200.00 | $400.00 |
| Appliances | Range/Oven | Broken or Damaged | $200.00 | $400.00 |
| Appliances | Range/Oven | Gas Smell | $200.00 | $400.00 |
| Appliances | Range/Oven | Not Working | $200.00 | $400.00 |
| Appliances | Refrigerator | Freezer Not Working | $200.00 | $400.00 |
| Appliances | Refrigerator | Ice Maker Not Working | $200.00 | n/a |
| Appliances | Refrigerator | Not Working | $200.00 | $400.00 |
| Appliances | Vent Hood | Not Working | $200.00 | $400.00 |
| Appliances | Wall Oven | Broken or Damaged | $200.00 | $400.00 |
| Appliances | Wall Oven | Not Working | $200.00 | $400.00 |
| Appliances | Washer | Broken or Damaged | $200.00 | n/a |
| Appliances | Washer | Leaking | $200.00 | n/a |
| Appliances | Washer | Not Working Properly | $200.00 | n/a |
| Cabinets/Countertops | Cabinets | Broken or Damaged | $250.00 | n/a |
| Cabinets/Countertops | Cabinets | Cracked or Peeling | $250.00 | n/a |
| Cabinets/Countertops | Countertops | Broken or Damaged | $250.00 | n/a |
| Cabinets/Countertops | Countertops | Cracked or Peeling | $250.00 | n/a |
| Doors/Windows/Siding | Exterior - Door Locks | Lost Key/Locked Out | $250.00 | $500.00 |

DocuSign Envelope ID: B3250967-4684-463D-8C0D-34197EED7401

CONFIDENTIAL

| Doors/Windows/Siding | Exterior - Door Locks | Not Working Properly | $250.00 | $500.00 |
|---|---|---|---|---|
| Doors/Windows/Siding | Exterior - Doors | Broken or Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Exterior - Doors | Door Adjustment or Weather Stripping | $250.00 | $500.00 |
| Doors/Windows/Siding | Interior - Doors | Broken or Damaged | $250.00 | n/a |
| Doors/Windows/Siding | Siding | Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Frame Issue or Leak | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Glass Broken or Damaged | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Latch or Hardware Issue | $250.00 | $500.00 |
| Doors/Windows/Siding | Windows | Screens | $250.00 | $500.00 |
| Electrical/Lighting | Bathroom Fan | Fan Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Bathroom Fan | Light Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Ceiling Fan | Fan Balancing | $250.00 | $500.00 |
| Electrical/Lighting | Ceiling Fan | Fan Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Exterior Lighting | Not Working, Broken or Damaged | $250.00 | n/a |
| Electrical/Lighting | Interior Lighting | Not Working, Broken or Damaged | $250.00 | n/a |
| Electrical/Lighting | Outlet | Loose or Damaged | $250.00 | $500.00 |
| Electrical/Lighting | Outlet | Not Working | $250.00 | $500.00 |
| Electrical/Lighting | Outlet | Smoking or Sparking | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Detached or Damaged | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Failed Test | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Periodically Chirping | $250.00 | $500.00 |
| Electrical/Lighting | Smoke & Carbon Monoxide Alarms | Sounding Alert | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Breaker | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Burning Smell | $250.00 | $500.00 |
| Electrical/Lighting | Wiring | Exposed Wires | $250.00 | $500.00 |
| Flooring | Carpet | Damaged | $250.00 | n/a |
| Flooring | Carpet | Pulling Up | $250.00 | n/a |
| Flooring | Stairs/Stair Railing | Broken or Damaged | $250.00 | n/a |
| Flooring | Tile | Cracked Tile | $250.00 | n/a |
| Flooring | Tile | Grout Issue | $250.00 | n/a |
| Flooring | Vertical Tile (Bath/Kitchen) | Cracked Tile | $250.00 | n/a |
| Flooring | Vinyl | Damaged/Torn | $250.00 | n/a |
| Flooring | Vinyl | Peeling Up/Separating | $250.00 | n/a |
| Flooring | Wood Laminate | Damaged | $250.00 | n/a |
| Garage/Garage Door | Door/Opener | Missing Remote | $150.00 | $300.00 |
| Garage/Garage Door | Door/Opener | Not Working, Broken or Damaged | $250.00 | $500.00 |
| Garage/Garage Door | Door/Opener | Spring Issue | $250.00 | $500.00 |
| General Maintenance | Bath Accessories | Broken or Damaged | $250.00 | $500.00 |
| General Maintenance | Cleaning | Maid Service Needed | $150.00 | $300.00 |
| General Maintenance | Cleaning | Power Washing | $150.00 | n/a |
| General Maintenance | Discoloration | Wall/Ceiling Stains or Spots | $250.00 | $500.00 |
| General Maintenance | Fireplace | Chimney Sweep Needed | $250.00 | n/a |
| General Maintenance | Fireplace | Not Working | $250.00 | $500.00 |
| General Maintenance | Interior - Trim/Baseboard | Broken or Damaged | $250.00 | $500.00 |
| General Maintenance | Stairs/Stair Railing | Damaged or Missing | $250.00 | $500.00 |
| General Maintenance | Structural | Exterior Deck | $250.00 | $500.00 |
| General Maintenance | Structural | Foundation | $250.00 | $500.00 |
| General Maintenance | Structural | Framing | $250.00 | $500.00 |
| General Maintenance | Structural | Roof Truss | $250.00 | $500.00 |
| General Maintenance | Structural | Sub Floor | $250.00 | $500.00 |
| General Maintenance | Vandalism | Property Damage | $250.00 | $500.00 |
| General Maintenance | Vandalism | Stolen | $250.00 | $500.00 |
| General Maintenance | Walls/Ceiling | Damaged, Missing or Wet | $250.00 | $500.00 |

CONFIDENTIAL

| General Maintenance | Water Extraction | Dryout | $250.00 | $500.00 |
|---|---|---|---|---|
| Landscape/Irrigation | Irrigation | Leaking Water/Broken Line | $250.00 | $500.00 |
| Landscape/Irrigation | Irrigation | Sprinkler not working properly | $250.00 | $500.00 |
| Landscape/Irrigation | Irrigation | Timer Not Working | $150.00 | n/a |
| Landscape/Irrigation | Trees/Plants | Grass/Lawn | $200.00 | n/a |
| Landscape/Irrigation | Trees/Plants | Tree Removal Needed | $250.00 | $500.00 |
| Landscape/Irrigation | Trees/Plants | Tree Trimming Needed | $250.00 | $500.00 |
| Landscape/Irrigation | Trees/Plants | Weed removal | $150.00 | $300.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Driveway/Patio/Sidewalk | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Floor lifted or cracked | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Brick/Concrete | Walls - Cracked, Broken or Damaged | $250.00 | $500.00 |
| Masonry/Fencing/Gates | Fencing | Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Fencing | Missing Slats | $250.00 | n/a |
| Masonry/Fencing/Gates | Gates | Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Mailbox | Missing, Broken or Damaged | $250.00 | n/a |
| Masonry/Fencing/Gates | Shutters | Missing, Broken or Damaged | $250.00 | n/a |
| Paint | Drywall | Hole | $250.00 | n/a |
| Paint | Exterior | Cracking or Peeling | $250.00 | n/a |
| Paint | Interior | Cracking or Peeling | $250.00 | n/a |
| Pest Control | Ants/Small Pests | Treatment Needed | $150.00 | n/a |
| Pest Control | Bed Bugs | Treatment Needed | $150.00 | n/a |
| Pest Control | Birds, Bats, Racoons & Squirrels | Trapping Needed | $150.00 | n/a |
| Pest Control | Gophers | Trapping Needed | $150.00 | n/a |
| Pest Control | Rodents/Large Pests | Trapping Needed | $150.00 | n/a |
| Pest Control | Snakes, Lizards & Other Pests | Trapping Needed | $150.00 | n/a |
| Pest Control | Termites/Wood Destroying Pests | Treatment Needed | $150.00 | $300.00 |
| Pest Control | Wasps/Bees | Treatment Needed | $150.00 | n/a |
| Plumbing | Backflow test | Test | $250.00 | n/a |
| Plumbing | Exterior Lines/Fixtures | Broken/Leaky Pipe or Faucet | $250.00 | $500.00 |
| Plumbing | Garbage Disposal | Not Working, Broken or Damaged | $200.00 | n/a |
| Plumbing | Gas Lines | Repair | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Broken or Damaged | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Finish/Surface | $250.00 | $500.00 |
| Plumbing | Glass Enclosure/Shower Door | Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Faucet Broken or Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Flooding/Sewer Backup | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Pipes Broken or Leaking | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Shower Valve/Head | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Slow or Clogged Drain | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Sump Pump Not Working | $250.00 | $500.00 |
| Plumbing | Interior Lines/Fixtures | Tub/Tub Surround/Shower Leaking | $250.00 | $500.00 |
| Plumbing | Septic System | Preventive Maintenance | $250.00 | $500.00 |
| Plumbing | Toilet | Backing Up/Overflowing | $250.00 | $500.00 |
| Plumbing | Toilet | Leaking/Running Constantly | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Broken or Damaged | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Finish/Surface | $250.00 | $500.00 |
| Plumbing | Tub/Tub Surround/Shower Surface/Sink | Leaking | $250.00 | $500.00 |
| Plumbing | Water Heater | Leaking | $250.00 | $500.00 |
| Plumbing | Water Heater | Not Heating/Working Properly | $250.00 | $500.00 |
| Pool/Spa | Equipment | Auto-Fill | $100.00 | n/a |
| Pool/Spa | Equipment | Automatic Vacuum | $100.00 | n/a |

CONFIDENTIAL

| Pool/Spa | Equipment | Broken or Damaged | $100.00 | n/a |
|---|---|---|---|---|
| Pool/Spa | Equipment | Filter | $100.00 | n/a |
| Pool/Spa | Equipment | Light | $100.00 | n/a |
| Pool/Spa | Equipment | Not Cleaning Properly | $100.00 | n/a |
| Pool/Spa | Equipment | Plaster Issue | $100.00 | n/a |
| Pool/Spa | Equipment | Pool Deck | $100.00 | $200.00 |
| Pool/Spa | Equipment | Pool/Spa Heater | $100.00 | n/a |
| Pool/Spa | Equipment | Pump | $100.00 | n/a |
| Pool/Spa | Equipment | Skimmer | $100.00 | n/a |
| Pool/Spa | Fencing/Gate/Locks | Not Working, Broken or Damaged | $100.00 | n/a |
| Pool/Spa | Fencing/Gate/Locks | Unable to Secure | $100.00 | n/a |
| Pool/Spa | Leak Detection | Bucket Test | $100.00 | n/a |
| Pool/Spa | Leak Detection | Leak Repair | $100.00 | n/a |
| Pool/Spa | Leak Detection | Possible Leak | $250.00 | n/a |
| Pool/Spa | Plaster Issue | Backfill | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Cracked or Chipping | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Re-Plaster | $100.00 | n/a |
| Pool/Spa | Plaster Issue | Stained | $100.00 | n/a |
| Pool/Spa | Pool Screens | Broken, damaged or missing | $100.00 | n/a |
| Pool/Spa | Service | Green to Clean | $100.00 | n/a |
| Pool/Spa | Service | Routine Service Needed | $100.00 | n/a |
| Roof | Gutters | Clogged Gutters | $250.00 | $500.00 |
| Roof | Gutters | Damaged | $250.00 | $500.00 |
| Roof | Roofing Material | Interior Leaking | $250.00 | $500.00 |
| Roof | Roofing Material | Wind Damage | $250.00 | $500.00 |
| Violations | City | Architectural Issue | $250.00 | n/a |
| Violations | City | Code Issue | $250.00 | n/a |
| Violations | City | Cosmetic Issue | $250.00 | n/a |
| Violations | City | Health & Safety Issue | $250.00 | n/a |
| Violations | City | Landscaping Enhancement Needed | $250.00 | n/a |
| Violations | City | Landscaping Service Needed/Weeds | $250.00 | n/a |
| Violations | City | Municipal Inspection | $250.00 | n/a |
| Violations | City | Notice of Hearing | $250.00 | n/a |
| Violations | City | Oil Stains | $250.00 | $500.00 |
| Violations | City | Other Issues | $250.00 | n/a |
| Violations | City | Permit Issue | $250.00 | n/a |
| Violations | City | Pool Issue | $250.00 | n/a |
| Violations | City | Structural Issue | $250.00 | n/a |
| Violations | City | Trash Can | $250.00 | n/a |
| Violations | City | Trash/Debris | $250.00 | n/a |
| Violations | City | Vehicle/Parking | $250.00 | n/a |
| Violations | HOA | Architectural Issue | $250.00 | n/a |
| Violations | HOA | Code Issue | $250.00 | n/a |
| Violations | HOA | Cosmetic Issue | $250.00 | n/a |
| Violations | HOA | Health & Safety Issue | $250.00 | n/a |
| Violations | HOA | Landscaping Enhancement Needed | $250.00 | n/a |
| Violations | HOA | Landscaping Service Needed/Weeds | $250.00 | n/a |
| Violations | HOA | Municipal Inspection | $250.00 | n/a |
| Violations | HOA | Notice of Hearing | $250.00 | n/a |
| Violations | HOA | Oil Stains | $250.00 | $500.00 |
| Violations | HOA | Other Issues | $250.00 | n/a |
| Violations | HOA | Permit Issue | $250.00 | n/a |
| Violations | HOA | Pool Issue | $250.00 | n/a |
| Violations | HOA | Structural Issue | $250.00 | n/a |

CONFIDENTIAL

| Violations | HOA | Trash Can | $250.00 | n/a |
|---|---|---|---|---|
| Violations | HOA | Trash/Debris | $250.00 | n/a |
| Violations | HOA | Vehicle/Parking | $250.00 | n/a |
| Window Coverings | Coverings/Blinds | Not Working, Broken or Damaged | $200.00 | n/a |

**Afterhours NTEs shall apply to work formally approved during (i) the period after 5:00 PM local time and before 7:00 AM local time, (ii) on weekends, and (iii) on Customer-recognized holidays.**

CONFIDENTIAL

# SOW1 - Exhibit B

# Pricing Terms and Location List

1. **Fees for Reactive Services.**

   a. SMS Assist will charge Customer the total cost of the Service Provider invoice for each Work Order for Reactive Services, plus the applicable markup specified below.

   b. The markup on Service Provider invoices payable by Customer to SMS Assist will be based on a structure that adjusts each period within the Term of the Agreement as follows:

   - Period 1: Months 1 - 12
     Period: January 1, 2021 to December 31, 2021
     Markup: 17.35% (equivalent to 14.78% margin)
   - Period 2: Months 13 - 24
     Period: January 1, 2022 to December 31, 2022
     Markup: 16.85% (equivalent to 14.42% margin)
   - Period 3: Months 25 - 36
     Period: January 1, 2023 to December 31, 2023
     Markup: 16.35% (equivalent to 14.05% margin)
   - Period 4: Months 37 - 48
     Period: January 1, 2024 to December 31, 2024
     Markup: 15.35% (equivalent to 13.31% margin)
   - Period 5: Months 49-60 (if extended)
     Period: January 1, 2025 to December 31, 2025
     Markup: 15.35% (equivalent to 13.31% margin)

   c. The above markups will apply to all Work Orders billed by SMS Assist to Customer within the applicable Period.

   d. The above markups will apply to all Reactive Services invoices regardless of the cost of any given Work Order, including, but not limited to, (a) recurring pool service invoices and (b) pool safety fence installation project invoices.

2. **Fees for Completed In-House Work Orders.**

   a. **Definitions:**

      i. "In-House Work Orders" includes all reactive Work Orders completed by Customer's in-house technicians and for fee purposes excludes (a) completed Procare Work Orders, (b) Fridge List Work Orders completed during a Procare Work Order Visit, and (c) RAWO Work Orders identified and documented on-site by an in-house technician of Customer and completed during the current or follow-on service visit (whether reactive or proactive).

CONFIDENTIAL

ii.     "<u>Procare Work Order</u>" means a recurring visit scheduled with an in-house technician of Customer through the Procare Services program in SOW2.  Procare Work Orders are separate from Fridge List Work Orders and reactive Work Orders bundled into Procare Work Orders and are charged accordingly.

iii.    "<u>Fridge List</u>" means Work Orders added to Procare Work Orders through the "fridge list" functionality in the Customer portal.

iv.     "<u>Request Additional Work Order (RAWO)</u>" means a Work Order created by Customer's in-house technicians through the "RAWO" functionality in the mobile app.

v.      The monthly "<u>In-House Completion Rate</u>" will be calculated at the end of each month by dividing the total number of In-House Work Orders that month by the total number of reactive Work Orders completed that month.  For avoidance of doubt, both the numerator and denominator exclude (a) completed Procare Work Orders, (b) completed Fridge List Work Orders, and (c) completed RAWO Work Orders.

vi.     The monthly "<u>Combined In-House Work Order Fees</u>" shall be equal to (a) the total number of In-House Work Orders that month multiplied by (b) the Fee Per In-House Work Order that corresponds to the applicable In-House Completion Rate in the below table, plus the (c) the total number of Procare Work Orders that month multiplied by (d) the Fee Per Procare Work Order.  Combined In-House Work Order Fees will not apply to Fridge List Work Orders or RAWO Work Orders.

b.  **Combined In-House Work Order Fees:** Customer will pay, on a monthly basis, a fee to SMS Assist for each In-House Work Order (the "<u>In-House Work Order Fees</u>") and Procare Work Order (the "<u>Procare Visit Fees</u>") based on the structure in the table below.  SMS will invoice such fees, on a monthly basis, based on Customer's fiscal monthly period (i.e. 26th through 25th), with such invoice to be sent within 2 business days following the end of the fiscal monthly period.  The parties agree to work together during the week before the end of the fiscal month end to assure appropriate information flow between the parties and to assist in compliance with this Section.

| In-House Completion Rate | Fee Per In-House Work Order | Fee Per Procare Work Order |
|---|---|---|
| Less than 60% | $15.00 | $15.00 |
| 60% to 70% | $18.00 | $15.00 |
| Greater than 70% | $20.00 | $15.00 |

If the In-House Completion Rate is 60% or greater, the highest applicable tier's fee will be applied to all In-House Work Orders that month.  The Fee per Procare Work Order will be $15.00 regardless of the In-House Completion Rate.  For example, assuming completion of 600 reactive Work Orders and 100 Procare Work Orders during the month in each scenario below:

i.      If Customer completes 200 In-House Work Orders during the month, the In-House

CONFIDENTIAL

Completion Rate for that month is 33.33% (200 / 600). The In-House Work Order Fees for that month will be $3,000.00 (200 * $15.00). The Procare Work Order Fees for that month will be $1,500.00 (100 * $15.00). The Combined In-House Work Order Fees for that month will be $4,500.00 ($3,000.00 + $1,500.00).

ii.   If Customer completes 400 In-House Work Orders during the month, the In-House Completion Rate for that month is 66.67% (400 / 600). The In-House Work Order Fees for that month will be $7,200.00 (400 * $18.00). The Procare Work Order Fees for that month will be $1,500.00 (100 * $15.00). The Combined In-House Work Order Fees for that month will be $8,700.00 ($7,200.00 + $1,500.00).

iii.  If Customer completes 450 In-House Work Orders during the month, the In-House Completion Rate for that month is 75% (450 / 600). The In-House Work Order Fees for that month will be $9,000.00 (450 * $20.00). The Procare Work Order Fees for that month will be $1,500.00 (100 * $15.00). The Combined In-House Work Order Fees for that month will be $10,500.00 ($9,000.00 + $1,500.00).

c.  **Obligations of SMS Assist:** Except as expressly set forth in this SOW1 and SOW2 (including but not limited to Work Order creation and scheduling obligations) and notwithstanding anything to the contrary contained in this Agreement, SMS Assist shall have no obligation with respect to the In-House Work Orders or Procare Services. Obligations of SMS Assist that are disclaimed for the purposes of this SOW1 and SOW 2 include any obligation to perform the Services to a particular standard or quality, any obligation with respect to Customer's in-house technicians, and the obligation to indemnify, defend, or hold Customer harmless (as further described in Section 7 of the Agreement). Additionally, Customer shall indemnify, defend and hold SMS Assist harmless from and against any and all claims, damages, costs, losses, liabilities and expenses (including reasonable legal fees) arising out of or relating to the actions and craftmanship of Customer's In-House Work Orders or Procare Services, except that which occurs as a result of the gross negligence of SMS Assist.

3.  **Locations.** The list of Locations covered under this SOW1 is set forth in the customer portfolio report ("SOW1 Customer Portfolio Report"), as follows:

a.  The SOW1 Customer Portfolio Report will be maintained via the Platform and include all Customer owned properties in the Regions below and any other Regions where Customer is operating as of the Effective Date, excluding any corporate or management offices.

| Regions |
|---|
| Atlanta |
| Carolinas |
| Chicago |
| Dallas |
| Denver |
| Houston |
| Jacksonville |
| Las Vegas |
| Minneapolis |
| Nashville |
| Northern California |
| Orlando |
| Phoenix |

DocuSign Envelope ID: B325095A-4684-4G8D-8C0D-34197EFD7401

CONFIDENTIAL

| Seattle |
| South Florida |
| Southern California |
| Tampa |

b.  Customer will provide SMS Assist with a list of newly opened locations as soon as reasonably practical and SMS Assist will add such new locations to Platform within seven (7) days of receipt of such notice from Customer.

c.  In the event a Location is sold, Customer may deactivate such Location from the SOW1 Customer Portfolio Report via API or via written request by the Customer and the Location removal will be updated in the Platform by SMS Assist.

d.  SMS Assist will remove Locations that are terminated in accordance with Section 4 of this Agreement from the SOW1 Customer Portfolio Report as of the date of termination for such Location.

e.  The parties agree to regularly review the list of Locations in the SOW1 Customer Portfolio Report and in the event of any inconsistencies, Customer and SMS Assist will work to resolve the inaccuracies in a timely manner.

CONFIDENTIAL

# SOW2
## Statement of Work 2 for
## Procare Services

This Statement of Work for Procare Services (this "SOW2") is entered into as of January 1, 2021, by and between THR PROPERTY MANAGEMENT L.P. ("Customer") and SMS ASSIST, L.L.C. ("SMS Assist"). This SOW2 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 1, 2021 by and between Customer and SMS Assist ("Agreement"). Except as otherwise defined in this SOW2, all capitalized terms used in this SOW2 shall have the same meanings assigned to them in the Agreement.

1.  **Scope of Contract Services.** SMS Assist shall provide Customer with the Contract Services set forth on SOW2 - Exhibit A attached to and made a part of the Agreement.

2.  **Locations.** SMS Assist shall provide the Contract Services at the Locations listed on SOW2 - Exhibit B attached hereto.

3.  **Termination.** In the event that SOW1 is terminated, this SOW2 will automatically terminate as of the date of such termination.

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW2 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**

Signature: *Tim Lobner*
DocuSigned by:
E6AB59D6180040C...

Name: Tim Lobner

Title: EVP - Operations Support

Date: 12/28/2020

**SMS ASSIST, L.L.C.:**

Signature: *Jason Moos*
DocuSigned by:
AF69324FC59141F...

Name: Jason Moos

Title: Vice President - Finance

Date: 12/28/2020

CONFIDENTIAL

# <u>SOW2 - Exhibit A</u>

# <u>Scope of Services</u>

1. For the purposes of this Agreement, a "<u>Procare Service</u>" means an automatically scheduled Work Order, Survey, or a Customer created and scheduled in-house inspection Work Orders for the inspection of a Location by an employee of Customer. SMS Assist shall not have any obligation to perform the Procare Services and Customer's employees shall have the exclusive responsibility to perform Procare Services.

2. SMS Assist will work, in good faith and using commercially reasonable efforts, to develop a Customer-branded resident mobile app ("<u>Resident App</u>") that will provide functionality for a resident to submit, manage, and monitor Reactive Work Orders as well as Proactive Service Work Orders, including any minor repairs or issues to be addressed during the Procare Work Order visit. The Resident App will be fully integrated with the functionality and data within the Platform and will be provided to Customer subject to the terms of Section 9 (Intellectual Property) of this Agreement. Customer grants SMS Assist a license to use Customer's logo and other trademarks during the term of this Agreement as requested by Customer for purposes of the design and delivery of the Resident App. Customer shall use commercially reasonable efforts to actively promote the Resident App to its residents in order to maximize adoption of the Resident App.

3. If Customer's employee identifies a repair that cannot be completed during the Procare visit, the employee will submit a RAWO Work Order under SOW1. Any reactive repairs, non-minor repairs, or repairs requiring a follow-up visit are outside the scope of this SOW2.

CONFIDENTIAL

# SOW2 - Exhibit B

# Locations List

The list of Locations covered under this SOW2 is set forth in the customer portfolio report ("SOW2 Customer Portfolio Report"), as follows:

1. The SOW2 Customer Portfolio Report will be maintained via the Platform.
2. Customer will provide SMS Assist with a list of newly acquired locations as soon as reasonably practical and SMS Assist will add such new locations to Platform within seven (7) days of receipt of such notice from Customer.
3. In the event a Location is sold, Customer may deactivate such Location from the SOW2 Customer Portfolio Report via API and the Location deactivation will be automatically updated in the Platform.
4. SMS Assist will remove Locations that are terminated in accordance with Section 4 from the SOW2 Customer Portfolio Report as of the date of termination for such Location.
5. The parties agree to regularly review the list of Locations in the SOW2 Customer Portfolio Report and in the event of any inconsistencies, Customer and SMS Assist will work to resolve the inaccuracies in a timely manner.

DocuSign Envelope ID: B3250957-4684-4G3D-8C0D-34197EED7401

CONFIDENTIAL

# SOW3
## Statement of Work 3 for Pass-Through Services (SmartRent Installations)

This Statement of Work for Pass-Through Services (SmartRent Installations) (this "SOW3") is entered into as of January 1, 2021, by and between THR PROPERTY MANAGEMENT L.P. ("Customer") and SMS ASSIST, L.L.C. ("SMS Assist"). This SOW3 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 1, 2021 by and between Customer and SMS Assist ("Agreement"). Except as otherwise defined in this SOW3, all capitalized terms used in this SOW3 shall have the same meanings assigned to them in the Agreement.

1. **Contract Services to be Provided by SMS Assist.**

   a. SMS Assist will dispatch Work Orders for home automation installations to SmartRent.com, Inc. ("SmartRent") as directed by Customer (such Work Orders, "Pass-Through Services"), provided that SmartRent has completed all applicable onboarding and documentation requirements of SMS Assist.

   b. SMS Assist will manage the Work Orders to completion including performing any necessary follow-up or communication with SmartRent, monitoring Work Order statuses, and confirming Customer satisfaction with the Work Order.

   c. SMS Assist will process invoices from SmartRent provided that SmartRent completes all required documentation and SMS Assist has received payment from Customer.

   d. SMS Assist will keep Customer informed of the progress, including any issues or concerns relating to the Pass-Through Services.

2. **Reporting.** The parties will agree upon the reporting metrics for Pass-Through Services, which will be delivered through the Platform.

3. **Obligations of SMS Assist.** Except as expressly set forth in this SOW3 and notwithstanding anything to the contrary contained in this Agreement, SMS Assist shall have no obligation with respect to the Pass-Through Services. Obligations of SMS Assist that are disclaimed for the purposes of this SOW3 include, but are not limited to, any obligation to perform the Services to a particular standard or quality, any obligation with respect to SmartRent, and the obligation to indemnify, defend, or hold Customer harmless (as further described in Section 7 of the Agreement). Additionally, Customer shall indemnify, defend and hold SMS Assist harmless from and against any and all claims, damages, costs, losses, liabilities and expenses (including reasonable legal fees) arising out of or relating to the Pass-Through Services except that which occurs as a result of the gross negligence of SMS Assist.

4. **Fees.** SMS Assist agrees to invoice for Pass-Through Services in accordance with Section 2 of the Agreement (Price and Payment Terms). The fee for Pass-Through Services is based on installation cost as applied by the mark-up fees set forth in SOW1, Exhibit B. The fee for a Pass-Through Service does not include SmartRent's product cost, which remains the responsibility of the Customer.

*[signatures follow]*

CONFIDENTIAL

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW3 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**     **SMS ASSIST, L.L.C.:**

Signature: _Tim Lobner_                     Signature: _Jason Moos_

Name: Tim Lobner                            Name: Jason Moos

Title: EVP - Operations Support            Title: Vice President - Finance

Date: 12/28/2020                           Date: 12/28/2020

DocuSign Envelope ID: B3250957-4684-4G8D-8C0D-34197EED7401

CONFIDENTIAL

# SOW4
## Statement of Work 4 for Pass-Through Services (GE Appliances)

This Statement of Work for Pass-Through Services (GE Appliances) (this "SOW4") is entered into as of January 1, 2021, by and between THR PROPERTY MANAGEMENT L.P. ("Customer") and SMS ASSIST, L.L.C. ("SMS Assist"). This SOW4 is hereby incorporated by reference and made a part of the Master Services Agreement effective January 1, 2021 by and between Customer and SMS Assist ("Agreement"). Except as otherwise defined in this SOW4, all capitalized terms used in this SOW4 shall have the same meanings assigned to them in the Agreement.

1. **Contract Services to be Provided by SMS Assist.**

   a. As directed by Customer, SMS Assist will dispatch Work Orders for the purchase, installation, and delivery of an appliance (or appliances) to Sibi, LLC ("Sibi"), which will fulfill Customer's purchase, installation, and delivery orders through the appliance manufacturer Haier US Appliance Solutions, Inc. dba GE Appliances ("GEA") (such Work Orders, "Appliance Pass-Through Orders"), provided that Sibi and GEA have completed all applicable onboarding and documentation requirements of SMS Assist.

   b. SMS Assist will manage the Work Orders to completion, including monitoring Work Order statuses and confirming Customer satisfaction with the Work Order.

   c. SMS Assist will process invoices from GEA provided that Sibi and GEA complete all required documentation and SMS Assist has received payment from Customer.

   d. SMS Assist will keep Customer informed of the progress of delivery and installation as communicated to SMS Assist by Sibi and GEA, including any issues or concerns relating to the Appliance Pass-Through Orders.

2. **Reporting.** The parties will agree upon the reporting metrics for Appliance Pass-Through Orders, which will be delivered through the Platform.

3. **Obligations of SMS Assist.** Except as expressly set forth in this SOW4 and notwithstanding anything to the contrary contained in this Agreement, SMS Assist shall have no obligation with respect to the Appliance Pass-Through Orders. Obligations of SMS Assist that are disclaimed for the purposes of this SOW4 include, but are not limited to, any obligation to perform the Services to a particular standard or quality, any obligation with respect to Sibi and/or GEA, and the obligation to indemnify, defend, or hold Customer harmless (as further described in Section 7 of the Agreement). Additionally, Customer shall indemnify, defend and hold SMS Assist harmless from and against any and all claims, damages, costs, losses, liabilities and expenses (including reasonable legal fees) arising out of or relating to the Appliance Pass-Through Orders except that which occurs as a result of the gross negligence of SMS Assist.

4. **Fees.** SMS Assist agrees to invoice for the Appliance Pass-Through Orders in accordance with Section 2 of the Agreement (Price and Payment Terms). SMS Assist will charge Customer the applicable markup, in accordance with SOW1 – Exhibit B, Section 1, on the total cost of the Appliance Pass-Through Order, exclusive of applicable taxes. This markup charge for any Appliance Pass-Through Order does not include either Sibi or GEA's cost of appliances, delivery, or installation services related thereto, which remain the responsibility of the Customer.

*[signatures follow]*

CONFIDENTIAL

**IN WITNESS WHERE OF,** the parties hereto have caused this SOW4 to be duly executed the day and year first above written.

**THR PROPERTY MANAGEMENT L.P.:**

Signature: _____ Tim Lobner

Name: _____

Title: _____ EVP – Operations Support

Date: _____ 12/28/2020

**SMS ASSIST, L.L.C.:**

Signature: _____

Name: _____ Jason Moos

Title: _____ Vice President – Finance

Date: _____ 12/28/2020