# EXHIBIT I

Agreement Between Manager and Contractor
For CONSTRUCTION PROJECTS OF LIMITED SCOPE
Where the Basis of Payment is a STIPULATED SUM

General Description of Work:

Date: _12/11/2013_

BETWEEN

Manager (include address):      THR Property Management LP

And the Contractor (include address):      _Bassett Builders Inc_
_389 N Tamarind Dr_
_Orange, CA 92869_
(License # _967808_ )
(State: _California_ )

For the Following Services:      _General Contracting_

(Brief Description)

Manager and Contractor agree as set forth below:

ARTICLE 1
THE WORK OF THIS CONTRACT

1.1     Contractor acknowledges that Manager is duly authorized to enter into this Agreement.

1.2     Manager hereby engages the Contractor to execute certain construction and services which shall be identified, on a project-by-project basis, on one or more "Scope of Work" in the form identified on Exhibit A attached hereto (such construction and services, whether completed or partially completed, and including all labor, materials, equipment and services provided or to be provided by the Contractor to fulfill Contractor's obligations hereunder, the "Work"). Manager and Contractor shall enter into a separate Scope of Work for each Project. If from time to time the Work is modified by written field authorizations, purchase orders or amendments mutually agreed upon, the terms and conditions of the Contract shall apply to all such modifications.

1.3     Certain Definitions:

       1.3.1     "Agencies" shall mean all governmental and private agencies having jurisdiction over the Contractor, Manager, Work and/or Project.

       1.3.2     "Agreement" shall mean this Agreement Between Manager and Contractor For Construction Projects of Limited Scope Where the Basis of Payment is a Stipulated Sum.

       1.3.3     "Change Order" shall mean each written change order (in the form attached hereto as Exhibit B) entered into by the Manager and Contractor.

       1.3.4     "Contract" shall mean, collectively, the Contract Documents described in Section 6.1.

       1.3.5     "Contract Sum" shall have the meaning set forth on the Scope of Work for each Project.

       1.3.6     "Contract Time" shall have the meaning set forth on the Scope of Work for each Project.

California

1.3.7 "Construction Change Directive" shall mean a written order signed by Manager to make a change in the Work and stating any proposed adjustments to the Contract Time and Contract Sum.

1.3.8 "Lead Paint Regulations" shall mean the Renovation, Repair and Painting Regulations governing lead-based paint (40 CFR §§ 745 et seq.).

1.3.9 "Material" or "Materials" shall mean all materials, supplies and equipment used in connection with the Work.

1.3.10 "Modification" shall mean each (1) written amendment to the Contract signed by both parties, (2) Change Order, (3) Construction Change Directive or (4) written order for a minor change in the Work issued by Manager.

1.3.11 "Plans and Specifications" shall mean the detailed written plans and specifications for the construction and alterations relative to the applicable Scope of Work.

1.3.12 "Project" shall mean each project identified on a Scope of Work; all Projects, collectively, the "Projects".

1.3.13 "Property" shall mean the real property and any improvements thereon on which Contractor performs Work pursuant to the Contract.

1.3.14 "Scope of Work" shall mean each Scope of Work (in the form attached hereto as Exhibit A) entered into by the Manager and Contractor.

1.3.15 "Site" shall mean the location of the Project on the Property.

1.3.16 "Subcontractors" shall mean a person or entity which has a direct contract with the Contractor to perform a portion of the Work at the Site, as well as any second or third tier subcontractors thereof.

1.3.17 "Exhibit" or "Exhibits" shall mean collectively all the Exhibits or singularly one of the Exhibits attached hereto. The following Exhibits are attached hereto and incorporated hereby by this reference.

| | |
|---|---|
| Exhibit "A" | Scope of Work Form |
| Exhibit "B" | Change Order Authorization Form |

## ARTICLE 2
## DATE OF COMMENCEMENT

2.1  The Date of Commencement for each Project shall be set forth on the Scope of Work for such Project. The Contract Time for each Project shall be measured from such Project's Date of Commencement.

## ARTICLE 3
## CONTRACT SUM

3.1  For each Project, subject to the terms of Article IV, Manager shall pay the Contractor the Contract Sum in current funds for the Contractor's performance. The Contract Sum shall be as set forth on the Scope of Work for such Project, or as set forth in any subsequent Change Order for such Project.

3.2  Authorization for all Change Orders must be obtained from Manager or its authorized agents in writing prior to performance of any extra work. Change Orders shall be submitted on a Change Order Authorization Form, attached hereto as Exhibit B.

## ARTICLE 4
## PROGRESS PAYMENTS

4.1  Based on applications for payment submitted by Contractor, Manager shall make progress payments for Work properly performed on account of the Contract Sum to the Contractor as provided below and in each Scope of Work, following

| | |
|---|---|
| | Manager's inspection and approval of the Work described in the Scope of Work. At Manager's election, Manager may deliver up to fifty percent (50%) of the Contract Sum prior to completion of the Work. |
| 4.2 | No application for payment shall be made for less than five (5%) percent of the Contract Sum for such Project. |
| 4.3 | As a condition to payment, Contractor shall submit to Manager for itself and all Subcontractors conditional progress releases and waivers of liens for all labor, equipment, and materials included in each billing and final waivers to be effective with final payment, all in such form as reasonably acceptable to Manager and compliant with applicable laws. |
| 4.4 | When Contractor believes the Work to be substantially complete, Contractor shall inspect the same using Manager's standard form punchlist (which, if the Property consists of a residential home constructed before 1978, shall include such items as is required to conform with the Lead Paint Regulations), with such additions thereto as Manager may add at Manager's sole discretion and then notify Manager. Manager shall then conduct its own inspection of the Work. |
| 4.5 | Notwithstanding any provision herein to the contrary, Manager shall not be obligated to make payment to Contractor if and as long as any one or more of the following conditions exists: (1) Contractor is in default of any of its obligations under this Agreement; (2) any part of such payment is attributable to Work which is defective or not performed in accordance with this Agreement; or (3) Contractor has failed to make payments promptly to Contractor's subcontractors or for material or labor used in the Work for which Manager has made payment to Contractor. Payments withheld for any of the foregoing reasons shall be released as soon as reasonably possible following elimination or removal of the grounds for non-payment. |
| 4.6 | Payments to Contractor do not constitute acceptance of any portion of the Work. |

## ARTICLE 5
## FINAL PAYMENT

| | |
|---|---|
| 5.1 | Final Payment for a Project, constituting the entire unpaid balance of the Contract Sum, shall be made by Manager to the Contractor when the Contractor has fully performed the Project (except for Contractor's responsibility to correct Work as provided below), including any punchlist items, and, if required, final municipal certifications and acceptances have been received by Manager. |
| 5.2 | Contractor's application for Final Payment shall be submitted within thirty (30) days of completion of the Work and include a breakdown of costs resulting from any changes in the Work approved in accordance with Article 11. |

## GENERAL CONDITIONS

## ARTICLE 6
## CONTRACT DOCUMENTS

| | |
|---|---|
| 6.1 | The Contract Documents consist of, collectively, this Agreement, the Plans and Specifications, each Scope of Work and each Modification issued after execution of this Agreement. The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. Performance by the Contractor shall be required to the extent consistent with these Contract Documents and reasonably inferable from them as being necessary to produce the intended results. |
| 6.2 | The Contract Documents, collectively, represent the entire and integrated Contract. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. The Contract Documents shall not be construed to create a contractual relationship of any kind between Manager and a Subcontractor or sub-subcontractor or any other persons or entities other than Manager and Contractor. |
| 6.3 | Each Scope of Work and Modification shall be incorporated into this Contract and shall have precedence over any conflicting section within this Contract. |

California                                                    3

## ARTICLE 7
## MANAGER

7.1 Manager shall pay for necessary approvals, permits (municipal or otherwise) if approved by Manager, easements, assessments and charges required for the construction, use or occupancy of permanent structures or permanent changes in existing facilities.

7.2 If the Contractor fails to correct Work which is not in accordance with the requirements of the Contract Documents or consistently fails to carry out the work in accordance with the Contract Documents, Manager, by written order, may order the Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated or corrected, provided, however, that the right of Manager to stop the Work shall not give rise to a duty on the part of Manager to exercise this right for the benefit of Contractor or any other person or entity.

7.3 If the Contractor defaults or persistently fails or neglects to carry out the Work in accordance with the Contract Documents, or fails to perform a provision of the Contract, then Manager, after three (3) days' written notice to Contractor, and without prejudice to any other remedy Manager may have, may make good such deficiencies and may deduct the reasonable cost thereof, including Manager's expenses and compensation for the services made necessary thereby, from the payment then or thereafter due Contractor.

7.4 In no event shall Manager have control over, charge of, or any responsibility for construction means, methods, techniques, sequences, or procedures or for safety precautions and programs in connection with the Work, notwithstanding any of the rights and authority granted Manager in this Agreement.

## ARTICLE 8
## CONTRACTOR

8.1 The Contractor shall supervise and direct the Work using the Contractor's best skill and attention. The Contractor shall be solely responsible for and have control over construction and for coordinating all portions of the Work under the Contract, unless the Contract Documents give other specific instructions concerning these matters.

8.2 The Contractor shall be responsible to Manager for acts and omissions of the Contractor's employees, Subcontractors and their agents and employees, and other persons or entities performing portions of the Work for or on behalf of the Contractor or any of its Subcontractors.

8.3 Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, permits (unless Manager agrees to obtain the permits), construction equipment and machinery, transportation and other facilities and services necessary for the proper execution and completion of the Work, whether temporary or permanent and whether or not incorporated or to be incorporated in the Work.

8.4 The Contractor warrants to Manager that materials and equipment furnished under the Contract will be of good quality and new unless otherwise required or permitted by the Contract Documents, that the Work will be free from defects not inherent in the quality required or permitted, and that the Work will conform with the requirements of the Contract Documents. Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. All defective Work shall be promptly replaced of repaired by Contractor at its sole cost and expense for a period of twelve (12) months from the date of Substantial Completion (as defined herein) of the Work unless a longer period of time is required by law. If required by Manager the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. Nothing contained herein shall be deemed to limit or otherwise waive any statutory warranty rights inuring to the benefit of Manager.

8.5 Contractor agrees to perform all Modifications reasonably within the Scope of Work or reasonably necessary to complete the Work.

8.6 All material and equipment furnished by Contractor shall conform to the Contract Documents; all equipment used shall be in good condition and all Work shall be done and performed in a good and workmanlike matter so as to fully meet all requirements of Manager, all Agencies, the craft unions involved (if any), and the Contract Documents.

8.7 All labor and material needed for performance of the Work shall be provided by Contractor at its sole cost and expense. Manager shall not be required to furnish any labor or materials of any sort unless specifically set forth elsewhere in this Agreement.

8.8 Unless otherwise provided in the Contract Documents, the Contractor shall pay sales, consumer, use and other similar taxes which are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect. Contractor will secure and pay for all necessary permits for the Work, as well as governmental fees, licenses and inspections necessary for proper execution and completion of the Work. Contractor shall bill Manager for costs covered in Section 7.1, and Manager shall reimburse Contractor within 30 days of the invoice date.

8.9 The Contractor shall comply with and give notices required by laws, ordinances, rules, regulations, and lawful orders of public authorities bearing on performance of the Work, including, but not limited to, the Lead Paint Regulations if the Property consists of a residential home constructed before 1978. The Contractor shall be required to file all applicable notices of commencement and completion as may be required under applicable laws, including without limitation, the Mechanics Lien Act. The Contractor shall promptly notify the Manager if the Plans and Specifications are observed by the Contractor to be at variance therewith. If the Contractor performs Work knowing it to be contrary to laws, statutes, ordinances, building codes and rules and regulations without such notice to the Manager, the Contractor shall assume appropriate responsibility for such Work and shall bear costs attributable to correction.

8.10 The Contractor shall confine operations at the Site to areas permitted by law, ordinances, permits and the Contract Documents and shall not unreasonably encumber the Site with materials and equipment.

8.11 The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. Upon completion of the Work, the Contractor shall remove from and about the Project all waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials and return Site to its original condition.

8.12 The Contractor shall pay all royalties and license fees. The Contractor shall defend suits and claims for infringement of copyrights and patent rights and shall hold the Manager harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Plans and Specifications or other documents prepared by the Manager, unless the Contractor has reason to believe that there is an infringement of patent or copyright and fails to promptly furnish such information to the Manager.

8.13 The Contractor shall provide Manager access to the Work in progress wherever located.

8.14 The Contractor shall not permit any laborer's, materialman's, mechanic's or other similar liens (a "Lien") to be filed or otherwise imposed on any part of the Work or the Site. If any Lien is filed and if the Contractor does not cause such Lien to be released at the Contractor's expense within ten (10) days after notice thereof, Manager shall have the right to pay all sums (including attorneys' fees) necessary to obtain such release and deduct all amounts so paid from the monies otherwise due the Contractor hereunder.

8.15 In order to secure Contractor's warranty obligations under Section 8.4 above, Contractor shall deposit with Manager the amount indicated as the "Escrow Amount" on the Scope of the Work attached hereto as Exhibit A (the "Escrow Funds") within five (5) days after receipt by Contractor of the first progress payment. The Escrow Funds shall be paid to Contractor 120 days after Substantial Completion (the "Escrow Period") subject to the provisions of this Section 8.15, [provided that Manager may provide for early releases of some of all of the Escrow Funds at Manager's sole discretion.] Notwithstanding anything to the contrary set forth in this Agreement, Manager shall have the right to apply all or any portion of Escrow Funds at any time during the Escrow Period to satisfy Contractor's warranty obligations as to any of the Projects as set forth in Section 8.4 of this Agreement on the following terms and conditions. Manager shall notify Contractor by telephone of any defective Work in respect to any Project, and Contractor shall have thirty-six (36) hours after such notice to repair or replace any such defective Work. If Contractor fails to make such repair or replacement within such 36-hour period (or, if such defect is not capable of being repaired or replaced within such period, if Contractor has not commenced such repair within such 36-hour period and thereafter fails to diligently complete such repair or replacement), then Manager shall have the right to make such repair or replacement and deduct the costs incurred from the Escrow Funds then being held by Owner for any Project or Projects. Contractor acknowledges that, in the event of an emergency, Manager shall have the right to make necessary repairs or replacements (and to deduct the costs of making such repairs from the Escrow Funds) without first giving notice to

California 5

Contractor. Nothing contained in this Section 8.15 shall limit Contractor's warranty obligations under Section 8.4 above.

## ARTICLE 9
## ADMINISTRATION OF THE CONTRACT

9.1  Manager will interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of the Contractor. Manager will make initial decisions on all claims, disputes or other matters in question between Manager and the Contractor but will not be liable for results of any interpretations or decisions so rendered in good faith. All other decisions of Manager, except those which have been waived pursuant to the terms of this Agreement, shall be subject to arbitration as set forth in this Agreement.

9.2  The parties will attempt in good faith to resolve through negotiation any dispute, claim or controversy arising out of or relating to this Agreement or the breach hereof (a "Dispute"). Any party may initiate negotiations by providing written notice in letter form to the other parties, setting forth the subject of the Dispute and the relief requested. The recipient of such notice will respond in writing within seven (7) business days with a statement of its position on and recommended solution to the Dispute. If the Dispute is not resolved by this exchange of correspondence, then representatives of each party with full settlement authority will meet at a mutually agreeable time and place within fifteen (15) business days of the date of the initial notice in order to exchange relevant information and perspectives, and to attempt to resolve the Dispute.

9.3  Any Dispute not resolved by the parties pursuant to Section 9.2, shall be decided by mandatory and binding arbitration in accordance with the Construction Industry Mediation Rules of the American Arbitration Association ("AAA") currently in effect unless the parties mutually agree otherwise. Demand for arbitration shall be filed in writing with the other party to this Agreement and with the AAA and shall be made within a reasonable time after the dispute has arisen. The award rendered by the arbitrator(s) shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

9.4  These arbitration provisions shall survive completion of the Work and conclusion of the Project.

## ARTICLE 10
## SUBCONTRACTORS

10.1  Unless otherwise stated in the Contract Documents or the bidding requirements, the Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Manager the names of the Subcontractors for each of the principal portions of the Work. The Contractor shall not contract with any Subcontractor to whom the Manager has made reasonable timely objection. The Contractor shall not be required to contract with anyone to whom the Contractor has made a reasonable objection.

10.2  Contracts between the Contractor and Subcontractors shall (1) require each Subcontractor, to the extent of the Work to be performed by such Subcontractor, to be bound to the Contractor by the terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility for safety of the Subcontractor's Work, which the Contractor, by the Contract Documents, assumes toward the Manager, and (2) allow the Subcontractor the benefit of all rights, remedies and redress afforded to the Contractor by these Contract Documents.

10.3  The Contractor shall promptly pay each Subcontractor, upon receipt of payment from the Manager, out of the amount paid to the Contractor on account of such Subcontractor's portion of the Work, the amount to which said Subcontractor is entitled, reflecting percentages actually retained from payments to the Contractor on account of such Subcontractor's portion of the Work. The Contractor shall, by appropriate agreement with each Subcontractor, require each Subcontractor to make payments to sub-subcontractors in similar manner.

10.4  The Contractor, within 24 hours of Manager's written request, shall supply Manager with a list of outstanding payments owed to Subcontractors that are at least 30 days past due. The list shall include each Subcontractor's name, address, phone number, and the associated amount past due. The Manager reserves the right to pay such Subcontractors directly and reduce Contractor's bid amount by such amount.

## ARTICLE 11
## CHANGES IN THE WORK

11.1  Manager, without invalidating the Contract, may order changes in the Work consisting of additions, deletions or modifications, the Contract Sum and Contract Time being adjusted accordingly. Such changes in the Work shall be authorized by written Change Order, signed by Manager and Contractor, or by written Construction Change Directive signed by Manager.

11.2  The cost or credit to Manager from a change in the Work, if any, shall be determined by mutual agreement of the Manager and Contractor or, in the case of a Construction Change Directive, by the Contractor's cost of labor, material, equipment and reasonable overhead. The Contractor shall not include the cost from any change in the Work in any application for payment until the Final Payment in accordance with Section 5.2.

## ARTICLE 12
## TIME

12.1  By executing a Scope of Work the Contractor confirms that the Contract Time is a reasonable period for performing the Work for such Project. Contractor shall conduct the Work continuously and with reasonable diligence in strict accordance with the Project schedule provided by Manager, time being of the essence in all cases. Should said Project schedule be changed, Contractor shall proceed as directed by Manager and cooperate in related work and in no manner interfere with the work of Manager or other contractors or Subcontractors.

12.2  If, as a result of fire, earthquake, acts of God, war, terrorism, strikes, picketing, boycott, lockouts, labor disturbances, shortages of material, or other cases or conditions beyond the control of Manager, Manager shall consider it inadvisable to proceed with the Work, then Contractor shall, upon receipt of notice from Manager, immediately discontinue any Work until such time as Manager may deem it advisable to resume the Work. Contractor will resume the Work within twenty-four (24) hours after receiving notice from Manager to do so, and Contractor shall not be entitled to any damages or compensation on account of cessation of work as a result of the causes mentioned above.

## ARTICLE 13
## PAYMENTS AND COMPLETION

13.1  Payments shall be made as provided in Articles IV and V of this Agreement.

13.2  The Work shall be deemed substantially complete upon Manager's approval of the Work ("Substantial Completion").

13.3  Final payment shall not become due until the Contractor has delivered to Manager (a) a complete release of all Liens arising out of the Contract or receipts in full covering all labor, materials and equipment for which a lien could be filed or (b) a bond satisfactory to Manager to indemnify Manager, against any such Liens. If any such Lien remains unsatisfied after payments are made, the Contractor shall refund to Manager all money that Manager may be compelled to pay in discharging such Liens, including all costs and reasonable attorneys' fees.

## ARTICLE 14
## PROTECTION OF PERSONS AND PROPERTY

14.1  The Contractor shall be responsible for initiating, maintaining, and supervising all safety precautions and programs in connection with the performance of the Contract. The Contractor shall take reasonable precautions for safety of, and shall provide reasonable protection to prevent damage, injury or loss to: (1) employees doing the Work and other persons who may be affected thereby; (2) the Work and materials and equipment to be incorporated therein; and (3) other Property at the Site or adjacent thereto.

14.2  The Contractor shall give notices and comply with applicable laws, ordinances, rules, regulations and lawful orders of public authorities bearing on safety of persons and property and their protection from damage, injury or loss. The Contractor shall promptly remedy damage and loss to property caused in whole or in part by the Contractor, Subcontractor, a sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose

acts they may be liable and for which the Contractor is responsible. The foregoing obligations of the Contractor are in addition to the Contractor's indemnification obligations.

14.3 Contractor shall not be required to perform any Work relating to asbestos or polychlorinated biphenyl (PCB) without Contractor's consent; provided, however, that for all Work that is likely to disturb asbestos-containing materials or PCB-containing materials, the Contractor shall, in consultation with the Manager, engage a Subcontractor, having the experience and qualifications required by applicable law, to perform such Work (or to consult with Contractor in Contractor's performance of such Work) to ensure that such Work is completed in an appropriate and lawful manner.

14.4 Contractor shall promptly report to the Manager any observed evidence of excessive mold or moisture intrusion at the Property. Contractor shall not be required to perform any Work relating to mold remediation or restoration if the extent of the mold identified at the Property exceeds an area of 10 contiguous square feet in the aggregate; provided, however, if the area of mold identified at the Property is less than 10 contiguous square feet, Contractor shall promptly commence remediation and restoration of such affected portions of the Property pursuant to and consistent with all applicable laws, regulations, Manager direction and policies, and industry-standard best practices.

14.5 Contractor acknowledges that the Property consists of a residential home and that the Work will prepare the home for residential occupancy. Contractor further acknowledges and understands that the home was constructed either

BEFORE 1978 ☐   or   AFTER 1978 ☐.

If constructed BEFORE 1978, Contractor represents that it is currently certified by the United States Environmental Protection Agency ("EPA") under the Lead Paint Regulations, and it has provided Manager with a true and correct copy of its valid certification issued pursuant to the Lead Paint Regulations. Contractor further represents and covenants that all portions of the Work subject to the Lead Paint Regulations will be performed in compliance therewith, and that as a condition of Manager's approval of the Work, it will provide Manager with documentation in the form of the "Invitation Homes – Sample Lead-Paint Renovation Recordkeeping Checklist" attached hereto as Exhibit C certifying that all Work was performed in full compliance with the Lead Paint Regulations.

If the Property was constructed AFTER 1978, the provision of this Section 14.5 do NOT apply.

Contractor _____   Manager _____

## ARTICLE 15
## INDEMNITY

Contractor shall, to the maximum extent permissible under applicable law, hold harmless, defend and indemnify Manager and its officers, directors, partners, members, officials, employees and volunteers from and against any and all liability, loss, damage, expense, costs (including, without limitation, litigation costs and attorneys' fees) of every nature arising out of, related to, or in connection with Contractor's or any Subcontractor's negligence, performance of Work hereunder, or its failure to comply with any of its obligations contained in the Agreement, except to the extent of any such loss or damage caused by the negligence or willful misconduct of the indemnified party.

## ARTICLE 16
## INSURANCE

16.1 Contractor, at its own expense, shall procure and maintain in full force and in effect, without interruption, from the date of commencement of the Work until the date of final payment, or until a date otherwise specified herein, the following minimum limits of insurance and coverages, provided that where applicable law requires any coverages not so stated or in excess of the minimum limits provided below, the requirements herein shall be deemed adjusted to reflected same:

  i. Statutory Worker's Compensation Insurance (at such minimum limits required under applicable State law), and Employers' Liability Insurance with limits of at least $1,000,000 per accident for bodily injury or disease. This coverage shall include a Waiver of Subrogation Endorsement waiving the carrier's right of subrogation against Manager.

    ii. Commercial General Liability ("CGL") insurance with an "occurrence" trigger (claims-made insurance is not acceptable) that is at least as broad as Insurance Services Office Form CG 00 01, including products and completed operations, with limits of no less than **$1,000,000** per occurrence for bodily injury, personal injury, and property damage. If a general aggregate limit applies, either the general aggregate limit shall apply separately to this project/location or the general aggregate limit shall be twice the required occurrence limit. **Contractor hereby agrees to waive rights of subrogation which any insurer of Contractor may acquire** from Contractor by virtue of the payment of any loss. Contractor agrees to obtain any endorsement that may be necessary to effect this waiver of subrogation. Contractor shall maintain such coverage, with the limits and conditions specified herein, in continuous force and effect for three years after the date of final payment.

    iii. Commercial Automobile Liability Insurance on a form that is at least as broad as Insurance Services Office Form Number CA 0001 covering Code 1 (any auto), with minimum limits of $1,000,000 per accident for bodily injury and property damage.

    iv. A $1,000,000 umbrella liability policy, except if Contractor's Work includes digging below 5 feet, an umbrella of at least $3,000,000. The umbrella policy must be excess to and follow the form of the General Liability, Automobile Liability and Employers' Liability policies required by this Agreement. Contractor shall maintain umbrella coverage, with the limits specified herein, in continuous force and effect for three years after the date of final payment.

16.2    Prior to commencement of the Work, Contractor shall deliver to Manager, without expense to Manager, certificates from Contractor's insurance companies or broker which shall certify the following:

    i. The each said policy is then in full force, in effect, and the expiration date and limits thereof;

    ii. That each said policy shall not be canceled, non-renewed, or materially changed without sixty (60) days prior written notice to Manager;

    iii. The Manager, its officers, officials, employees, agents, representatives, and volunteers are to be covered as additional insureds on the general and automobile liability policies with respect to liability arising out of with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations and automobiles owned, leased, hired, or borrowed by or on behalf of the Contractor. General liability coverage can be provided in the form of an endorsement to the Contractor's insurance (at least as broad as ISO Form CG 20 10, 11 85 or both CG 20 10 and CG 23 37 forms if later revisions used).

16.3    Manager may have, or may procure for its own accounts insurance (including self insurance) without notice to Contractor's insurers and without prejudice to the coverage afforded to Manager under Contractor's insurance policies. Insurance procured by Manager shall not be called upon for contribution by the insurance afforded to Manager under Contractor's insurance policies. All insurance required to be provided by Contractor pursuant hereto shall be primary, and non-contributory with respect to any coverage that Manager may have and maintain. All such policies shall provide that for waiver of subrogation against Manager and all additional insureds.

ARTICLE 17
INTENTIONALLY OMITTED.

ARTICLE 18
MISCELLANEOUS PROVISIONS

18.1    The Contract shall be governed by the law of the State in which the Property is located.

18.2   Contractor may not assign the Contract without the prior written consent of Manager. Manager may, without consent of Contractor, assign this Agreement to Manager's lender(s) or to any successor in interest to Manager or Manager's rights to any Property.

18.3   Tests, inspections and approvals of portions of the Work required by the Contract Documents or by law, ordinances, rules, regulations or orders of public authorities having jurisdiction shall be made at an appropriate time. Unless otherwise provided, Contractor shall make arrangements for such tests, inspections and approvals with an independent testing laboratory or entity acceptable to Manager, or with the appropriate public authority, and shall bear all related costs of tests, inspections and approvals. Contractor shall give Manager timely notice of when and where tests and inspections are to be made so that Manager may be present for such procedures. Manager shall bear costs of tests, inspections and approvals which do not become requirements until after bids are received or negotiations concluded.

## ARTICLE 19
## TERMINATION OF THE CONTRACT

19.1   Subject to Section 4.5, if Manager should fail to make a payment for a period of thirty (30) days through no fault of Contractor, the Contractor may, upon seven (7) additional days written notice to Manager, terminate the Contract and recover from Manager payment for all Work executed and for proven loss with respect to materials, equipment, tools, and construction equipment and machinery, including reasonable overhead, profit and damages applicable to the Project.

19.2   Manager may terminate the Contract if the Contractor (1) persistently fails or neglects to carry out the Work in accordance with the Contract Documents, (2) otherwise fails to perform a provision of the Contract, (3) persistently or repeatedly refuses or fails to supply sufficient properly skilled workers or property materials, (4) fails to make payment to Subcontractors for materials or labor in accordance with the respective agreements between Contractor and Subcontractors, or (5) persistently disregards laws, ordinances, or rules, regulations or orders of a public authority having jurisdiction. In such event, Manager may, after seven days written notice to the Contractor and without prejudice to any other remedy Manager may have, terminate the Contract and take possession of the Site and of all materials, equipment, tools, and construction equipment and machinery thereon owned by the Contractor and may finish the Work by whatever reasonable method Manager may deem expedient. If the unpaid balance of the Contract Sum exceeds the cost of finishing the Work, including compensation for any engineer's or others' services and expenses made necessary thereby, such excess shall be paid to the Contractor, but if such costs exceed such unpaid balance, the Contractor shall pay the difference to Manager.

19.3   Manager may terminate the Contract for convenience upon ten (10) days prior written notice to Contractor. Upon any such termination Contractor shall cease further Work, completing any such elements thereof as Manager may direct and Manager shall, subject to Contractor's delivery of lien waivers and other deliverables as required pursuant to this Agreement, pay Contractor for all Work properly performed through the effective date of such termination, together with reasonable, documented third party expenses incurred by Contractor as a result of such termination. Except as expressly set forth in this Section 19.3, Contractor shall not be entitled to any additional payment on account of any such termination and expressly waives all claims for anticipated profit, lost opportunity, or any other consequential damages.

THIS AGREEMENT is entered into as of the day and year first written above and is executed in at least two original copies of which one is to be delivered to the Contractor and one to Manager.

| MANAGER | CONTRACTOR |
|---|---|
| _[signature]_ | _[signature]_ |
| **Signature** | **Signature** |
| Jay Skjerven | Terry Bassett |
| **Name** | **Name** |
| Rehab Director | President |
| **Title** | **Title** |
| 12/11/13 | 12/11/13 |
| **Date** | **Date** |

EXHIBIT "A"

PTL – Separate Document

EXHIBIT "B"

**Form of Change Order**

CHANGE ORDER TO AGREEMENT
BETWEEN MANAGER AND CONTRACTOR FOR CONSTRUCTION PROJECT OF LIMITED
SCOPE WHERE THE BASIS OF PAYMENT IS A STIPULATED SUM

| DATE: | ADDRESS: |
|---|---|
| CHANGE ORDER # | Date of Commencement: _____<br><br>Completion Date: _____ |
| Reason for Change Order: | |
| The following changes are hereby made to the Work: | |

The Original Contract Sum was ............................................................. $ _____
Net Change by previous Change Order .................................................. $ _____
The Contract Sum Prior to this Change Order was ................................ $ _____
The New Contract Sum including this Change Order will be ................ $ _____

EXHIBIT "C"

## Invitation Homes – Sample Lead-Paint Renovation Recordkeeping Checklist

Name of Firm performing repair work: _____

Date and Location of Repair: _____

Brief Description of Repair: _____

EPA Certification Number: _____

Name(s) of Trained Worker(s), if used: _____

Name of Dust Sampling Technician, Inspector, or Risk Assessor, if used:

\_\_\_ Copies of renovator and dust sampling technician qualifications (training certificates) on file.

\_\_\_ Certified renovator provided training to workers on (check all that apply):

    \_\_\_ Posting warning signs    \_\_\_ Setting up plastic containment barriers
    \_\_\_ Maintaining containment    \_\_\_ Avoiding spread of dust to adjacent areas
    \_\_\_ Waste handling    \_\_\_ Post-renovation cleaning

\_\_\_ Test kit or test results from an EPA-recognized laboratory on collected paint chip sample, used by certified renovator to determine whether lead was present on components affected by renovation (identify method used, type of test kit used (if applicable), laboratory used to conduct paint chip analysis, describe sampling locations and results):

\_\_\_ Warning signs posted at entrance to work area.

\_\_\_ Work area contained to prevent spread of dust and debris

\_\_\_ All objects in the work area removed or covered (interiors)

\_\_\_ HVAC ducts in the work area closed and covered (interiors)

\_\_\_ Windows in the work area closed (interiors)

\_\_\_ Windows in and within 20 feet of the work area closed (exteriors)

\_\_\_ Doors in the work area closed and sealed (interiors)

\_\_\_ Doors in and within 20 feet of the work area closed and sealed (exteriors)

\_\_\_ Doors that must be used in the work area covered to allow passage but prevent spread of dust

\_\_\_ Floors in the work area covered with taped-down plastic (interiors)

\_\_\_ Ground covered by plastic extending 10 feet from work area—plastic anchored to building and weighed down by heavy objects (exteriors)

\_\_\_ Vertical containment installed if property line prevents 10 feet of ground covering, or if necessary to prevent migration of dust and debris to adjacent property (exteriors)

\_\_\_ Waste contained on-site and while being transported off-site.

\_\_\_ Work site properly cleaned after renovation

\_\_\_ All chips and debris picked up, protective sheeting misted, folded dirty side inward, taped for removal

\_\_\_ Work area surfaces and objects cleaned using HEPA vacuum and/or wet cloths or mops (interiors)

___ Certified renovator performed post-renovation cleaning verification (describe results, including the number of wet and dry cloths used) : _____

___ If dust clearance testing was performed instead, attach a copy of report

___ I certify under penalty of law that the above information is true and complete.

_____          _____
             Name and title                                                                                     Date

**Additional Provisions:**

1.) Contractor agrees to complete the Work set forth above in accordance with the terms and conditions outlined in the Agreement Between Manager and Contractor For Construction Project of Limited Scope Where the Basis of Payment is a Stipulated Sum.

2.) Execution of this document will confirm that Contractor has visited the Property and is satisfied as to the condition of the Property.

3.) Contractor shall complete the Work on or before the conclusion of the Contract Time described above. Requests for time extensions should be submitted separately in writing.

4.) Contractor agrees to employ only persons possessing suitable experience and training for the completion of the work outlined in this "Scope of Work" and further insures that a competent party will be in control of the Site and Work at all times that Work is in progress.

5.) Contractor will strictly adhere to all applicable labor and safety laws and regulations while work is in progress..

6.) Contractor acknowledges that the Property consists of a residential home and that the Work will prepare the home for residential occupancy. Contractor further acknowledges and understands that the home was constructed either

BEFORE 1978 ☐     or     AFTER 1978 ☐.

If constructed BEFORE 1978, Contractor represents that it is currently certified by the United States Environmental Protection Agency ("EPA") under the Lead Paint Regulations, and it has provided Manager with a true and correct copy of its valid certification issued pursuant to the Lead Paint Regulations. Contractor further represents and covenants that all portions of the Work subject to the Lead Paint Regulations will be performed in compliance therewith, and that as a condition of Manager's approval of the Work, it will provide Manager with documentation in the form of the "Invitation Homes – Sample Lead-Paint Renovation Recordkeeping Checklist" attached hereto as <u>Exhibit C</u> certifying that all Work was performed in full compliance with the Lead Paint Regulations.

If the Property was constructed AFTER 1978, the provision of this Section 14.5 do NOT apply.

Contractor _____     Manager _____

7.) Contractor will conduct operations in such a manner as to cause no hazard to exist.

8.) Contractor shall insure that the general public and all persons affected by this "Scope of Work" are treated in a courteous manner.

9.) Dust control, traffic control, coordination of municipal, utility and private inspections shall be Contractor's responsibility.

10.) Signatures by scanned email or fax shall be deemed the same as originals.

| MANAGER | CONTRACTOR |
|---|---|
| Signature: [signed] | Signature: [signed] Terry Bissett |
| Name: Jay Skjerven | Name: [signed] |
| Title: Rehab Director | Title: President |
| Date: 12/11/13 | Date: 12/11/13 |

12

The parties agree that, except as amended herein, all provisions of the Contract remain in full force and effect.

| MANAGER | CONTRACTOR |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Jay Skyberven | Terry Bassett |
| Name | Name |
| Rehab Director | President |
| Title | Title |
| 12/11/13 | 12/11/13 |
| Date | Date |

# EXHIBIT "D"

## Sample Final Waiver of Lien – Separate Document