| | |
|---|---|
| 1 | Melinda L. Haag (SBN 132612) |
| 2 | Randall S. Luskey (SBN 240915)<br>**PAUL, WEISS, RIFKIND, WHARTON &** |
| 3 | **GARRISON LLP**<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Tel: (628) 432-5100 |
| 5 | Fax: (628) 232-3101<br>mhaag@paulweiss.com |
| 6 | rluskey@paulweiss.com |
| 7 | *Attorneys for Defendant and Third-Party Plaintiff*<br>Invitation Homes Inc. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF MORENO VALLEY, CITY OF RIVERSIDE, CITY OF LOS ANGELES, CITY OF COMPTON, CITY OF TEMECULA, CITY OF PALMDALE, CITY OF LANCASTER, CITY OF SAN BERNARDINO, CITY OF VALLEJO, CITY OF FONTANA, CITY OF MURRIETA, CITY OF FAIRFIELD, CITY OF PERRIS, CITY OF YUCAIPA, CITY OF CORONA, CITY OF RIALTO AND ROES 1-250, EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>Plaintiff-Relators,<br><br>v.<br><br>INVITATION HOMES INC., a Maryland Corporation,<br><br>Defendant. | Case No. 22-CV-260-L-MDD<br><br>**PROOF OF SERVICE OF SUMMONS ON THIRD-PARTY DEFENDANT PINTAR INVESTMENT COMPANY, LLC**<br><br>Judge: Hon. M. James Lorenz<br>Ctrm: 5B, 5th Floor |
| INVITATION HOMES INC., a Maryland Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SMS ASSIST, LLC, PINTAR INVESTMENT COMPANY, LLC, BDR, INC., BASSETT BUILDING, INC., AND DOES 1-250, inclusive,<br><br>Third-Party Defendants. | |

| Attorney or Party without Attorney: <br> MELINDA L. HAAG (SBN 132612) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 535 MISSION STREET 24TH FLOOR <br> SAN FRANCISCO, CA 94105 <br>   Telephone No: 628-432-5123 <br>   Attorney For: Defendant | Ref. No. or File No.: <br> 023579-00002 | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* CITY OF SAN DIEGO; et al. <br> *Defendant:* INVITATION HOMES INC., a Maryland Corporation | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22-CV-260-L-MDD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; IMPLEADER THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL

3. a. Party served:     PINTAR INVESTMENT COMPANY, LLC
   b. Person served:    CINDY PINTAR, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   27452 CALLE ARROYO, SAN JUAN CAPISTRANO, CA 92675

5. I served the party:
   a. **by substituted service.**   On: Tue, Mar 14 2023 at: 02:53 PM by leaving the copies with or in the presence of:
                LEFT AT FRONT DESK.

   (1) [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]   **(Declaration of Mailing)** is attached.
   (4) [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*8543689* <br> *(7972926)* <br> Page 1 of 2

| Attorney or Party without Attorney: <br> MELINDA L. HAAG (SBN 132612) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 535 MISSION STREET 24TH FLOOR <br> SAN FRANCISCO, CA 94105 <br>   Telephone No: 628-432-5123 <br>   Attorney For: Defendant | Ref. No. or File No.: <br> 023579-00002 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ||| 
| Plaintiff: CITY OF SAN DIEGO; et al. <br> Defendant: INVITATION HOMES INC., a Maryland Corporation |||
| PROOF OF SERVICE | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 22-CV-260-L-MDD |

6. **Person Who Served Papers:**
   a. Federico Avila (5027, Orange)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111
   d. **The Fee** for Service was:  614.46
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

03/15/2023

(Date)                                              (Signature)



PROOF OF SERVICE

8543689
(7972926)
Page 2 of 2

| Attorney or Party without Attorney:<br>MELINDA L. HAAG (SBN 132612)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 MISSION STREET 24TH FLOOR<br>SAN FRANCISCO, CA 94105<br>   *Telephone No:* 628-432-5123 | | | | For Court Use Only |
|---|---|---|---|---|
|    *Attorney For:* Defendant | *Ref. No. or File No.:*<br>023579-00002 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* CITY OF SAN DIEGO; et al.<br>*Defendant:* INVITATION HOMES INC., a Maryland Corporation | | | | |
| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22-CV-260-L-MDD |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; IMPLEADER THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Mar 14, 2023
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: PINTAR INVESTMENT COMPANY, LLC / CINDY PINTAR, AGENT FOR SERVICE OF PROCESS
       27452 CALLE ARROYO, SAN JUAN CAPISTRANO, CA 92675

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Mar 14, 2023 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 614.46
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

03/15/2023
(Date)  (Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | 8543689<br>(7972926) |
|---|---|---|