1  Melinda L. Haag (SBN 132612)
   Randall S. Luskey (SBN 240915)
2  **PAUL, WEISS, RIFKIND, WHARTON &**
   **  GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Tel: (628) 432-5100
   Fax: (628) 232-3101
5  mhaag@paulweiss.com
   rluskey@paulweiss.com
6
   *Attorneys for Defendant and Third-Party Plaintiff*
7  Invitation Homes Inc.

8                    **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  CITY OF SAN DIEGO, CITY OF                Case No. 22-CV-260-L-MDD
    SACRAMENTO, CITY OF MORENO
12  VALLEY, CITY OF RIVERSIDE, CITY OF        **PROOF OF SERVICE OF**
    LOS ANGELES, CITY OF COMPTON, CITY        **SUMMONS ON THIRD-**
13  OF TEMECULA, CITY OF PALMDALE,            **PARTY DEFENDANT**
    CITY OF LANCASTER, CITY OF SAN            **BDR, INC.**
14  BERNARDINO, CITY OF VALLEJO,
    CITY OF FONTANA, CITY OF MURRIETA,        Judge: Hon. M. James Lorenz
15  CITY OF FAIRFIELD, CITY OF PERRIS,        Ctrm: 5B, 5th Floor
    CITY OF YUCAIPA, CITY OF CORONA,
16  CITY OF RIALTO AND ROES 1-250, EX.
    REL BLACKBIRD SPECIAL PROJECT, LLC,
17
                      Plaintiff-Relators,
18          v.

19  INVITATION HOMES INC.,
    a Maryland Corporation,
20
                      Defendant.
21

22  INVITATION HOMES INC.,
    a Maryland Corporation,
23
                      Third-Party Plaintiff,
24          v.

25  SMS ASSIST, LLC, PINTAR INVESTMENT
    COMPANY, LLC, BDR, INC., BASSETT
26  BUILDING, INC., AND DOES 1-250,
    inclusive,
27
                      Third-Party Defendants.
28

                                        1                  Case No. 22-CV-260-L-MDD

| Attorney or Party without Attorney:<br>MELINDA L. HAAG (SBN 132612)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 MISSION STREET 24TH FLOOR<br>SAN FRANCISCO, CA 94105<br>  Telephone No:  628-432-5123<br><br>  Attorney For:  Defendant | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>023579-00002 | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:  CITY OF SAN DIEGO; et al.<br>Defendant:  INVITATION HOMES INC., a Maryland Corporation | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22-CV-260-L-MDD |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; IMPLEADER THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL

3.   a.  *Party served:*    BDR, INC.
    b.  *Person served:*    Lynanne Gares, Litigation Management, Corporation Service Company, Registered Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*    251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

5. *I served the party:*
  a. **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 15 2023 (2) at: 11:40 AM

6. *Person Who Served Papers:*
  a. John Garber ()                      d. *The Fee for Service was:*  596.98
  b. **FIRST LEGAL**
    200 WEBSTER STREET, SUITE 201
    OAKLAND, CA 94607
  c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

03/15/2023
_____
(Date)

_____
(Signature)

PROOF OF
SERVICE

8543661
(7972925)

FL
FIRSTLEGAL