H. Vincent McKnight, Pro Hac Vice
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
Email: vmcknight@sanfordheisler.com

Leonard B. Simon (CA Bar No. 58310)
**LAW OFFICES OF LEONARD B. SIMON**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
Email: lens@rgrdlaw.com

*Attorneys for the Plaintiff-Relator Blackbird Special Project, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, CITY OF SACRAMENTO, CITY OF MORENO VALLEY, CITY OF RIVERSIDE, CITY OF LOS ANGELES, CITY OF COMPTON, CITY OF TEMECULA, CITY OF PALMDALE, CITY OF LANCASTER, CITY OF SAN BERNARDINO, CITY OF VALLEJO, CITY OF FONTANA, CITY OF MURRIETA, CITY OF FAIRFIELD, CITY OF PERRIS, CITY OF YUCAIPA, CITY OF CORONA, CITY OF RIALTO AND ROES 1-250, EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>INVITATION HOMES, INC., a Maryland Corporation<br><br>    Defendant. | CASE NO. 22-CV-260-L-MDD<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW EDWARD D. CHAPIN AS COUNSEL OF RECORD**<br><br>District Judge: M. James Lorenz<br><br>Magistrate Judge: Mitchell D. Dembin<br><br>Complaint Filed: 2/25/2022<br>Trial Date: Not Set |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.3, the undersigned hereby request that Edward D. Chapin be permitted to withdraw as Plaintiffs' counsel in this matter. There is good cause for this Motion, as follows:

1. Mr. Chapin is no longer associated with Sanford Heisler Sharp, LLP, effective December 30, 2022;

2. Withdrawal will not prejudice Plaintiffs, as Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs;

3. Mr. Chapin's withdrawal will not delay the proceedings in this matter;

4. Mr. Chapin is not asserting a retaining or charging lien; and

5. Sanford Heisler Sharp, LLP has informed Plaintiffs of Mr. Chapin's withdrawal. *See* Declaration of H. Vincent McKnight ¶ 3.

Dated: April 11, 2023

Respectfully submitted,

By: */s/ H. Vincent McKnight*
H. Vincent McKnight, Pro Hac Vice
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
Email: vmcknight@sanfordheisler.com
*Attorneys for Plaintiffs*

## DECLARATION OF H. VINCENT MCKNIGHT

I, H. Vincent McKnight, am not a party in the above-captioned action. I am over the age of 18, have personal knowledge of the facts referred to in this Declaration, and could competently testify to the matters stated below. I declare as follows:

1. I am counsel of record for Plaintiffs in the above-captioned case.

2. I served the above Motion to Withdraw Edward D. Chapin as Counsel of Record ("the Motion") on Defendant Invitation Homes, Inc. and its counsel of record via the ECF filing system.

3. I served a copy of the Motion on my client via email prior to filing it in the ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 11, 2023

*/s/ H. Vincent McKnight*
H. Vincent McKnight, Pro Hac Vice
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
Email: vmcknight@sanfordheisler.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

Additionally, I caused the foregoing to be forwarded to Plaintiff via e-mail on the date this declaration was executed.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 11, 2023

*/s/ H. Vincent McKnight*
H. Vincent McKnight, Pro Hac Vice
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
Email: vmcknight@sanfordheisler.com