UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>INVITATION HOMES, INC., et al.,<br><br>                              Defendants. | Case No.:  22-cv-260-L(MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD [ECF NO. 33]** |

The motion filed by Edward D. Chapin to withdraw as counsel for Plaintiffs is granted.  Edward D. Chapin is withdrawn as counsel of record for Plaintiffs.  The Clerk is directed to remove Mr. Chapin's name from the case docket, terminate delivery of all Notices of Electronic Filing to him, and remove his name from any applicable service lists.

**IT IS SO ORDERED**.

Dated:  April 24, 2023

_____
Hon. M. James Lorenz
United States District Judge