UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO ET AL. EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>       Plaintiff-Relator,<br><br>v.<br><br>INVITATION HOMES, INC., a Maryland Corporation,<br><br>       Defendant. | Case No.: 3:22-cv-00260-L-MMP<br><br>**ORDER RE MANDATORY SETTLEMENT CONFERENCE** |

A Mandatory Settlement Conference ("MSC") is set for **November 8, 2023** at **9:30 a.m.** before the Honorable Michelle M. Pettit, United States Magistrate Judge. [ECF No. 57]. The MSC will be held **via videoconference** unless the parties request an in-person conference.[1] **The Court requires all parties, party representatives, including claims**

---

[1] Magistrate Judge Pettit will hold the conference in person at the parties' request. **Within seven days of the date of this Order**, the parties shall meet and confer to determine if an in-person conference would be productive in this matter. If the parties agree to conduct

**adjusters for insured parties, and the primary attorney(s) responsible for the litigation to appear at the conference.²**

     **The following are mandatory guidelines for the parties preparing for the MSC:**

     1.     No later **October 18, 2023**, Plaintiff must serve on Defendant a written settlement proposal, which must include a specific demand amount. Defendant must respond to the Plaintiff <u>in writing</u> with a specific offer amount prior to the meet and confer discussion required below. The parties shall not file or copy the Court on these exchanges.

     2.     No later than **October 25, 2023**, counsel for the parties must meet and confer in person or via videoconference to discuss at least the following:

          a.     Who will attend the MSC on behalf of each party, including counsel, client representatives with full authority to make final decisions regarding any settlement offer, and any insurance representatives;

          b.     Identification of any persons or entities, such as a board of directors, who must approve a proposed settlement agreement, as well as the nature and duration of any approval process; and

          c.     Insurance coverage available to cover all or part of the claimed losses or to fund all or part of any party's defense, and the status of any tenders for coverage.

---

the conference in person, counsel for Plaintiff shall e-mail Judge Pettit's Chambers (efile_Pettit@casd.uscourts.gov), with counsel for all parties copied, indicating the parties' request to proceed in person.

² Lead trial counsel shall appear at the MSC with the parties. Any party who is not a natural person shall be represented by the person(s) with <u>full authority</u> to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. Limited authority (*i.e.*, authority up to a specific dollar amount) is not full authority. A person who needs to call another person who is not present before agreeing to any settlement does not have full authority. Personal attendance of a party is mandatory and will only be excused upon a written request that is timely under the circumstances and demonstrates extraordinary hardship.

3. No later than **October 30, 2023**, each party must submit a MSC Statement (not to exceed ten pages) that will be exchanged with the other parties. Each party may also submit an optional Confidential Settlement Letter (not to exceed five pages) that will be for the Court's review only. Both the MSC Statement and the Confidential Letter (if one is submitted) shall be lodged (not filed) with the Court via email (efile_Pettit@casd.uscourts.gov).

4. The MSC Statement must be served on opposing counsel and include at least the following:

    a. A brief statement of the facts of the case;

    b. A brief statement of the claims and defenses, including the statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on claims and defenses; and any major issues in dispute;

    c. A statement of facts not reasonably in dispute;

    d. A list of the key facts in dispute and the specific evidence relevant to a determination of those facts;

    e. Any discrete issue that, if resolved, would facilitate the resolution of the case;

    f. A brief statement of the issues of law with respect to liability and damages. The statement must be supported by legal authority, but extended legal argument is not necessary;

    g. A statement of the relief sought, including an itemization of damages and any other non-monetary relief. If a class is alleged, the number of putative class members and any other information relevant to settlement discussions (*e.g.*, number of pay periods, etc.); and

    h. Except to the extent prohibited by applicable rules of privilege, a summary of any prior settlement negotiations, including the settlement proposals exchanged pursuant to paragraph 1 above.

5. In addition the information listed above, if a party seeks attorney fees and costs, that party shall provide the legal basis for the claim and sufficient information to evaluate the amount of fees claimed.

6. No later than **October 30, 2023**, counsel for each party shall send an email to the Court (efile_Pettit@casd.uscourts.gov) containing the following:

    a. The name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. The name and cell phone number for that party's preferred point of contact for the Court to use during the MSC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

7. **Pre-MSC Telephone Conference**: In certain cases, the Court may elect to hold a telephonic conference with counsel to prepare for the MSC. These telephonic conferences are confidential to the same extent as the MSC.

8. If possible, participants are encouraged to use laptops or desktop computers for the videoconference, as mobile devices often offer inferior performance. Participants shall join the videoconference by following the ZoomGov Meeting hyperlink provided by the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

///

///

All participants shall display the same level of professionalism and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, *i.e.*, cannot be driving or in a car while speaking to the Court. All participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: October 2, 2023

Honorable Michelle M. Pettit
United States Magistrate Judge