UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO ET AL. EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>　　　　　　　　　Plaintiff-Relator,<br><br>v.<br><br>INVITATION HOMES, INC., a Maryland Corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 22-cv-0260-BAS-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>[ECF No. 91] |

　　　Before the Court is the Parties' second Joint Motion to Continue Mandatory Settlement Conference ("Second Joint Motion"). [ECF No. 91.] On October 18, 2023, the Court granted the Parties' first Joint Motion to Continue Mandatory Settlement Conference, requesting a continuance to complete mediation. [ECF Nos. 73, 74.] On March 1, 2024, the Court granted the Parties' Joint Motion to Modify Scheduling Order, extending the Parties' deadline to complete discovery from April 5, 2024 to August 2, 2024. [ECF No. 90.]

/ /

In their Second Joint Motion, the Parties request the Court continue the Mandatory Settlement Conference, scheduled for April 3, 2024, to August 14, 2024. The Parties represent that they plan to return to mediation and will complete more discovery, and consequently a mandatory settlement conference in August would be more productive.

The Court, having reviewed the Parties' Second Joint Motion, and finding good cause, hereby **GRANTS** the Joint Motion. Accordingly, the Mandatory Settlement Conference, set for April 3, 2024 is **RESET** for **August 14, 2024** at **9:30 a.m.** The Parties shall comply with the undersigned's Chambers Rules regarding the deadlines related to the Mandatory Settlement Conference.

**IT IS SO ORDERED**.

Dated:  March 13, 2024

*[signature]*
HON. MICHELLE M. PETTIT
United States Magistrate Judge