| | |
|---|---|
| Melinda L. Haag (SBN 132612) | H. Vincent McKnight (*pro hac vice*) |
| Walter F. Brown (SBN 130248) | Christine Dunn (*pro hac vice*) |
| Randall S. Luskey (SBN 240915) | James Hannaway (*pro hac vice*) |
| **PAUL, WEISS, RIFKIND,** | Shannon Henris (*pro hac vice*) |
| **WHARTON & GARRISON LLP** | **SANFORD HEISLER SHARP, LLP** |
| 535 Mission Street, 24th Floor | 700 Pennsylvania Ave. SE, Suite 300 |
| San Francisco, CA 94105 | Washington, D.C. 20003 |
| Tel: (628) 432-5100 | Telephone: (202) 499-5201 |
| Fax: (628) 232-3101 | vmcknight@sanfordheisler.com |
| mhaag@paulweiss.com | |
| wbrown@paulweiss.com | Leonard B. Simon (CA Bar No. 58310) |
| rluskey@paulweiss.com | **LAW OFFICES OF LEONARD B. SIMON** |
| | 655 West Broadway, Suite 1900 |
| *Attorneys for Defendant Invitation Homes, Inc.* | San Diego, CA 92101 |
| | Telephone: (619) 818-0644 |
| | lens@rgrdlaw.com |
| | |
| | *Attorneys for Plaintiff-Relator Blackbird Special Project, LLC* |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO ET AL. EX. REL BLACKBIRD SPECIAL PROJECT, LLC,<br><br>Plaintiff-Relator,<br><br>v.<br><br>INVITATION HOMES, INC., a Maryland Corporation,<br><br>Defendant. | Case No.: 22-CV-260-BAS-MMP<br><br>Judicial Officer: Hon. Michelle M. Pettit<br>Ctrm: 5b, 5th Floor<br><br>**JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES** |

# JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES

Plaintiff-Relator Blackbird Special Project, LLC ("Plaintiff-Relator") and Defendant Invitation Homes, Inc. ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 16(b)(4), jointly move this Court to modify the Scheduling Orders Regulating Discovery and Other Pre-Trial Proceedings issued on June 7, 2023, and on June 18, 2024, to stay discovery and all deadlines contained in the Scheduling Order until September 13, 2024. In support of this Motion, the parties state the following:

1. On December 12, 2023, the parties completed a mediation session with a private mediator, Judge Gary Feess. Though this matter was not resolved during this first mediation, the parties continued to consider and discuss opportunities for resolving this matter through private mediation.

2. The parties have worked diligently to take discovery in this matter and, at the same time, explore settlement. The case is large in scope, in relevant documents, and in percipient witnesses. To date, the parties have exchanged initial written discovery requests and responses and have exchanged tens of thousands of records. Plaintiff-Relator has taken two depositions of fact witnesses in this matter. Both parties have noticed multiple depositions intended to be completed before the end of fact discovery.

3. On June 26, 2024, the parties completed a second mediation session with Judge Feess. Though this matter was not resolved during mediation, the parties continued to confer and have reached a settlement in principle.

4. For these reasons, the parties have good cause to request amendment of the scheduling order because the parties are conferring and drafting a joint submission to the court for approval of the settlement. The parties anticipate filing a joint motion with the Court by the end of this month at the latest.

5. In order to adequately preserve discovery deadlines in the unlikely event that a settlement is not reached or not approved, the parties jointly request a stay of the Pre-Trial Scheduling Orders' deadlines, with the Court's approval, until September 13, 2024, to allow the Court sufficient time to consider the motion.

6. This proposed stay of Scheduling Order deadlines will not prejudice any party.

7. This Motion is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Plaintiff-Relator and Defendant respectfully request that the Court issue an order staying scheduling order deadlines as stated above.

Dated: July 12, 2024

Respectfully submitted,

/s/ Melinda L. Haag

/s/ H. Vincent McKnight

| Melinda L. Haag (SBN 132612) | H. Vincent McKnight* |
| Walter F. Brown (SBN 130248) | Christine Dunn* |
| Randall S. Luskey (SBN 240915) | James Hannaway* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **SANFORD HEISLER SHARP, LLP** |
| 535 Mission Street, 24th Floor | 700 Pennsylvania Ave. SE, Suite 300 |
| San Francisco, CA 94105 | Washington, D.C. 20003 |
| Tel: (628) 432-5100 | Tel: (202) 499-5201 |
| Fax: (628) 232-3101 | vmcknight@sanfordheisler.com |
| mhaag@paulweiss.com | cdunn@sanfordheisler.com |
| wbrown@paulweiss.com | jhannaway@sanfordheisler.com |
| rluskey@paulweiss.com | |

*Attorneys for Defendant Invitation Homes, Inc.*

Leonard B. Simon (CA Bar No. 58310)
**LAW OFFICES OF LEONARD B. SIMON**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Case No. 22-CV-260-BAS-MMP
**JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES**
3

lens@rgrdlaw.com

*Attorneys for Plaintiff-Relator*
*Blackbird Special Project, LLC*

*\*Admitted pro hac vice*

Case No. 22-CV-260-BAS-MMP
**JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES**
4

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the parties' respective legal counsel listed above, and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ H. Vincent McKnight*
H. Vincent McKnight, Admitted *Pro Hac Vice*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
Email: vmcknight@sanfordheisler.com