Melinda L. Haag (SBN 132612)
Walter F. Brown (SBN 130248)
Randall S. Luskey (SBN 240915)
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Fax: (628) 232-3101
mhaag@paulweiss.com
wbrown@paulweiss.com
rluskey@paulweiss.com

*Attorneys for Defendant
Invitation Homes, Inc.*

H. Vincent McKnight (*pro hac vice*)
Christine Dunn (*pro hac vice*)
James Hannaway (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5201
vmcknight@sanfordheisler.com

Leonard B. Simon (CA Bar No. 58310)
**LAW OFFICES OF LEONARD B. SIMON**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiff-Relator
Blackbird Special Project, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO ET AL. EX. REL BLACKBIRD SPECIAL PROJECT, LLC, <br><br> Plaintiff-Relator, <br><br> v. <br><br> INVITATION HOMES, INC., a Maryland Corporation, <br><br> Defendant. | Case No.: 22-CV-260-BAS-MMP <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judicial Officer: Hon. Cynthia A. Bashant <br> Ctrm: 5b, 5th Floor <br> Hearing Date: August 26, 2024 <br><br> **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, in consideration of a negotiated settlement executed by them, that the above-titled action be and hereby is dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed to pursuant to the negotiated settlement, each party will bear its own attorneys' fees and costs.

In the event that the settlement of this action is reversed on appeal or declared null and void by a court of law, this stipulation shall no longer apply.

IT IS SO STIPULATED.

Dated: July 18, 2024

_____
H. Vincent McKnight

Dated: July 18, 2024

_____
Randall S. Luskey