| | |
|---|---|
| 1 | H. Vincent McKnight (*pro hac vice*) |
| | Christine Dunn (*pro hac vice*) |
| 2 | James Hannaway (*pro hac vice*) |
| 3 | **SANFORD HEISLER SHARP, LLP** |
| | 700 Pennsylvania Ave. SE, Suite 300 |
| 4 | Washington, D.C. 20003 |
| 5 | Telephone: (202) 499-5201 |
| | vmcknight@sanfordheisler.com |
| 6 | |
| 7 | Leonard B. Simon (CA Bar No. 58310) |
| | **LAW OFFICES OF LEONARD B.** |
| 8 | **SIMON** |
| 9 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 10 | Telephone: (619) 818-0644 |
| 11 | lens@rgrdlaw.com |

*Attorneys for Plaintiff-Relator*
*Blackbird Special Project, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO ET AL. EX. REL BLACKBIRD SPECIAL PROJECT, LLC, | Case No.: 22-CV-260-BAS-MMP |
| Plaintiff-Relator, | **PROOF OF SERVICE AND SERVICE LIST** |
| v. | Judicial Officer: Hon. Cynthia A. Bashant |
| INVITATION HOMES, INC., a Maryland Corporation, | Ctrm: 5b, 5th Floor |
| Defendant. | Hearing Date: August 26, 2024 |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

Case No. 22-CV-260-BAS-MMP
**PROOF OF SERVICE AND SERVICE LIST**
1

# PROOF OF SERVICE

I, Shannon Henris, declare that I am over the age of eighteen (18) and not a party to this action. I am employed at the law firm of Sanford, Heisler, Sharp LLP, and my office is located at 700 Pennsylvania Ave. SE, Suite 300 Washington, D.C. 20003.

On July 22, 2024, I caused the following to be served:

NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE; MEMORANDUM OF POINTS AND AUTHORITIES;

DECLARATION OF H. VINCENT MCKNIGHT IN SUPPORT OF UNOPPOSED MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE;

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE;

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT AND ORDER TO COMPLY WITH SETTLEMENT;

NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE REQUESTED ATTORNEYS' FEES;

DECLARATION OF H. VINCENT MCKNIGHT IN SUPPORT OF UNOPPOSED MOTION TO APPROVE REQUESTED ATTORNEYS' FEES;

DECLARATION OF LEONARD B. SIMON IN SUPPORT OF UNOPPOSED MOTION TO APPROVE REQUESTED ATTORNEYS' FEES;

DECLARATION OF G. PAUL HOWES IN SUPPORT OF UNOPPOSED MOTION TO APPROVE REQUESTED ATTORNEYS' FEES;

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO APPROVE REQUESTED ATTORNEYS' FEES; and

PROOF OF SERVICE AND SERVICE LIST;

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

Case No. 22-CV-260-BAS-MMP
**PROOF OF SERVICE AND SERVICE LIST**
2

**See attached service list**

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared and Certified at the District of Columbia in the ordinary course of business.

Executed on July 22, 2024, in the District of Columbia.

I declare under penalty of perjury that the above is true and correct.

_____

Shannon Henris

# SERVICE LIST

| | | |
|---|---|---|
| John Pinkney<br>City Attorney<br>City of Beaumont<br>Beaumont Civic Center, 550 E. 6th Street<br>Beaumont, CA 92223 | John Pinkney<br>City Attorney<br>City of Beaumont<br>1800 E. Tahquitz Canyon Way<br>Palm Springs, CA 92262 | Sunny Soltani<br>City Attorney<br>City of Carson<br>701 E Carson Street<br>Carson, CA 90745 |
| Sunny Soltani<br>City Attorney<br>City of Carson<br>1 Park Plaza Suite 1000<br>Irvine, CA 92614 | Ryan R. Jones<br>City Attorney<br>City of Citrus Heights<br>6360 Fountain Square Drive<br>Citrus Heights, CA 95621 | Ryan R. Jones<br>City Attorney<br>City of Citrus Heights<br>6349 Auburn Blvd.<br>Citrus Heights, CA 95621 |
| Eric Perrodin<br>City Attorney<br>City of Compton<br>205 S. Willowbrook Avenue<br>Compton, CA 90220 | Dean Derleth<br>City Attorney<br>City of Corona<br>400 S. Vicentia Ave, Suite 310<br>Corona, CA 92882 | Jonathan P. Hobbs<br>City Attorney<br>City of Elk Grove<br>8401 Laguna Palms Way<br>Elk Grove, CA 95758 |
| David Lim<br>City Attorney<br>City of Fairfield<br>100 Webster Street<br>Fairfield, CA 94533 | David Lim<br>City Attorney<br>City of Fairfield<br>1 Sansome Street, Suite 2850<br>San Francisco, CA 94104 | Ruben Duran<br>City Attorney<br>City of Fontana<br>8353 Sierra Avenue<br>Fontana, CA 92335 |
| Ruben Duran<br>City Attorney<br>City of Fontana<br>2855 E. Guasti Rd., Suite 400<br>Ontario, CA 91761 | Steven Graham Pacifico<br>City Attorney<br>City of Hemet<br>445 E Florida Ave<br>Hemet, CA 92543 | Steven Graham Pacifico<br>City Attorney<br>City of Hemet<br>2855 E. Guasti Road, Suite 402<br>Ontario, CA 91761 |
| Maricela Marroquin<br>City Attorney<br>City of Highland<br>27215 Base Line<br>Highland, CA 92346 | Maricela Marroquin<br>City Attorney<br>City of Highland<br>350 South Grand Avenue, 37th Floor<br>Los Angeles, CA 90071 | Barbara Leibold<br>City Attorney<br>City of Lake Elsinore<br>130 S Main Street<br>Lake Elsinore, CA 92530 |
| Barbara Leibold<br>City Attorney<br>City of Lake Elsinore<br>9841 Irvine Center Drive, Suite 230<br>Irvine CA 92618 | Allison Burns<br>City Attorney<br>City of Lancaster<br>44933 Fern Avenue<br>Lancaster, CA 93534 | Allison Burns<br>City Attorney<br>City of Lancaster<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 |
| Hydee Feldstein<br>City Attorney<br>City of Los Angeles<br>200 N Main St. #800<br>Los Angeles, CA 90012 | Jeff Melching<br>City Attorney<br>City of Menifee<br>29844 Haun Road<br>Menifee, CA 92586 | Steve Quintanilla<br>Interim City Attorney<br>City of Moreno Valley<br>14177 Frederick St. PO Box 88005<br>Moreno Valley, CA 92552 |
| Tiffany J. Israel<br>City Attorney<br>City of Murrieta<br>1 Town Square<br>Murrieta, CA 92562 | Tiffany J. Israel<br>City Attorney<br>City of Murrieta<br>1 Park Plaza, Suite 1000<br>Irvine, CA 92612 | Ruben Duran<br>City Attorney<br>City of Ontario<br>303 E. B. St.<br>Ontario, CA 91764 |
| Ruben Duran<br>City Attorney<br>City of Ontario<br>2855 E. Guasti Rd., Suite 400<br>Ontario, CA 91761 | Stephen Fischer<br>City Attorney<br>City of Oxnard<br>305 West Third Street<br>Oxnard, CA 93030 | William Curley<br>City Attorney<br>City of Palmdale<br>38300 Sierra Highway Suite A<br>Palmdale, CA 93550s |
| Robert Khuu<br>City Attorney<br>City of Perris<br>101 N. D Street<br>Perris, CA 92570 | Robert Khuu<br>City Attorney<br>City of Perris<br>3880 Lemon Street, Suite 520<br>Riverside, CA 92501 | Sonia Carvalho<br>City Attorney<br>City of Pomona<br>505 South Garey Avenue<br>Pomona, CA 91766 |

Case No. 22-CV-260-BAS-MMP

**PROOF OF SERVICE AND SERVICE LIST**

4

| | | |
|---|---|---|
| Sonia Carvalho<br>City Attorney<br>City of Pomona<br>18101 Von Karman Ave., Suite 1000<br>Irvine, CA 92612 | Adam U. Lindgren<br>City Attorney<br>City of Rancho Cordova<br>2729 Prospect Park Drive<br>Rancho Cordova, CA 95670 | Eric Vail<br>Interim City Attorney<br>City of Rialto<br>150 S. Palm Avenue<br>Rialto, CA 92376 |
| Eric Vail<br>Interim City Attorney<br>City of Rialto<br>1770 Iowa Avenue, Suite 240<br>Riverside CA 92507-2479 | Phaedra Norton<br>City Attorney<br>City of Riverside<br>3750 University Ave, Suite 250<br>Riverside, CA 92501-3335 | Michelle Sheidenberger<br>City Attorney<br>City of Roseville<br>311 Vernon Street<br>Roseville, CA 95678 |
| Susana Alcala Wood<br>City Attorney<br>City of Sacramento<br>915 I St, #4010<br>Sacramento, CA 95814 | Sonia Rubio Carvalho<br>City Attorney<br>City of San Bernardino<br>290 North D Street<br>San Bernardino, CA 92401 | Sonia Rubio Carvalho<br>City Attorney<br>City of San Bernardino<br>18101 Von Karman Ave., Suite 1000<br>Irvine, CA 92612 |
| Mara W. Elliott<br>City Attorney<br>City of San Diego<br>Civic Center Plaza, 1200 Third Ave., #1620<br>San Diego, CA 92101 | Joseph M. Montes<br>City Attorney<br>City of Santa Clarita<br>23920 Valencia Blvd., Suite 300, Santa Clarita CA 91355 | Joseph M. Montes<br>City Attorney<br>City of Santa Clarita<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953 |
| Algeria R. Ford<br>City Attorney<br>City of Simi Valley<br>2929 Tapo Canyon Road<br>Simi Valley, CA 93063 | Algeria R. Ford<br>City Attorney<br>City of Simi Valley<br>1770 Iowa Avenue, Suite 240<br>Riverside, CA 92507-2479 | Elena Gerli<br>City Attorney<br>City of Suisun City<br>701 Civic Center Blvd.<br>Suisun City, CA 94585 |
| Elena Gerli<br>City Attorney<br>City of Suisun City<br>3701 Wilshire Boulevard, Suite 725<br>Los Angeles, CA 90010 | Peter Thorson<br>City Attorney<br>City of Temecula<br>41000 Main Street<br>Temecula, CA 92590 | Peter Thorson<br>City Attorney<br>City of Temecula<br>41000 Main Street, Suite 316<br>Temecula, CA 92590-2764 |
| Melinda Stewart<br>City Attorney<br>City of Vacaville<br>650 Merchant Street<br>Vacaville, CA 95688 | Veronica A.F. Nebb<br>City Attorney<br>City of Vallejo<br>555 Santa Clara Street, Third Floor<br>Vallejo, CA 94590 | Steven Graham Pacifico<br>City Attorney<br>City of Yucaipa<br>34272 Yucaipa Blvd<br>Yucaipa, CA 92399 |
| Steven Graham Pacifico<br>City Attorney<br>City of Yucaipa<br>2855 E. Guasti Road, Suite 402<br>Ontario, CA 91761 | | |

Case No. 22-CV-260-BAS-MMP
**PROOF OF SERVICE AND SERVICE LIST**
5